# Exhibit 1

FILED
04-19-2022
Clerk of Circuit Court
Waukesha County
2022CV000562

STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY

HORIZON WEST CONDOMINIUM HOMES ASSOCIATION, INC.,
315 North West Avenue
Waukesha, WI 53186

DR. BENJAMIN CHUDY,
N8 W22520 Johnson Dr., Suite D
Waukesha, WI 53186

KIPP KENNEDY,
W318 S3234 Squire Rd.
Waukesha, WI 53189

FRAN O'HERRON,
N16 W22330 Watertown Rd., Unit 3021
Waukesha, WI 53186

Case No. 22CV000562
Case Code 30303 (Other Contract)

ALLAN TURKAL,
410 West Park Ave.
Waukesha, WI 53186

TOM STARK,
120 Cambridge Avenue
Suite 409
Waukesha, WI 53188

SLH Services
Server [signature]
Date 4-21-22 Time 10:25 AM

HOLLY BERRY AND ROBERT BERRY,
7800 West Palmetto Avenue
Milwaukee, WI 53218

PATRICIA ESPOSITO,
5513 Root River Drive
Greendale, WI 53129

ALVIN PULCIVER AND GERALDINE PULCIFER,
142 Wolf Run, #4
Mukwonago, WI 53149

CHRIS KURPIEL,
124 Hillcrest Drive
Burlington, WI 53105

RANDY LIJEWSKI AND KATHY LIJEWSKI,
335 S. Brookfield Road
Brookfield, WI 53045

IONE KOHLER,
808 Riverwalk Drive, Unit 203
Waukesha, WI 53188

SCOTT HASTREITER AND ELIZABETH HASTREITER,
125 Michaels Court, #4
Mukwonago, WI 53149

TRINA AND BRIAN LUDWIG,
W243 N2358 Saddlebrook Drive, #301
Pewaukee, WI 53072

LAURA PETERSON, AND THERESA LAMACK,
328 Maple Avenue, #203
Waukesha, WI 53186

CARLOS BERGIN,
2015 Kensington Drive, #7
Waukesha, WI 53188

LINA VENCI AND ROLLY VENCI,
1811 A Main Street, #217
Waukesha, WI 53186

ROBERT KREINZ,
6300 South Pointe Boulevard, Unit 419
Fort Myers, FL 33919

TONYA NIESKES,
673 Grand Central Station
Apex, NC 27502

JOAN CAVE,
13505 Lannie Court
Elm Grove, WI 53122

VIRGINIA CLASEN,
13750 W. National Avenue, #2108
New Berlin, WI 53151

DOROTHY THIELE,
13750 W. National Avenue, #2108
New Berlin, WI 53151

MICHAEL HANSEN,
3250 Summit Avenue
Waukesha, WI 53188

KAREN DUNAJSKI,
1127 Lawndale Street
Waukesha, WI 53188

JOHN TANKERSLEY,
910 Harding Avenue
Waukesha, WI 53186

STEVE PIKE,
1918 Waterview Lane
Waukesha, WI 53189

LINDA KOCONIS
921 Quinlan Drive, Unit A
Pewaukee, WI 53072

JAMES ROTH,
309 Sheffield Road, #101
Waukesha, WI 53186

on their own behalf and on behalf of all
others similarly situated,

Plaintiffs,

v.

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
One Tower Square
Hartford CT 06183,

Defendant.

---

**AMENDED SUMMONS**

---

THE STATE OF WISCONSIN

To each person named above as a defendant:

You are hereby notified that the Plaintiffs named above have filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within 45 days of receiving this Summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to:

Waukesha County Courthouse
515 West Moreland Boulevard
Waukesha, WI 53188

and to Plaintiffs' attorney, whose address is TERSCHAN, STEINLE, HODAN & GANZER LTD., 309 North Water Street, Suite 215, Milwaukee, Wisconsin 53202. You may have an attorney help or represent you.

If you do not provide a proper answer within 45 days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 18th day of April, 2022.

TERSCHAN, STEINLE, HODAN
& GANZER LTD.
ATTORNEYS FOR PLAINTIFFS

*ELECTRONICALLY SIGNED BY MICHAEL J. GANZER*

**P. O. ADDRESS**
309 NORTH WATER STREET, SUITE 215
MILWAUKEE, WI 53202
414-258-1010

STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY

HORIZON WEST CONDOMINIUM HOMES ASSOCIATION, INC.,
315 North West Avenue
Waukesha, WI 53186

DR. BENJAMIN CHUDY,
N8 W22520 Johnson Dr., Suite D
Waukesha, WI 53186

KIPP KENNEDY,
W318 S3234 Squire Rd.
Waukesha, WI 53189

FRAN O'HERRON,
N16 W22330 Watertown Rd., Unit 3021
Waukesha, WI 53186

Case No. 22CV000562
Case Code 30303 (Other Contract)

ALLAN TURKAL,
410 West Park Ave.
Waukesha, WI 53186

TOM STARK,
120 Cambridge Avenue
Suite 409
Waukesha, WI 53188

HOLLY BERRY AND ROBERT BERRY,
7800 West Palmetto Avenue
Milwaukee, WI 53218

PATRICIA ESPOSITO,
5513 Root River Drive
Greendale, WI 53129

ALVIN PULCIVER AND GERALDINE PULCIFER,
142 Wolf Run, #4
Mukwonago, WI 53149

CHRIS KURPIEL,
124 Hillcrest Drive
Burlington, WI 53105

RANDY LIJEWSKI AND KATHY LIJEWSKI,
335 S. Brookfield Road
Brookfield, WI 53045

IONE KOHLER,
808 Riverwalk Drive, Unit 203
Waukesha, WI 53188

SCOTT HASTREITER AND ELIZABETH HASTREITER,
125 Michaels Court, #4
Mukwonago, WI 53149

TRINA AND BRIAN LUDWIG,
W243 N2358 Saddlebrook Drive, #301
Pewaukee, WI 53072

LAURA PETERSON, AND THERESA LAMACK,
328 Maple Avenue, #203
Waukesha, WI 53186

CARLOS BERGIN,
2015 Kensington Drive, #7
Waukesha, WI 53188

LINA VENCI AND ROLLY VENCI,
1811 A Main Street, #217
Waukesha, WI 53186

ROBERT KREINZ,
6300 South Pointe Boulevard, Unit 419
Fort Myers, FL 33919

TONYA NIESKES,
673 Grand Central Station
Apex, NC 27502

JOAN CAVE,
13505 Lannie Court
Elm Grove, WI 53122

VIRGINIA CLASEN,
13750 W. National Avenue, #2108
New Berlin, WI 53151

DOROTHY THIELE,
13750 W. National Avenue, #2108
New Berlin, WI 53151

MICHAEL HANSEN,
3250 Summit Avenue
Waukesha, WI 53188

KAREN DUNAJSKI,
1127 Lawndale Street
Waukesha, WI 53188

JOHN TANKERSLEY,
910 Harding Avenue
Waukesha, WI 53186

STEVE PIKE,
1918 Waterview Lane
Waukesha, WI 53189

LINDA KOCONIS
921 Quinlan Drive, Unit A
Pewaukee, WI 53072

JAMES ROTH,
309 Sheffield Road, #101
Waukesha, WI 53186

on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
One Tower Square
Hartford CT 06183,

Defendant.

---

**AMENDED COMPLAINT**

---

NOW COMES the plaintiff, Horizon West Condominium Homes Association, Inc., as well as the individually-named plaintiffs above, by their attorneys, Terschan, Steinle, Hodan &

Ganzer, Ltd., by Michael J. Ganzer, and hereby complain on their own behalf and on behalf of the class identified below, and alleges and shows to the Court as follows:

**PARTIES**

1. Plaintiff, Horizon West Condominium Homes Association, Inc., is a non-stock Wisconsin corporation with its principal office located at 315 North West Avenue, Unit 100, Waukesha, Wisconsin 53186.

2. Plaintiff, Dr. Benjamin Chudy, is an adult citizen of the State of Wisconsin and currently resides at N8 W22520 Johnson Drive, Suite D, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

3. Plaintiff, Kipp Kennedy, is an adult citizen of the State of Wisconsin and currently resides at W318 S3234 Squire Road, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

4. Plaintiff, Fran O'Herron, is an adult citizen of the State of Wisconsin, and currently resides at N16 W22330 Watertown Road, Unit 3021, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

5. Plaintiff, Allan Turkal, is an adult citizen of the State of Wisconsin and currently resides at 410 West Park Avenue, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

6. Plaintiff, Tom Stark, is an adult citizen of the State of Wisconsin and currently resides at 120 Cambridge Avenue, #409, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

7.     Plaintiffs, Holly Berry and Robert Berry, are adult citizens of the State of Wisconsin and currently reside at 7800 West Palmetto Avenue, Milwaukee, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

8.     Plaintiff, Patricia Esposito, is an adult citizen of the State of Wisconsin and currently resides at 5513 Root River Drive, Greendale, Wisconsin. At all times relative hereto, this plaintiffs owned a unit at the Horizon West Condominium Homes building.

9.     Plaintiffs, Alvin Pulcifer and Geraldine Pulcifer, are adult citizens of the State of Wisconsin and currently reside at 142 Wolf Run, #4, Mukwonago, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

10.     Plaintiffs, Randy Lijewski and Kathy Lijewski, are adult citizens of the State of Wisconsin and currently reside at 335 South Brookfield Road, Brookfield, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

11.     Plaintiffs, Scott Hastreiter and Elizabeth Hastreiter, are adult citizens of the State of Wisconsin and currently reside at 125 Michaels Court, #4, Mukwonago, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

12.     Plaintiffs, Trina Ludwig and Brian Ludwig, are adult citizens of the State of Wisconsin and currently reside at W243 N2358 Saddlebrook Drive, #301, Pewaukee, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

13.     Plaintiff, Chris Kurpiel, is an adult citizen of the State of Wisconsin and currently resides at 124 Hillcrest Drive, Burlington, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

18.     Plaintiffs, Laurel Peterson and Theresa Lamack, are adult citizens of the State of Wisconsin and currently reside at 328 Maple Avenue, #203, Waukesha, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

19.     Plaintiff, Ione Kohler, is an adult citizen of the State of Wisconsin and currently resides at 808 Riverwalk Drive, Unit 203, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

20.     Plaintiff, Carlos Bergin, is an adult citizen of the State of Wisconsin and currently resides at 2015 Kensington Drive, Apt. 7, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

21.     Plaintiffs, Linda Venci and Rolly Venci, are adult citizens of the State of Wisconsin and currently reside at 1811A Main Street, #217, Waukesha, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

22.     Plaintiff, Robert Kreinz, is an adult citizen of the State of Florida and currently resides at 6300 South Pointe Boulevard, Unit 419, Fort Myers, Florida. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

23.     Plaintiff, Tonya Nieskes, is an adult citizen of the State of North Carolina and currently resides at 673 Grand Central Station, Apex, North Carolina. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

24.     Plaintiff, Joan Cave, is an adult citizen of the State of Wisconsin and currently resides at 13505 Lannie Court, Elm Grove, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

25.     Plaintiff, Virginia Clasen, is an adult citizen of the State of Wisconsin and currently resides at 13750 West National Avenue, #2108, New Berlin, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

26.     Plaintiff, Dorothy Thiele, is an adult citizen of the State of Wisconsin and currently resides at 13750 West National Avenue, #2108, New Berlin, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

27.     Plaintiff, Michael Hansen, is an adult citizen of the State of Wisconsin and currently resides at 3250 Summit Avenue, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

28.     Plaintiff, Karen Dunajski, is an adult citizen of the State of Wisconsin and currently resides at 1127 Lawndale Street, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

29.     Plaintiff, John Tankersley, is an adult citizen of the State of Wisconsin and currently resides at 910 Harding Avenue, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

30.     Plaintiff, Steve Pike, is an adult citizen of the State of Wisconsin and currently resides at 1918 Waterview Lane, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

31.     Plaintiff, Linda Koconis, is an adult citizen of the State of Wisconsin and currently resides at 921 Quinlan Drive, Unit A, Pewaukee, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

32. Plaintiff, James Roth, is an adult citizen of the State of Wisconsin and currently resides at 309 Sheffield Road #101, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

33. Defendant, Travelers Indemnity Company of Connecticut is a Connecticut corporation, authorized to transact business in the State of Wisconsin, and, inter alia, involving issuing policies of insurance for both individuals and companies and at all times relative hereto, had in full force and effect a policy of insurance covering the Horizon West Condominium Homes Association, Inc. and the condominium homeowners who are members thereof which insurance policy, inter alia, covered the Horizon West Condominium Homes Association, Inc. building. The policy is attached hereto and incorporated herein by reference and marked as Exhibit A.

**FACTS**

34. Prior to June 5, 2020, various members of the homeowners association of the Horizon West Condominium Homes Association, Inc. (hereinafter referred to as "Horizon West") noticed instability in the balconies at the condominium building which is located in the City of Waukesha, County of Waukesha and State of Wisconsin.

35. Thereafter, contractors and structural engineers removed some of the balconies located at the condominium complex.

36. Upon removal of the balconies, it was clear that there was structural steel that had become rusted both in the balconies and in the beams and crossbeams giving the building its structural integrity. It must also be noted that the balconies as they were removed were determined to have been sprayed with asbestos.

37.    As a result of removing the balconies and observing the various structural components, it was clear to the engineers involved that there was water intrusion of an unknown origin which had penetrated the building and caused significant rusting on the structural steel.

38.    The City of Waukesha inspected the premises and found, inter alia,:

   a)    the building was in imminent threat of collapse due to compromised steel structure;
   b)    significant degradation of structural components throughout the building;
   c)    compromised nuts and bolts; and
   d)    building slab supporting individual floors shows significant degradation which could no longer support exterior walls.

39.    As a result of the foregoing, an evacuation order was entered on December 2, 2021 by the City of Waukesha.

40.    On December 3, 2021, a decision was made by the City of Waukesha to raze the building. On December 2 or December 3, 2021, the building was posted as uninhabitable and all of the condominium owners left the premises.

41.    The final raze order is attached hereto and incorporated herein by reference and marked as Exhibit B was issued on January 3, 2022.

42.    As a result of the structural demise of the building, the uninhabitable nature of the building and the subsequent raze order, all of the named plaintiffs have lost their homes, their investment in those homes and all of the equity built up in the same.

43.    The plaintiffs were essentially refugees having suffered great financial loss as afore-referenced as well as the loss of numerous items of personal property and other damages in an undetermined amount.

44.    As a result of the raze order and the significant financial losses of the homeowners, many homeowners have sought advice on bankruptcy as a necessary option.

45. At all times relative hereto, defendant, Travelers Indemnity of Connecticut, (hereinafter referred to as "Travelers") had in full force and effect a policy of insurance insuring the Horizon West Condominium Homes Association, Inc. and all of the members thereof, as a result of the failure of the building to have structural integrity.

46. Due demand was made of defendant, Travelers, claims having been made by both Horizon West and individual unit owners. Travelers has failed to honor any claims. These plaintiffs demanded policy limits of $17,023,172.00 which is the replacement of the building.

47. Despite language that provides coverage to the plaintiffs herein, Travelers has failed and refused to pay legitimate claims made by the individual unit owners and Horizon West. Instead, Travelers has never denied coverage nor accepted that its policy covers the loss. In fact, the only discernable position of Travelers is that the building can be repaired.

48. The building in question is a total loss.

49. Horizon West insured the building for replacement value at $17,023,172.00.

50. Oddly, inter alia, Travelers has never admitted or denied coverage. In its latest coverage letter, Travelers goes as far as to say that since the raze order was issued, there is no coverage but if the building had collapsed, Travelers could cover. Basically, Travelers believes reasonable safety precautions are insufficient to trigger coverage. If that is Travelers position, it is unlawful and contrary to public policy thereby entitling these plaintiffs to coverage.

51. In addition to the foregoing, Travelers has opined that the building can be repaired so as to make it habitable, yet, fails and refuses to pay for said repairs. Travelers' engineering report is the only engineering opinion that suggests the building is repairable. Every other engineer

who has rendered an opinion unequivocally called for razing of the building. Travelers fails to identify the needed repairs, the cost there fore, and its obligations under its policy to accomplish same.

52. The aforementioned policy marked as Exhibit A is a true and correct copy of the insurance policy in question which provides for coverage, inter alia, for accidental physical loss and damage. Moreover, the plaintiffs were forced to evacuate due to the structural instability and had no options except to leave – though coverage would be found if the building collapsed before the evacuation order. Therefore, the provision of the policy that requires collapse before evacuation, but not afterwards, is contrary to the health and safety of the plaintiffs and violates public policy.

53. Travelers' failure to accept and pay these claims underscores its disingenuous positions when it alleges no coverage because it has taken outlandish positions, inter alia:

a) there is no danger to the public or condo owners because the building is unoccupied;
b) the destruction of the building is due to removing balconies;
c) the building has no structural weakness that cannot be fixed;
d) the building did not collapse.

The positions outlined, all within the April 14, 2022 letter attached as Exhibit C, shows exactly how disingenuous Travelers has been in avoiding payment of these claims.

**COUNT I – BREACH OF CONTRACT**

54. The plaintiffs herein reallege and reincorporate as if fully set forth all the preceding allegations.

55. Defendant, Travelers, despite having issued the afore-referenced policy of insurance which would cover the losses claimed by the plaintiffs herein, failed and refused to pay the legitimate claims of the plaintiffs herein in derogation of the property rights of the plaintiffs and the plaintiff class.

56. In bringing this action, the plaintiffs, on their own behalf, under Wis. Stats. §803.08, and on behalf of all persons who are members of the class, would define the proposed class as follows:

> All persons, and their eligible spouses and dependents, who own a condominium unit at the Horizon West Condominium Homes Association, Inc.

57. The class is numerous such that joinder of all members is impracticable.

58. The named plaintiffs herein, almost 50% of the unit holders of Horizon West, are typical of the claims of all class members because, among other reasons, all of the members of the class are homeowners of the condominium units at Horizon West which were all lost as a result of the structural instability of the building.

59. Travelers' conduct, in rejecting claims under its policy, or by refusing to decide whether coverage exists, was done in connection with the matter set forth herein and is equally directed against all applicable class members as a whole.

60. There are questions of law and fact common to the class, which predominate any questions affecting only individual class members. The predominant question is whether the members of the class have been unlawfully deprived of insurance benefits due and owing them as a result of their ownership of condominium units of Horizon West.

61. The claims of the individual plaintiffs are typical of the claims of all class members. All are based on the same legal and factual issues.

62. The named plaintiffs will fairly and adequately represent the members of the class because their claims are similar and not antagonistic to the claims of all class members and they have retained counsel experienced in the prosecution of similar claims.

63. A class action is superior for the fair and efficient prosecution of this litigation.

**COUNT II – INSURANCE BAD FAITH**

64. The plaintiffs herein reallege and reincorporate as if fully set forth all the preceding allegations.

65. At all times relative hereto, Horizon West and the individually named plaintiffs, were and are all insureds under the Travelers policy described herein.

66. Travelers has unreasonably and in bad faith withheld payment of the claims of its insureds.

67. Travelers has failed and refused to address the claims of Horizon West and the individually named plaintiffs herein and all other members of the plaintiffs' purported class inasmuch as the company unreasonably and in bad faith failed to make payments of the insured's claims, or rather than accepting or rejecting said claims, did nothing.

68. All of the afore-described actions of Travelers herein, constitutes bad faith as recognized in the State of Wisconsin and set forth in *Rail Transport, Inc. v. Liberty Mutual Ins. Co.*, 2010 WI 49, 325 Wis.2d 56, 784 N.W.2d 542.

69. The actions of Travelers are in breach of the implied covenant of good faith and fair dealing found in every contract. Because of the breach of that duty by Travelers is in violation of the terms of good faith and fair dealing, the defendant, Travelers is liable to the plaintiffs and each of them for bad faith.

70.    The actions of Travelers constitutes bad faith inasmuch as the company has placed its own interests before those of its insured.

71.    Since the defendant, Travelers, has refused to pay claims, it has breached the duty it owes to the plaintiffs thereby entitling the plaintiffs to damages of $17+ million, which is the replacement cost of the building in question, along with the damages caused by loss of use of personal possessions and such other and further damages that are incidental to the loss of the condominium building and individual units to each of the plaintiffs herein. In addition, the plaintiffs seek punitive damages in an undetermined amount, actual attorney's fees and the costs and disbursements of this action and such other and further relief as the Court deems just.

WHEREFORE, these plaintiffs seek class action status; judgment against the defendant insurance company for not less than $17+ million; actual attorney's fees, punitive damages, the costs and disbursements of this action, and such other and further relief as the Court deems just.

Dated this 18th day of April, 2022.

TERSCHAN, STEINLE, HODAN
& GANZER LTD.
ATTORNEYS FOR PLAINTIFFS

*ELECTRONICALLY SIGNED BY MICHAEL J. GANZER*

**P. O. ADDRESS**
309 NORTH WATER STREET
SUITE 215
MILWAUKEE, WI 53202
414-258-1010

FILED
04-18-2022
Clerk of Circuit Court
Waukesha County
2022CV000562

STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY

HORIZON WEST CONDOMINIUM HOMES ASSOCIATION, INC.,
315 North West Avenue
Waukesha, WI 53186

DR. BENJAMIN CHUDY,
N8 W22520 Johnson Dr., Suite D
Waukesha, WI 53186

KIPP KENNEDY,
W318 S3234 Squire Rd.
Waukesha, WI 53189

FRAN O'HERRON,
N16 W22330 Watertown Rd., Unit 3021
Waukesha, WI 53186

Case No.
Case Code 30303 (Other Contract)

ALLAN TURKAL,
410 West Park Ave.
Waukesha, WI 53186

TOM STARK,
120 Cambridge Avenue
Suite 409
Waukesha, WI 53188

HOLLY BERRY AND ROBERT BERRY,
7800 West Palmetto Avenue
Milwaukee, WI 53218

PATRICIA ESPOSITO,
5513 Root River Drive
Greendale, WI 53129

ALVIN PULCIVER AND GERALDINE PULCIFER,
142 Wolf Run, #4
Mukwonago, WI 53149

CHRIS KURPIEL,
124 Hillcrest Drive
Burlington, WI 53105

RANDY LIJEWSKI AND KATHY LIJEWSKI,
335 S. Brookfield Road
Brookfield, WI 53045

IONE KOHLER,
808 Riverwalk Drive, Unit 203
Waukesha, WI 53188

SCOTT HASTREITER AND ELIZABETH HASTREITER,
125 Michaels Court, #4
Mukwonago, WI 53149

TRINA AND BRIAN LUDWIG,
W243 N2358 Saddlebrook Drive, #301
Pewaukee, WI 53072

LAURA PETERSON, AND THERESA LAMACK,
328 Maple Avenue, #203
Waukesha, WI 53186

CARLOS BERGIN,
2015 Kensington Drive, #7
Waukesha, WI 53188

LINA VENCI AND ROLLY VENCI,
1811 A Main Street, #217
Waukesha, WI 53186

ROBERT KREINZ,
6300 South Pointe Boulevard, Unit 419
Fort Myers, FL 33919

TONYA NIESKES,
673 Grand Central Station
Apex, NC 27502

JOAN CAVE,
13505 Lannie Court
Elm Grove, WI 53122

VIRGINIA CLASEN,
13750 W. National Avenue, #2108
New Berlin, WI 53151

DOROTHY THIELE,
13750 W. National Avenue, #2108
New Berlin, WI 53151

MICHAEL HANSEN,
3250 Summit Avenue
Waukesha, WI 53188

KAREN DUNAJSKI,
1127 Lawndale Street
Waukesha, WI 53188

JOHN TANKERSLEY,
910 Harding Avenue
Waukesha, WI 53186

STEVE PIKE,
1918 Waterview Lane
Waukesha, WI 53189

LINDA KOCONIS
921 Quinlan Drive, Unit A
Pewaukee, WI 53072

JAMES ROTH,
309 Sheffield Road, #101
Waukesha, WI 53186

on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
One Tower Square
Hartford CT 06183,

Defendant.

**COMPLAINT**

NOW COMES the plaintiff, Horizon West Condominium Homes Association, Inc., as well as the individually-named plaintiffs above, by their attorneys, Terschan, Steinle, Hodan &

Ganzer, Ltd., by Michael J. Ganzer, and hereby complain on their own behalf and on behalf of the class identified below, and alleges and shows to the Court as follows:

**PARTIES**

1. Plaintiff, Horizon West Condominium Homes Association, Inc., is a non-stock Wisconsin corporation with its principal office located at 315 North West Avenue, Unit 100, Waukesha, Wisconsin 53186.

2. Plaintiff, Dr. Benjamin Chudy, is an adult citizen of the State of Wisconsin and currently resides at N8 W22520 Johnson Drive, Suite D, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

3. Plaintiff, Kipp Kennedy, is an adult citizen of the State of Wisconsin and currently resides at W318 S3234 Squire Road, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

4. Plaintiff, Fran O'Herron, is an adult citizen of the State of Wisconsin, and currently resides at N16 W22330 Watertown Road, Unit 3021, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

5. Plaintiff, Allan Turkal, is an adult citizen of the State of Wisconsin and currently resides at 410 West Park Avenue, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

6. Plaintiff, Tom Stark, is an adult citizen of the State of Wisconsin and currently resides at 120 Cambridge Avenue, #409, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

7.    Plaintiffs, Holly Berry and Robert Berry, are adult citizens of the State of Wisconsin and currently reside at 7800 West Palmetto Avenue, Milwaukee, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

8.    Plaintiff, Patricia Esposito, is an adult citizen of the State of Wisconsin and currently resides at 5513 Root River Drive, Greendale, Wisconsin. At all times relative hereto, this plaintiffs owned a unit at the Horizon West Condominium Homes building.

9.    Plaintiffs, Alvin Pulcifer and Geraldine Pulcifer, are adult citizens of the State of Wisconsin and currently reside at 142 Wolf Run, #4, Mukwonago, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

10.    Plaintiffs, Randy Lijewski and Kathy Lijewski, are adult citizens of the State of Wisconsin and currently reside at 335 South Brookfield Road, Brookfield, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

11.    Plaintiffs, Scott Hastreiter and Elizabeth Hastreiter, are adult citizens of the State of Wisconsin and currently reside at 125 Michaels Court, #4, Mukwonago, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

12.    Plaintiffs, Trina Ludwig and Brian Ludwig, are adult citizens of the State of Wisconsin and currently reside at W243 N2358 Saddlebrook Drive, #301, Pewaukee, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

13.    Plaintiff, Chris Kurpiel, is an adult citizen of the State of Wisconsin and currently resides at 124 Hillcrest Drive, Burlington, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

18.    Plaintiffs, Laurel Peterson and Theresa Lamack, are adult citizens of the State of Wisconsin and currently reside at 328 Maple Avenue, #203, Waukesha, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

19.    Plaintiff, Ione Kohler, is an adult citizen of the State of Wisconsin and currently resides at 808 Riverwalk Drive, Unit 203, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

20.    Plaintiff, Carlos Bergin, is an adult citizen of the State of Wisconsin and currently resides at 2015 Kensington Drive, Apt. 7, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

21.    Plaintiffs, Linda Venci and Rolly Venci, are adult citizens of the State of Wisconsin and currently reside at 1811A Main Street, #217, Waukesha, Wisconsin. At all times relative hereto, these plaintiffs owned a unit at the Horizon West Condominium Homes building.

22.    Plaintiff, Robert Kreinz, is an adult citizen of the State of Florida and currently resides at 6300 South Pointe Boulevard, Unit 419, Fort Myers, Florida. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

23.    Plaintiff, Tonya Nieskes, is an adult citizen of the State of North Carolina and currently resides at 673 Grand Central Station, Apex, North Carolina. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

24.    Plaintiff, Joan Cave, is an adult citizen of the State of Wisconsin and currently resides at 13505 Lannie Court, Elm Grove, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

25.     Plaintiff, Virginia Clasen, is an adult citizen of the State of Wisconsin and currently resides at 13750 West National Avenue, #2108, New Berlin, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

26.     Plaintiff, Dorothy Thiele, is an adult citizen of the State of Wisconsin and currently resides at 13750 West National Avenue, #2108, New Berlin, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

27.     Plaintiff, Michael Hansen, is an adult citizen of the State of Wisconsin and currently resides at 3250 Summit Avenue, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

28.     Plaintiff, Karen Dunajski, is an adult citizen of the State of Wisconsin and currently resides at 1127 Lawndale Street, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

29.     Plaintiff, John Tankersley, is an adult citizen of the State of Wisconsin and currently resides at 910 Harding Avenue, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

30.     Plaintiff, Steve Pike, is an adult citizen of the State of Wisconsin and currently resides at 1918 Waterview Lane, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

31.     Plaintiff, Linda Koconis, is an adult citizen of the State of Wisconsin and currently resides at 921 Quinlan Drive, Unit A, Pewaukee, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

32. Plaintiff, James Roth, is an adult citizen of the State of Wisconsin and currently resides at 309 Sheffield Road #101, Waukesha, Wisconsin. At all times relative hereto, this plaintiff owned a unit at the Horizon West Condominium Homes building.

33. Defendant, Travelers Indemnity Company of Connecticut is a Connecticut corporation, authorized to transact business in the State of Wisconsin, and, inter alia, involving issuing policies of insurance for both individuals and companies and at all times relative hereto, had in full force and effect a policy of insurance covering the Horizon West Condominium Homes Association, Inc. and the condominium homeowners who are members thereof which insurance policy, inter alia, covered the Horizon West Condominium Homes Association, Inc. building. The policy is attached hereto and incorporated herein by reference and marked as Exhibit A.

**FACTS**

34. Prior to June 5, 2020, various members of the homeowners association of the Horizon West Condominium Homes Association, Inc. (hereinafter referred to as "Horizon West") noticed instability in the balconies at the condominium building which is located in the City of Waukesha, County of Waukesha and State of Wisconsin.

35. Thereafter, contractors and structural engineers removed some of the balconies located at the condominium complex.

36. Upon removal of the balconies, it was clear that there was structural steel that had become rusted both in the balconies and in the beams and crossbeams giving the building its structural integrity. It must also be noted that the balconies as they were removed were determined to have been sprayed with asbestos.

37.    As a result of removing the balconies and observing the various structural components, it was clear to the engineers involved that there was water intrusion of an unknown origin which had penetrated the building and caused significant rusting on the structural steel.

38.    The City of Waukesha inspected the premises and found, inter alia,:

a)    the building was in imminent threat of collapse due to compromised steel structure;
b)    significant degradation of structural components throughout the building;
c)    compromised nuts and bolts; and
d)    building slab supporting individual floors shows significant degradation which could no longer support exterior walls.

39.    As a result of the foregoing, an evacuation order was entered on December 2, 2021 by the City of Waukesha.

40.    On December 3, 2021, a decision was made by the City of Waukesha to raze the building. On December 2 or December 3, 2021, the building was posted as uninhabitable and all of the condominium owners left the premises.

41.    The final raze order is attached hereto and incorporated herein by reference and marked as Exhibit B was issued on January 3, 2022.

42.    As a result of the structural demise of the building, the uninhabitable nature of the building and the subsequent raze order, all of the named plaintiffs have lost their homes, their investment in those homes and all of the equity built up in the same.

43.    The plaintiffs were essentially refugees having suffered great financial loss as afore-referenced as well as the loss of numerous items of personal property and other damages in an undetermined amount.

44.    As a result of the raze order and the significant financial losses of the homeowners, many homeowners have sought advice on bankruptcy as a necessary option.

45.    At all times relative hereto, defendant, Travelers Indemnity of Connecticut, (hereinafter referred to as "Travelers") had in full force and effect a policy of insurance insuring the Horizon West Condominium Homes Association, Inc. and all of the members thereof, as a result of the failure of the building to have structural integrity.

46.    Due demand was made of defendant, Travelers, claims having been made by both Horizon West and individual unit owners. Travelers has failed to honor any claims. These plaintiffs demanded policy limits of $17,023,172.00 which is the replacement of the building.

47.    Despite language that provides coverage to the plaintiffs herein, Travelers has failed and refused to pay legitimate claims made by the individual unit owners and Horizon West. Instead, Travelers has never denied coverage nor accepted that its policy covers the loss. In fact, the only discernable position of Travelers is that the building can be repaired.

48.    The building in question is a total loss.

49.    Horizon West insured the building for replacement value at $17,023,172.00.

50.    Oddly, inter alia, Travelers has never admitted or denied coverage. In its latest coverage letter, Travelers goes as far as to say that since the raze order was issued, there is no coverage but if the building had collapsed, Travelers could cover. Basically, Travelers believes reasonable safety precautions are insufficient to trigger coverage. If that is Travelers position, it is unlawful and contrary to public policy thereby entitling these plaintiffs to coverage.

51.    In addition to the foregoing, Travelers has opined that the building can be repaired so as to make it habitable, yet, fails and refuses to pay for said repairs. Travelers' engineering report is the only engineering opinion that suggests the building is repairable. Every other engineer

who has rendered an opinion unequivocally called for razing of the building. Travelers fails to identify the needed repairs, the cost there fore, and its obligations under its policy to accomplish same.

52. The aforementioned policy marked as Exhibit A is a true and correct copy of the insurance policy in question which provides for coverage, inter alia, for accidental physical loss and damage. Moreover, the plaintiffs were forced to evacuate due to the structural instability and had no options except to leave – though coverage would be found if the building collapsed before the evacuation order. Therefore, the provision of the policy that requires collapse before evacuation, but not afterwards, is contrary to the health and safety of the plaintiffs and violates public policy.

53. Travelers' failure to accept and pay these claims underscores its disingenuous positions when it alleges no coverage because it has taken outlandish positions, inter alia:

a) there is no danger to the public or condo owners because the building is unoccupied;
b) the destruction of the building is due to removing balconies;
c) the building has no structural weakness that cannot be fixed;
d) the building did not collapse.

The positions outlined, all within the April 14, 2022 letter attached as Exhibit C, shows exactly how disingenuous Travelers has been in avoiding payment of these claims.

## COUNT I – BREACH OF CONTRACT

54. The plaintiffs herein reallege and reincorporate as if fully set forth all the preceding allegations.

55.     Defendant, Travelers, despite having issued the afore-referenced policy of insurance which would cover the losses claimed by the plaintiffs herein, failed and refused to pay the legitimate claims of the plaintiffs herein in derogation of the property rights of the plaintiffs and the plaintiff class.

56.     In bringing this action, the plaintiffs, on their own behalf, under Wis. Stats. §803.08, and on behalf of all persons who are members of the class, would define the proposed class as follows:

> All persons, and their eligible spouses and dependents, who own a condominium unit at the Horizon West Condominium Homes Association, Inc.

57.     The class is numerous such that joinder of all members is impracticable.

58.     The named plaintiffs herein, almost 50% of the unit holders of Horizon West, are typical of the claims of all class members because, among other reasons, all of the members of the class are homeowners of the condominium units at Horizon West which were all lost as a result of the structural instability of the building.

59.     Travelers' conduct, in rejecting claims under its policy, or by refusing to decide whether coverage exists, was done in connection with the matter set forth herein and is equally directed against all applicable class members as a whole.

60.     There are questions of law and fact common to the class, which predominate any questions affecting only individual class members. The predominant question is whether the members of the class have been unlawfully deprived of insurance benefits due and owing them as a result of their ownership of condominium units of Horizon West.

61.     The claims of the individual plaintiffs are typical of the claims of all class members. All are based on the same legal and factual issues.

62. The named plaintiffs will fairly and adequately represent the members of the class because their claims are similar and not antagonistic to the claims of all class members and they have retained counsel experienced in the prosecution of similar claims.

63. A class action is superior for the fair and efficient prosecution of this litigation.

**COUNT II – INSURANCE BAD FAITH**

64. The plaintiffs herein reallege and reincorporate as if fully set forth all the preceding allegations.

65. At all times relative hereto, Horizon West and the individually named plaintiffs, were and are all insureds under the Travelers policy described herein.

66. Travelers has unreasonably and in bad faith withheld payment of the claims of its insureds.

67. Travelers has failed and refused to address the claims of Horizon West and the individually named plaintiffs herein and all other members of the plaintiffs' purported class inasmuch as the company unreasonably and in bad faith failed to make payments of the insured's claims, or rather than accepting or rejecting said claims, did nothing.

68. All of the afore-described actions of Travelers herein, constitutes bad faith as recognized in the State of Wisconsin and set forth in *Rail Transport, Inc. v. Liberty Mutual Ins. Co.*, 2010 WI 49, 325 Wis.2d 56, 784 N.W.2d 542.

69. The actions of Travelers are in breach of the implied covenant of good faith and fair dealing found in every contract. Because of the breach of that duty by Travelers is in violation of the terms of good faith and fair dealing, the defendant, Travelers is liable to the plaintiffs and each of them for bad faith.

70.   The actions of Travelers constitutes bad faith inasmuch as the company has placed its own interests before those of its insured.

71.   Since the defendant, Travelers, has refused to pay claims, it has breached the duty it owes to the plaintiffs thereby entitling the plaintiffs to damages of $17+ million, which is the replacement cost of the building in question, along with the damages caused by loss of use of personal possessions and such other and further damages that are incidental to the loss of the condominium building and individual units to each of the plaintiffs herein. In addition, the plaintiffs seek punitive damages in an undetermined amount, actual attorney's fees and the costs and disbursements of this action and such other and further relief as the Court deems just.

WHEREFORE, these plaintiffs seek class action status; judgment against the defendant insurance company for not less than $17+ million; actual attorney's fees, punitive damages, the costs and disbursements of this action, and such other and further relief as the Court deems just.

Dated this 18th day of April, 2022.

TERSCHAN, STEINLE, HODAN
& GANZER LTD.
ATTORNEYS FOR PLAINTIFFS

*ELECTRONICALLY SIGNED BY MICHAEL J. GANZER*

**P. O. ADDRESS**
309 NORTH WATER STREET
SUITE 215
MILWAUKEE, WI 53202
414-258-1010

FILED
04-18-2022
Clerk of Circuit Court
Waukesha County
2022CV000562

STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY

HORIZON WEST CONDOMINIUM HOMES ASSOCIATION, INC.,
315 North West Avenue
Waukesha, WI 53186

DR. BENJAMIN CHUDY,
N8 W22520 Johnson Dr., Suite D
Waukesha, WI 53186

KIPP KENNEDY,
W318 S3234 Squire Rd.
Waukesha, WI 53189

FRAN O'HERRON,
N16 W22330 Watertown Rd., Unit 3021
Waukesha, WI 53186

Case No.
Case Code 30303 (Other Contract)

ALLAN TURKAL,
410 West Park Ave.
Waukesha, WI 53186

TOM STARK,
120 Cambridge Avenue
Suite 409
Waukesha, WI 53188

HOLLY BERRY AND ROBERT BERRY,
7800 West Palmetto Avenue
Milwaukee, WI 53218

PATRICIA ESPOSITO,
5513 Root River Drive
Greendale, WI 53129

ALVIN PULCIVER AND GERALDINE PULCIFER,
142 Wolf Run, #4
Mukwonago, WI 53149

CHRIS KURPIEL,
124 Hillcrest Drive
Burlington, WI 53105

RANDY LIJEWSKI AND KATHY LIJEWSKI,
335 S. Brookfield Road
Brookfield, WI 53045

IONE KOHLER,
808 Riverwalk Drive, Unit 203
Waukesha, WI 53188

SCOTT HASTREITER AND ELIZABETH HASTREITER,
125 Michaels Court, #4
Mukwonago, WI 53149

TRINA AND BRIAN LUDWIG,
W243 N2358 Saddlebrook Drive, #301
Pewaukee, WI 53072

LAURA PETERSON, AND THERESA LAMACK,
328 Maple Avenue, #203
Waukesha, WI 53186

CARLOS BERGIN,
2015 Kensington Drive, #7
Waukesha, WI 53188

LINA VENCI AND ROLLY VENCI,
1811 A Main Street, #217
Waukesha, WI 53186

ROBERT KREINZ,
6300 South Pointe Boulevard, Unit 419
Fort Myers, FL 33919

TONYA NIESKES,
673 Grand Central Station
Apex, NC 27502

JOAN CAVE,
13505 Lannie Court
Elm Grove, WI 53122

VIRGINIA CLASEN,
13750 W. National Avenue, #2108
New Berlin, WI 53151

DOROTHY THIELE,
13750 W. National Avenue, #2108
New Berlin, WI 53151

MICHAEL HANSEN,
3250 Summit Avenue
Waukesha, WI 53188

KAREN DUNAJSKI,
1127 Lawndale Street
Waukesha, WI 53188

JOHN TANKERSLEY,
910 Harding Avenue
Waukesha, WI 53186

STEVE PIKE,
1918 Waterview Lane
Waukesha, WI 53189

LINDA KOCONIS
921 Quinlan Drive, Unit A
Pewaukee, WI 53072

JAMES ROTH,
309 Sheffield Road, #101
Waukesha, WI 53186

on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
One Tower Square
Hartford CT 06183,

Defendant.

---

**SUMMONS**

---

THE STATE OF WISCONSIN

To each person named above as a defendant:

You are hereby notified that the Plaintiffs named above have filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within 45 days of receiving this Summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to:

Waukesha County Courthouse
515 West Moreland Boulevard
Waukesha, WI 53188

and to Plaintiffs' attorney, whose address is TERSCHAN, STEINLE, HODAN & GANZER LTD., 309 North Water Street, Suite 215, Milwaukee, Wisconsin 53202. You may have an attorney help or represent you.

If you do not provide a proper answer within 45 days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 18th day of April, 2022.

TERSCHAN, STEINLE, HODAN
& GANZER LTD.
ATTORNEYS FOR PLAINTIFFS

*ELECTRONICALLY SIGNED BY MICHAEL J. GANZER*

**P. O. ADDRESS**
309 NORTH WATER STREET, SUITE 215
MILWAUKEE, WI 53202
414-258-1010

EXHIBIT
FILED
04-18-2022 A-1
Clerk of Circuit Court
Waukesha County
2022CV000562

One Tower Square, Hartford, Connecticut 06183

TRAVELERS CORP. TEL: 1-800-328-2189
CONDOMINIUM
COMMON POLICY DECLARATIONS
ISSUE DATE: 03/24/21
POLICY NUMBER: I-660-1H585672-TCT-21

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

1. NAMED INSURED AND MAILING ADDRESS:
HORIZON WEST CONDOMINIUM HOMES
315 N WEST AVE
WAUKESHA, WI 53186

2. POLICY PERIOD: From 05/11/21 to 05/11/22 12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS

| Premises Loc. No. | Bldg. No. | Occupancy | Address |
|---|---|---|---|
| SEE IL T0 03 | | | |

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
COMMERCIAL PROPERTY COV PART DECLARATIONS CP T0 11 01 03 TCT

5. NUMBERS OF FORMS AND ENDORSEMENTS FORMING A PART OF THIS POLICY: SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy containing its complete provisions:

| Policy | Policy No. | Insuring Company |
|---|---|---|

DIRECT BILL

7. PREMIUM SUMMARY:
Provisional Premium $ 25,396
Due at Inception $
Due at Each $

NAME AND ADDRESS OF AGENT OR BROKER:
R & R INS SERVICES INC (EX641)
N14 W23900 STONE RIDGE DR
WAUKESHA, WI 53188

COUNTERSIGNED BY:

Authorized Representative

DATE:

IL T0 02 11 89(REV. 09-07) PAGE 1 OF 1
OFFICE: NAPERVILLE IL


POLICY NUMBER: I-660-1S565672-TCT-21
EFFECTIVE DATE: 05-11-21
ISSUE DATE: 09-24-21

## LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T8 01 10 93 | FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS |
| IL T0 01 01 07 | COMMON POLICY CONDITIONS |
| IL T0 03 04 96 | LOCATION SCHEDULE |

COMMERCIAL PROPERTY

| | |
|---|---|
| CP T0 11 01 03 | COMMERCIAL PROPERTY DECLARATIONS |
| CP T0 00 02 11 | TABLE OF CONTENTS COMMERCIAL PROPERTY |
| CP 00 90 07 88 | COMMERCIAL PROPERTY CONDITIONS |
| CP T1 00 02 17 | BUILDING AND PERSONAL PROPERTY COVERAGE |
| CP T1 04 02 17 | BUS INC (AND EXTRA EXPENSE) COV FRM |
| CP T1 06 02 17 | CAUSE OF LOSS - SPECIAL FORM |
| CP T3 69 02 17 | ELECTRONIC VANDALISM LIMITATION END |
| CP T3 95 02 17 | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |
| CP T3 37 02 17 | BUILDING OWNERS EXTRA |
| CP T3 54 02 17 | SELECT PROPERTY EXTRA |
| CP T2 91 01 21 | FEDERAL TERRORISM RISK INSURANCE ACT DIS |
| CP T9 69 02 11 | WISCONSIN CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 12 03 15 | AMEND COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 21 | CAP ON LOSSES FROM CERT ACTS OF TERRORIS |
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 40 10 20 | PROTECTION OF PROPERTY |
| IL T3 82 05 13 | EXCL OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 02 83 11 18 | WISCONSIN CHANGES - CANCEL & NONRENEW |
| IL T3 55 05 13 | EXCLUSION OF CERTAIN COMPUTER LOSSES |

the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. Equipment Breakdown Equivalent To Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Wendy C. Skj[illegible]

Secretary

[signature]

President

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.
5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

1. The first Named Insured shown in the Declarations:
   a. Is responsible for the payment of all premiums; and
   b. Will be the payee for any return premiums we pay.
2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

LOCATION SCHEDULE POLICY NUMBER: I-660-1H585672-TCT-21

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period 05-11-21 to 05-11-22.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 315 N WEST AVE<br>WAUKESHA, WI 53186 | CONDOMINIUM 13+ |

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY

[illegible]

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

COMMERCIAL PROPERTY
COVERAGE PART DECLARATIONS

POLICY NUMBER: I-660-1H585672-TCT-21
ISSUE DATE: 03-24-21

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

DECLARATIONS PERIOD: From 05/11/21 to 05/11/22 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Property Coverage Part consists of these Declarations and the attached Supplemental Declaration(s), Schedule(s), Table of Contents, Commercial Property Conditions, the Coverage Form(s), the Cause of Loss Form(s) and endorsements.

1. COVERAGE - Insurance applies only to premises location(s) and building number(s) shown below for the coverage(s), optional coverage(s) or coverage option(s) indicated in this Declarations or specified in any endorsements attached to this Coverage Part.

2. DEDUCTIBLE - The following deductible applies unless a different or more specific deductible is indicated within this Declarations or by endorsement.

$ 5,000 per occurrence

PREMISES LOCATION NO. 0001 BUILDING NO. 0001

| COVERAGE | LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS |
|---|---|---|---|
| Building<br>Replacement Cost applies | $ 17,704,099 | 100% | Special |
| Your Business Personal Property<br>Replacement Cost applies | $ 126,684 | 100% | Special |
| Business Income And Extra Expense<br>Rental Value Only<br>Ordinary Payroll is included<br>Period of Restoration - Time Period: 24 hours<br>Civil Authority - Time Period: 24 hours<br>Civil Authority Coverage Period: 30 consecutive days<br>Extended Business Income: 30 days | $ 170,785 | 100% | Special |



One Tower Square, Hartford, Connecticut 06183

COMMERCIAL PROPERTY
COVERAGE PART DECLARATIONS

POLICY NUMBER: I-660-1H585672-TCT-21
ISSUE DATE: 03-24-21

SUPPLEMENTAL DECLARATIONS

ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The following Additional Coverages and Coverage Extensions are provided under the Coverage Form(s) listed below for the Limits of Insurance shown. These Limits of Insurance apply in any one occurrence unless otherwise stated.

Some of these Additional Coverages and Coverage Extensions, or the applicable Limits of Insurance, may be modified by endorsements attached to this policy. There may also be other Additional Coverages or Coverage Extensions within your policy. Please read it carefully.

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

| Additional Coverages | | Limit of Insurance |
|---|---|---|
| Debris Removal | | |
| - Additional Amount at each described premises | $ | 25,000 |
| Pollutant Cleanup and Removal | | |
| - 12 Month Aggregate Limit | $ | 25,000 |
| Preservation of Property | | Policy Limit |
| Fire Department Service Charge | $ | 5,000 |
| Reward Coverage | | |
| - Maximum Limit | $ | 5,000 |
| Increased Cost of Construction | | |
| - At each described premises | $ | 10,000 |
| Fire Protective Equipment Discharge | $ | 5,000 |

| Coverage Extensions | | |
|---|---|---|
| Newly Acquired or Constructed Property | | |
| - Each Building | $ | 500,000 |
| - Personal Property in total, at each premises | $ | 250,000 |
| Personal Effects and Property of Others | | |
| - At each described premises | $ | 10,000 |
| - Any one employee | $ | 2,500 |
| Valuable Papers and Records | | |
| - At each described premises | $ | 10,000 |
| Property Off-Premises | | |
| - At any installation premises or temporary storage premises while awaiting installation | $ | 10,000 |
| - At any other premises you do not own, lease, or regularly operate including fairs, trade shows and "exhibitions" | $ | 25,000 |
| Temporary Relocation of Property | $ | 50,000 |
| Outdoor Property | $ | 10,000 |
| - Any one tree, shrub or plant | $ | 500 |
| - Any one antenna | $ | 2,500 |
| Claim Data Expense | $ | 2,500 |



One Tower Square, Hartford, Connecticut 06183

COMMERCIAL PROPERTY
COVERAGE PART DECLARATIONS

POLICY NUMBER: I-660-1H505672-TCT-21
ISSUE DATE: 03-24-21

BUILDING AND PERSONAL PROPERTY COVERAGE FORM (continued)

| Coverage Extensions | | Limit of Insurance |
|---|---|---|
| Extra Expense (including Expediting Expenses) | $ | 2,500 |
| Accounts Receivable | | |
| - At each described premises | $ | 10,000 |
| Non-Owned Detached Trailers | $ | 5,000 |
| Outside Signs | $ | 2,500 |
| Covered Property in Transit | $ | 10,000 |
| Duplicate Electronic Data Processing Data & Media | $ | 10,000 |
| Electronic Data Processing Equipment and Data & Media - Limited | $ | 10,000 |
| Theft Damage to Rented Property | | Policy Limit |

BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM

| Additional Coverages | | Limit of Insurance |
|---|---|---|
| Alterations and New Buildings | | Policy Limit |
| Interruption of Computer Operations - Aggregate Limit | $ | 25,000 |
| Delayed Net Income Loss | | Policy Limit |

| Coverage Extensions | | |
|---|---|---|
| Newly Acquired Locations | $ | 250,000 |
| Claim Data Expense | $ | 2,500 |

TABLE OF CONTENTS

# COMMERCIAL PROPERTY COVERAGE PART

The following indicates the contents of the principal Forms which may be attached to your policy. It contains no reference to the Declarations or Endorsements which also may be attached.

Page No. Varies By Form

COMMERCIAL PROPERTY CONDITIONS

A. Concealment, Misrepresentation or Fraud
B. Control Of Property
C. Insurance Under Two or More Coverages
D. Legal Action Against Us
E. Liberalization
F. No Benefit to Bailee
G. Other Insurance
H. Policy Period, Coverage Territory
I. Transfer of Rights of Recovery Against Others to Us

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Optional Coverages
H. Definitions

CAUSES OF LOSS – BASIC FORM

A. Covered Causes of Loss
B. Exclusions
C. Limitations
D. Definitions

CAUSES OF LOSS – BROAD FORM

A. Covered Causes of Loss
B. Exclusions
C. Limitations
D. Additional Coverage – Collapse
E. Definitions

CAUSES OF LOSS – SPECIAL FORM

A. Covered Causes of Loss
B. Exclusions
C. Limitations
D. Additional Coverage – Collapse
E. Additional Coverage Extensions
F. Definitions

BUSINESS INCOME COVERAGE FORM

A. Coverage
B. Covered Causes of Loss, Exclusions and Limitations
C. Limits of Insurance
D. Loss Conditions
E. Additional Condition
F. Optional Coverages
G. Definitions

BUILDERS' RISK COVERAGE FORM

A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Definition

CONDOMINIUM ASSOCIATION COVERAGE FORM

A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Optional Coverages
H. Definition

CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Condition
G. Optional Coverages
H. Definitions

## TABLE OF CONTENTS (Cont'd)

Page No. Varies By Form

EXTRA EXPENSE COVERAGE FORM

A. Coverage
B. Covered Causes of Loss, Exclusions and Limitations
C. Limits of Insurance
D. Loss Conditions
E. Definitions

LEGAL LIABILITY COVERAGE FORM

A. Coverage
B. Exclusions
C. Limits of Insurance
D. Loss Conditions
E. Additional Conditions
F. Definition

MORTGAGEHOLDER'S ERRORS AND OMISSIONS COVERAGE FORM

A. Coverage
B. Exclusions
C. Limitations
D. Limits of Insurance
E. Deductible
F. Additional Coverage – Collapse
G. Additional Coverage – Limited Coverage for "Fungus", Wet Rot or Dry Rot
H. Additional Conditions
I. Definitions

LEASEHOLD INTEREST COVERAGE FORM

A. Coverage
B. Exclusions
C. Limits of Insurance
D. Loss Conditions
E. Additional Condition
F. Definitions

FORECLOSED PROPERTY COVERAGE FORM

A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Definitions

SECURITY INTEREST ERRORS AND OMISSIONS COVERAGE FORM

A. Coverage
B. Exclusions
C. Limits of Insurance
D. Deductible
E. Commercial Property Conditions
F. Loss Conditions
G. Additional Conditions
H. Definitions

TOBACCO SALES WAREHOUSES COVERAGE FORM

A. Coverage
B. Exclusions
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Definitions

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But

you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

a. Someone insured by this insurance;
b. A business firm:
(1) Owned or controlled by you; or
(2) That owns or controls you; or
c. Your tenant.

This will not restrict your insurance.

 Copyright, ISO Commercial Risk Services, Inc. 1983, 1987

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION H – DEFINITIONS.**

**A. COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** Building(s), meaning the building(s) or structure(s) described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Machinery and equipment permanently attached to the building or structure;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Lobby and hallway furnishings owned by you;

(e) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering (not used for restaurant operations);

(f) Lawn maintenance and snow removal equipment; and

(g) Alarm systems;

(5) If not covered by other insurance:

(a) Alterations and repairs to the building or structure; and

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making alterations or repairs to the building or structure.

**b.** Your Business Personal Property consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy or lease, but do not own; and

(b) You acquired or made at your expense but are not permitted to remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless coverage is

otherwise provided for under Personal Property of Others.

Your Business Personal Property does not include "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media" except as provided under Sections A.1.d. "Electronic Data Processing Equipment" and A.1.e. "Electronic Data Processing Data and Media".

c. Personal Property of Others that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to Personal Property of Others will only be for the account of the owner of the property.

Personal Property of Others does not include "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media" except as provided under Sections A.1.d. "Electronic Data Processing Equipment" and A.1.e. "Electronic Data Processing Data and Media".

d. "Electronic Data Processing Equipment" that you own or lease, or that is in your care, custody or control, while located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

e. "Electronic Data Processing Data and Media" that you own or lease, or that is in your care, custody or control, while located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

2. Property Not Covered

Unless the following property is added by endorsement to this Coverage Form, Covered Property does not include:

a. Accounts, bills, currency, other evidences of debt, money, notes, checks, drafts, securities or food stamps except as provided in the Accounts Receivable Coverage Extension. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles, motorcycles, motor trucks, motor homes and similar vehicles held for sale, lease, loan or rent;

d. Contraband, or property in the course of illegal transportation or trade;

e. The cost of excavations, grading, back filling or filling;

f. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

g. Water or land whether in its natural state or otherwise (including land on which the property is located), land improvements, growing crops, standing timber;

h. Aircraft or watercraft (other than watercraft owned by you while out of water at the described premises); and personal property while airborne or waterborne except as provided in the Covered Property In Transit Coverage Extension;

i. Bulkheads, pilings, piers, wharves, docks, dikes or dams;

j. Property that is covered under another Coverage Form of this or any other policy in which it is more specifically described, except for the excess over the amount due (whether you can collect on it or not) from that other insurance;

k. The following underground property:

(1) Wires;

(2) Pipes, flues and drains;

(3) Tanks (including their contents);

 Case 2:22-cv-00597-LA Filed 05/19/22 Page 53 of 197 Document 1-2 © 2017 The Travelers Indemnity Company. All rights reserved. 
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(4) Tunnels (whether or not connected to buildings);

(5) Mines or mining property;

l. The cost to research, replace or restore the information on "Valuable Papers and Records", except as provided in the Valuable Papers and Records – Cost of Research Coverage Extension;

m. Vehicles or self-propelled machines that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises;

but this paragraph does not apply to:

(a) Vehicles, self-propelled machines or automobiles you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines you hold for sale, lease, loan or rent other than those excluded under A.2.c. above; or

(c) Trailers and Semi-Trailers to the extent covered under the Non-Owned Detached Trailers Coverage Extension;

n. The following property while outside of buildings:

(1) Harvested grain, hay, straw or other crops; or

(2) The following Outdoor Property, except as provided in the Outdoor Property Coverage Extension:

(a) Bridges, walks, roadways, patios or other paved surfaces;

(b) Retaining walls that are not part of the buildings described in the Declarations;

(c) Fences, trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), or lawns, (including fairways, greens and tees) other than lawns which are part of a vegetated roof; or

(d) Radio or television antennas (including microwave or satellite dishes) and their lead-in wiring, masts or towers;

o. The cost of restoring land or water;

p. Any "Electronic Data Processing Data and Media" which is obsolete or no longer used by you;

q. Outside signs, except as provided in the Outside Signs Coverage Extension;

r. Additions under construction except as provided in the Newly Acquired or Constructed Property Coverage Extension; or

s. Human body parts and fluids including organs, tissue, blood and cells.

**3. Covered Causes of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

Each of these Additional Coverages is additional insurance unless otherwise indicated.

Unless otherwise indicated in the Declarations or by endorsement, the following Additional Coverages apply:

**a. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property and other debris that is on the described premises, other than outdoor property as included in the Outdoor Property Coverage Extension, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

This Additional Coverage does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(2) Except as provided in (3) below, payment for Debris Removal is included within the applicable Limit of Insurance shown in the Declarations. The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this Coverage Part applicable to that loss or damage.

However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(3) When the debris removal expense exceeds the 25% limitation in (2) above or when the sum of the debris removal expense and the amount we pay for the direct physical loss of or damage to Covered Property exceeds the applicable Limit of Insurance, we will pay an additional amount for debris removal expense up to $25,000, for each of your premises, in any one occurrence.

b. Pollutant Cleanup and Removal

We will pay your expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss which occurs:

(1) On the described premises;

(2) To Covered Property; and

(3) During the policy period.

The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $25,000 for the sum of all covered expenses arising out of all Covered Causes of Loss occurring during each separate 12 month period of this policy beginning with the effective date of this policy.

c. Preservation of Property

If it is necessary to temporarily move Covered Property from the described premises to preserve it from the threat of imminent loss or damage by a Covered Cause of Loss:

(1) We will pay for the reasonable and necessary expenses incurred by you to remove the Covered Property from the described premises, temporarily store the Covered Property at another location and move the Covered Property back to the described premises within a reasonable time after the threat of imminent loss or damage to the property by the Covered Cause of Loss passes. The most we will pay for the sum of all such expenses that you incur due to the threat of loss or damage from any one occurrence is $100,000, subject to the following:

(a) This Limit of Insurance is an additional amount of insurance that is not included in, and does not reduce, the Covered Property Limits of Insurance.

(b) When the Causes of Loss – Earthquake endorsement or

 © 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Causes of Loss – Earthquake Sprinkler Leakage endorsement is included in this Coverage Part, our payment for the sum of all expenses incurred due to the threat of loss or damage to Covered Property from all threatened occurrences of all such Covered Causes of Loss in any one policy year will not exceed $100,000. This limit is not included in, and does not reduce, the Limits of Insurance that apply to loss or damage to which the Causes of Loss – Earthquake endorsement or the Causes of Loss – Earthquake Sprinkler Leakage endorsement applies.

(c) When the Causes of Loss – Broad Form Flood endorsement is included in this Coverage Part, our payment for the sum of all expenses incurred due to the threat of loss or damage to Covered Property from all threatened occurrences of such Covered Cause of Loss in any one policy year will not exceed $100,000. This limit is not included in, and does not reduce, the Limits of Insurance that apply to loss or damage to which the Causes of Loss – Broad Form Flood endorsement applies.

(d) If the threat of imminent direct physical loss or damage to Covered Property from the same occurrence spans over multiple policy years, only the limit that applies to this Coverage in the policy year in which the expenses are first incurred by you will apply to the total of the expenses incurred due to the threat of loss or damage from that occurrence.

This Coverage is subject to the deductible that applies to loss or damage to the Covered Property by the Covered Cause of Loss from which the property is being preserved.

(2) We will also pay for any direct physical loss of or damage to the Covered Property while it is being moved from the described premises, while temporarily stored at another location or while being moved back to the described premises, subject to the following:

(a) This Coverage is subject to, and does not increase the applicable Covered Property Limit of Insurance.

(b) This Coverage will only apply if the loss or damage occurs within 90 days after the Covered Property is first moved and will end when any of the following first occurs:

(i) The policy is amended to provide insurance at the new location;

(ii) The Covered Property is returned to the original location; or

(iii) This policy expires.

d. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $5,000 for service at each premises described in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

e. Reward Coverage

We will reimburse you for rewards you have incurred for information leading to:

(1) The successful return of undamaged stolen Covered Property to a law enforcement agency; or

(2) The arrest and conviction of any person who has damaged or stolen any of your Covered Property.

We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of undamaged stolen Covered Property) up to a maximum of $5,000 in any one occurrence for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage.

**f. Increased Cost of Construction or Repair**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to buildings that are Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in f.(3) through f.(8) of this Additional Coverage.

(3) The ordinance or law referred to in f.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage at each of your described premises is $10,000 in any one occurrence.

(7) With respect to this Additional Coverage:

(a) We will not pay the Increased Cost of Construction or Repair:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction or Repair, subject to the provisions of f.(6) of this Additional Coverage, is the increased cost of construction or repair at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction or Repair, subject to the provisions of f.(6) of this Additional Coverage, is the increased cost of construction or repair at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**g. Fire Protective Equipment Discharge**

If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

(1) Refill or recharge the system with the extinguishing agents that were discharged; and

(2) Replace or repair faulty valves or controls which caused the discharge.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**5. Coverage Extensions**

Each of these Coverage Extensions is additional insurance unless otherwise indicated.

Unless otherwise indicated in the Declarations or by endorsement, the following Coverage Extensions apply:

**a. Newly Acquired or Constructed Property**

We will pay for direct physical loss or damage by a Covered Cause of Loss to:

**(1) Buildings:**

(a) Your new buildings or additions to existing buildings insured under this Coverage Part while being built on the described premises or newly acquired premises including materials, equipment, supplies and temporary structures, on or within 1,000 feet of the premises; and

(b) Buildings you acquire at the described premises or at locations other than the described premises.

The most we will pay for loss or damage to this building property in any one occurrence is $500,000 at each building.

**(2) Your Business Personal Property, Personal Property of Others, Electronic Data Processing Equipment, and Electronic Data Processing Data and Media:**

(a) If a Limit of Insurance is shown in the Declarations for Your Business Personal Property, Personal Property of Others, "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media", you may extend that insurance to apply to that type of property at:

(i) A building you newly acquire at a location described in the Declarations; or

(ii) At any other location you acquire by purchase or lease (other than at fairs, trade shows or exhibitions).

The most we will pay for loss or damage to all types of property described above in any one occurrence is $250,000 in total at each location.

(3) With respect to insurance provided under this Coverage Extension for Newly Acquired or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 90 days expire after you acquire or begin to construct the property;

(c) You report values to us; or

(d) The property is more specifically insured.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

**b. Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to the following types of property only while on the described premises:

(1) Personal effects or "Fine Arts" owned by you, your officers, your partners, your managers or your employees.

(2) Personal property (other than personal effects, "Fine Arts", "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media") owned by:

(a) Your employees, for not more than $2,500 for any one employee; or

(b) Others, and in your care, custody or control.

The most we will pay for loss or damage under this Extension in any one occurrence is $10,000 at each described premises. The direct physical loss or damage must be caused by a Covered Cause of Loss. Our payment for loss of or damage to personal property of others

will only be for the account of the owner of the property.

c. Valuable Papers and Records – Cost of Research

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged "Valuable Papers and Records" for which duplicates do not exist.

The most we will pay under this Extension in any one occurrence is $10,000 at each described premises. The direct physical loss or damage must be caused by a Covered Cause of Loss.

d. Property Off-Premises

(1) You may extend the insurance that applies to your Covered Property and Covered Personal Property of Others to apply to direct physical loss or damage by a Covered Cause of Loss to such property while temporarily away from the described premises:

(a) At any fair, trade show or "exhibition" within the Coverage Territory at a premises you do not own, lease or regularly operate;

(b) At installation premises or temporary storage premises while awaiting installation within the Coverage Territory that you do not own, lease or regularly operate. This coverage applies only to such property that will be [illegible] an installation project being performed for others by you or on your behalf. This coverage will end when any of the following first occurs:

(i) Your interest in the property ceases;

(ii) The installation is accepted;

(iii) The installation is abandoned;

(iv) The property is more specifically insured; or

(v) This policy is cancelled or expires, whichever occurs first; or

(c) At any other premises within the Coverage Territory that you do not own, lease or regularly operate.

(2) This Extension does not apply to:

(a) Property in due course of transit;

(b) Property to which the Temporary Relocation of Property or the Duplicate Electronic Data Processing Data and Media Coverage Extensions apply; or

(c) Property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $25,000, but we will not pay more than $10,000 at any installation premises or temporary storage premises while awaiting installation.

e. Temporary Relocation of Property

If Personal Property for which a Limit of Insurance is shown in the Declarations is removed from the described premises and stored temporarily at another location you own, lease or operate while the described premises is being renovated or renovated, we will pay for direct physical loss or damage to that stored property:

(1) Caused by or resulting from a Covered Cause of Loss;

(2) Up to $50,000 in any one occurrence; and

(3) During the storage period of up to 90 consecutive days, but not beyond the expiration date of this policy.

This Extension does not apply if the stored property is more specifically insured.

f. Outdoor Property

You may extend the insurance provided by this Coverage Form to apply to your outdoor property described below on the described premises, as follows:

(1) Fences, retaining walls that are not part of a building, lawns (including fairways, greens, and tees) other than lawns which are part of a

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

vegetated roof, trees, shrubs and plants, (other than trees, shrubs, or plants which are "stock" or are part of a vegetated roof), bridges, walks, roadways, patios, or other paved surfaces for loss or damage by the following causes of loss, if they are a Covered Cause of Loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion;

(e) Aircraft;

(f) Falling Objects;

(g) Sinkhole Collapse; or

(h) Volcanic Action.

(2) Radio and television antennas (including microwave or satellite dishes) for loss or damage by the following causes of loss, if they are a Covered Cause of Loss:

(a) A cause of loss listed in (1)(a) through (1)(h) above;

(b) Windstorm or hail;

(c) Vehicles; or

(d) Vandalism.

The most we will pay under this Extension in any one occurrence is $10,000, but we will not pay more than $500 for any one tree, shrub or plant nor more than $2,500 for any one antenna.

We will also pay your necessary and reasonable expense that you incur to remove debris of Outdoor Property shown under f.(1) and f.(2) above at your described premises caused by, or resulting from a Covered Cause of Loss listed above that occurs during the policy period. Such expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage. This will not increase the Limits of Insurance that apply to this Extension.

Subject to all terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**g. Claim Data Expense**

You may extend the insurance provided by this Coverage Form to apply to the expense you incur in preparing claim data when we require it. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss. The most we will pay for preparation of claim data under this Extension in any one occurrence is $2,500. We will not pay for:

(1) Any expenses incurred, directed, or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

(2) Any costs as provided in the Loss Condition – Appraisal; or

(3) Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

**h. Extra Expense (Including Expediting Expenses)**

In the event of covered loss or damage, you may extend the insurance provided by this Coverage Form to apply to:

(1) The necessary and reasonable extra expense you incur to continue as nearly as possible your normal business operation; and

(2) The necessary and reasonable additional expenses you incur to make temporary repairs, or expedite permanent replacement at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation.

The most we will pay in total in any one occurrence under this Extension is $2,500.

**i. Accounts Receivable**

You may extend the insurance that applies to Your Business Personal Property to apply to the following loss and

expenses resulting from direct physical loss or damage by a Covered Cause of Loss to your accounts receivable records (including those on electronic data processing media). Credit card company charge media will be considered accounts receivable until delivered to the credit card company.

(1) We will pay:

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts; and

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage.

(2) The most we will pay in any one occurrence under this Extension is $10,000 for all loss and expense at each described premises.

j. Non-Owned Detached Trailers

(1) You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by a Covered Cause of Loss to trailers or semi-trailers that you do not own, provided that:

(a) The trailer or semi-trailer is used in your business;

(b) The trailer or semi-trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer or semi-trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer or semi-trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion; or

(b) During hitching or unhitching operations, or when a trailer or semi-trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $5,000.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

k. Outside Signs

You may extend the insurance that applies to Building or Your Business Personal Property to apply to direct physical loss or damage by a Covered Cause of Loss to outside signs, whether or not the sign is attached to a building, at or within 1,000 feet of the described premises.

The most we will pay for loss or damage under this Extension is $2,500 per sign in any one occurrence.

l. Covered Property In Transit

(1) You may extend the insurance that applies to Covered Property to apply to direct physical loss or damage by a Covered Cause of Loss to such property while in due course of transit at your risk within the Coverage Territory.

(2) When the Causes of Loss – Special Form is applicable, the Earth Movement exclusion and the Water exclusion do not apply to this Extension.

(3) The exclusion of personal property while airborne or waterborne under Section A.2. Property Not Covered, does not apply to this Extension, but the insurance provided under this Extension for property while waterborne is limited as provided in paragraph (4) (c) below.

(4) This Extension does not apply to:

(a) Property within 1,000 feet of the described premises;

(b) Property shipped by mail;

(c) Property while waterborne, except in regular ferry operations in the course of being moved by

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

other means of transportation, and then to include General Average and Salvage Charges for which you become liable;

(d) Export shipments once:

(i) The shipment is loaded on board the export conveyance; or

(ii) Coverage under an Ocean Marine or other insurance policy covering the shipment begins;

whichever is earlier;

(e) Import shipments prior to:

(i) The shipment being unloaded from the import conveyance; or

(ii) Coverage under an Ocean Marine or other insurance policy covering the shipment ends;

whichever is later;

(f) Property of others for which you are responsible while acting as a common or contract carrier, freight forwarder, freight consolidator, freight broker or public warehouseman;

(g) Property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers; or

(h) Tools, equipment, supplies and materials all used for service or repair in your business which are kept in a motor vehicle. However, this does not apply to property in the care, custody or control of your sales representatives.

(5) The following additional exclusion applies to this Extension when the Causes of Loss – Special Form applies to this Coverage Form:

We will not pay for loss or damage by theft from a conveyance or container while unattended unless the portion of the conveyance or container containing the Covered Property is fully enclosed and securely locked, and the theft is by forcible entry of which there is visible evidence.

(6) The most we will pay for loss or damage in any one occurrence under this Extension is $10,000.

m. **Duplicate Electronic Data Processing Data and Media**

(1) You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage by a Covered Cause of Loss to duplicates of your "Electronic Data Processing Data and Media" while stored in a separate, unattached building from where your original "Electronic Data Processing Data and Media" are kept.

(2) The most we will pay for loss or damage in any one occurrence under this Extension is $10,000.

n. **Electronic Data Processing Equipment and Data and Media – Limited**

This Extension only applies when a Limit of Insurance is not stated in the Declarations for "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media".

(1) If a Limit of Insurance is shown in the Declarations for Your Business Personal Property, you may extend that insurance to apply to direct physical loss or damage by a Covered Cause of Loss to "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media" located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

(2) The most we will pay for loss or damage in any one occurrence under this Extension is $10,000.

o. **Theft Damage to Rented Property**

You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by theft or attempted theft to that part of any non-owned building at the

described premises you occupy and which contains the Covered Property, and to property within the non-owned building used for maintenance or service of the non-owned building.

This Extension applies only if you are a tenant and are required in your lease to cover this exposure.

We shall not be liable under this Extension for damage by fire or explosion, or to glass (other than glass building blocks) or to any lettering, ornamentation or burglar alarm tape on glass.

Payment under this Extension will not increase the Limit of Insurance that applies to Your Business Personal Property at the premises where the direct physical loss or damage occurs.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 1,000 feet of the building or structure described in the Declarations or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $25,000 regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

The Additional Condition, Coinsurance, does not apply to these Extensions.

## B. EXCLUSIONS AND LIMITATIONS

See applicable Causes Of Loss form as shown in the Declarations.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, this Coverage Form or any endorsements applicable to this Coverage Form.

## D. DEDUCTIBLE

Unless otherwise indicated, we will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance Additional Condition.

If more than one deductible applies to loss or damage in any one occurrence, we will apply each deductible separately. But the total of all deductible amounts applied in any one occurrence will not exceed the largest applicable deductible.

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

© 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In the Event of Loss or Damage**

a. You must see that the following are done in the event of loss or damage:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property, except as provided under the Increased Cost of Construction or Repair Additional Coverage.

Case 2:22-cv-00597-LA Filed 05/19/22 Page 64 of 197 Document 1-2

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

h. At our option, we may make a partial payment toward any claims, subject to the policy provisions and our normal adjustment process. To be considered for a partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable deductibles must be satisfied before any partial payments are made.

i. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

a. We will pay:

(1) Recovery expense; and

(2) Costs to repair the recovered property;

b. But the amount we pay will not exceed:

(1) The total of a.(1) and a.(2) above;

(2) The value of the recovered property; or

(3) The Limit of Insurance;

whichever is less.

6. Valuation

We will determine the value of Covered Property in the event of covered loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e., f., g., h., i., j., k., l. and m. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $5,000 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property except as provided under the Increased Cost of Construction or Repair Additional Coverage.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

 © 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

Case 2:22-cv-00597-LA Filed 05/19/22 Page 65 of 197 Document 1-2

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

f. "Valuable Papers and Records" at the cost of:

(1) Blank materials for reproducing the papers and records; and

(2) Labor to transcribe or copy the papers and records when there is a duplicate, but only if the papers and records are actually transcribed or copied.

g. "Fine Arts" at the least of:

(1) Market value at the time and place of loss;

(2) The cost of reasonably restoring that property; or

(3) The cost of replacing that property with substantially the same property.

h. Personal Property of Others at the amount you are liable not to exceed actual cash value.

i. The value of Accounts Receivable will be determined as follows:

(1) If you cannot accurately establish the amount of Accounts Receivable outstanding as of the time of loss, we will:

(a) Determine the total of the average monthly amounts of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurs; and

(b) Adjust that total for any normal fluctuations in the amount of Accounts Receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

(2) If you can accurately establish the amount of Accounts Receivable outstanding, that amount will be used in the determination of loss.

(3) The following will be deducted from the total amount of Accounts Receivable, however that amount is established:

(a) The amount of the accounts for which there is no loss;

(b) The amount of the accounts that you are able to re-establish or collect;

(c) An amount to allow for probable bad debts that you are normally unable to collect; and

(d) All unearned interest and service charges.

j. Stock in process at the cost of raw materials, and labor, plus the proper proportion of overhead charges.

k. "Electronic Data Processing Equipment" at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence and depletion. However, in the event replacement of "Electronic Data Processing Equipment" with identical property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed

equipment and intended to perform the same function, but which may include technological advances.

"Electronic Data Processing Equipment" that is obsolete or no longer used by you will be valued at actual cash value.

l. "Electronic Data Processing Data and Media" for which duplicates do not exist will be valued as follows:

(1) The cost of blank media; and

(2) Your cost to research, replace or restore the lost electronic data on lost, damaged or destroyed "Electronic Data Processing Data and Media", but only if the lost electronic data is actually replaced or restored.

m. Duplicate "Electronic Data Processing Data and Media" at the cost of:

(1) Blank media; and

(2) Labor to copy the electronic data, but only if the electronic data is actually copied.

F. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Coinsurance

This Additional Condition does not apply to "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media" when a specific Limit of Insurance is shown for that coverage in the Declarations.

If a Coinsurance percentage is shown in the Declarations, the following condition applies when the loss or damage in any one occurrence is $5,000 or more.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $120,000 |
| | The Deductible is: | $500 |
| | The amount of loss is: | $40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $120,000/$200,000 = .60

Step (3): $40,000 x .60 = $24,000

Step (4): $24,000 – $500 = $23,500

We will pay no more than $23,500. The remaining $16,500 is not covered.

Example No. 2 (Adequate Insurance):

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $500 |
| | The amount of loss is: | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is

© 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 2:22-cv-00597-LA Filed 05/19/22 Page 67 of 197 Document 1-2

$200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,500 ($40,000 amount of loss minus the deductible of $500).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

Example No. 3: (Underinsurance)

When:

| The value of the property is: | |
|---|---|
| Bldg. at Location No. 1: | $75,000 |
| Bldg. at Location No. 2: | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| Total Value: | $250,000 |
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations No. 1 and 2 is: | $180,000 |
| The Deductible is: | $1,000 |
| The amount of loss is: Bldg. at Location No. 2: | $30,000 |
| Personal Property at Location No. 2: | $20,000 |
| Total amount of loss | $50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000/$225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. **Mortgageholders**

a. The term, mortgageholder, includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so; and

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. **Unintentional Errors In Description**

Your error in how you describe the address of a location in the Location Schedule shall not prejudice coverage afforded by this policy, provided such error is not intentional. Any such error shall be reported and corrected when discovered and appropriate premium charged.

## G. OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

1. **Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies.

b. The terms of this Optional Coverage apply only to loss or damage that occurs on or after the effective date of this Optional Coverage.

2. **Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If:

The applicable Limit of Insurance is: $100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is:

$100,000 X .08 X 146/365 = $3,200

3. **Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces the term Actual Cash Value in provisions a., e. and f. of the Valuation Loss Condition in Section E.6. of this Coverage Form.

b. If you decide to repair or rebuild buildings which have sustained loss or damage, our payment will include any necessary and reasonable architectural, engineering, consulting or supervisory fees incurred in the repair or rebuilding. This will not increase the applicable Limits of Insurance.

c. This Optional Coverage does not apply to:

(1) Obsolete property, or property no longer used by you;

(2) Residential personal property or personal effects;

(3) Awnings or floor coverings;

(4) Outdoor equipment or furniture;

(5) "Stock", unless the Including "Stock" option is shown in the Declarations; or

(6) "Vacant" buildings.

d. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides, if you notify us of your intent to do so within 180 days after the loss or damage.

e. We will not pay on a replacement cost basis for any loss or damage:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

This restriction does not apply to losses less than $5,000 in any one occurrence, other than losses to tenants' improvements and betterments.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in e.(1) and e.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

f. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2), or (3), subject to g. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in f.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

g. The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property except as provided under the Increased Cost of Construction or Repair Additional Coverage.

h. We will determine the value of patterns, dies, molds, and forms not in current usage at actual cash value. If the loss is paid on an actual cash value basis, and within 24 months from the date of the loss you need to repair or replace one or more of them, we will pay you, subject to the conditions of this insurance, the difference between actual cash value and Replacement Cost for those patterns, molds and dies which are actually repaired or replaced.

i. "Electronic Data Processing Equipment" at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence and depletion. However, in the event replacement of "Electronic Data Processing Equipment" with identical property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances.

"Electronic Data Processing Equipment" that is obsolete or no longer used by you will be valued at actual cash value.

j. "Electronic Data Processing Data and Media" for which duplicates do not exist will be valued as follows:

(1) The cost of blank media; and

(2) Your cost to research, replace or restore the lost electronic data on lost, damaged or destroyed "Electronic Data Processing Data and Media", but only if the lost electronic data is actually replaced or restored.

H. DEFINITIONS

1. "Electronic Data Processing Data and Media" means the following:

a. "Electronic data processing data and media" means:

(1) Data stored on, created or used on, or transmitted to or from computer software (including systems and applications software) on electronic data processing recording or storage media such as hard or floppy disks, CDs, DVDs, flash memory, tapes,

drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

(2) The electronic media on which the data is stored; and

(3) Programming records and instructions used with electronic data processing equipment".

b. "Electronic data processing data and media" does not mean:

(1) Prepackaged software;

(2) Property that you manufacture or hold for sale;

(3) Property that is licensed, leased, or rented to others; or

(4) Electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

2. "Electronic Data Processing Equipment" means the following:

a. "Electronic data processing equipment" means any of the following equipment used in your data processing operations:

(1) Electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment and laptop and portable computers; and

(2) Any component parts or peripherals of such equipment, including related surge protection devices.

b. "Electronic data processing equipment" does not mean:

(1) Property that is in the course of manufacture, or held for sale or distribution by you;

(2) Property that is leased or rented to others; or

(3) Equipment that is used to control or operate production-type machinery or equipment.

3. "Exhibition" means the temporary display of personal property at a convention, exposition, trade show or similar event at a location you do not own, lease or regularly occupy.

4. "Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property of rarity, historical value or artistic merit.

5. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials (including asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

6. "Stock" means merchandise held in storage or for sale, including supplies used in their packing or shipping.

7. "Vacant" See applicable Causes of Loss form as shown in the Declarations.

8. "Valuable Papers and Records" means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages. But "Valuable Papers and Records" does not include money, securities or "Electronic Data Processing Data and Media".

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION G – DEFINITIONS.**

**A. COVERAGE**

**1. Business Income**

**a.** Business Income means the:

**(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; plus

**(2)** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

**b.** Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income including "Rental Value".

**(2)** Business Income excluding "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(2)** above is selected, the term Business Income excludes "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

**c.** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to property in the open or property in a vehicle, the described premises includes the area within 1,000 feet of such premises.

**d.** With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(1)** The portion of the building which you rent, lease or occupy;

**(2)** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(3)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**2. Extra Expense**

**a.** Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

**b.** Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location; or

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense (including expediting expense) to repair or replace the property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

5. Additional Coverages

Unless otherwise stated, payments made under these Additional Coverages will not increase the applicable Limits of Insurance.

Unless otherwise indicated in the Declarations or by endorsement, the following Additional Coverages apply:

a. Civil Authority

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and the reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Unless a different time period or coverage period is indicated in the Declarations, Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to 30 consecutive days from the date on which such coverage began.

(3) Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(a) 30 consecutive days after the date of that action; or

(b) When your Civil Authority Coverage for Business Income ends;

whichever is later.

b. Alterations and New Buildings

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income coverage will begin on the date

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL PROPERTY

"operations" would have begun if the direct physical loss or damage had not occurred. This change in the start of the "period of restoration" does not apply to Extra Expense.

c. Extended Business Income

(1) Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this Coverage Part, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations" with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) Unless otherwise stated in the Declarations or by endorsement, 60 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

(2) "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this Coverage Part, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) Unless otherwise stated in the Declarations or by endorsement, 60 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of a Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

4. Interruption of Computer Operations

We will pay for:

(1) The actual loss of Business Income you sustain due to the "suspension" of your "operations" during the "period of restoration" and Extended Business Income; and

(2) The reasonable and necessary Extra Expense you incur during the "period of restoration" and Extended Business Income;

caused by direct physical loss or damage to "Electronic Data Processing Data and Media" at the described premises by a Covered Cause of Loss.

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss — Special Form applies, coverage under this Additional Coverage —

Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage – Interruption of Computer Operations is $25,000 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage – Interruption In Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

a. Delayed Net Income Loss

We will pay for the actual loss of Net Income (Net Profit or Loss before income taxes) you sustain due to the "suspension" of your "operations" resulting in a loss in the value of production which occurs beyond the "period of restoration" and Extended Business Income. We will only pay under this Additional Coverage if:

(1) The Delayed Net Income Loss is caused by direct physical loss or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations;

(2) The loss or damage is caused by a Covered Cause of Loss;

(3) You incur the Delayed Net Income Loss within 24 months of the date of the direct physical loss or damage to the property; and

(4) You notify us in writing of such Delayed Net Income Loss within 24 months of the direct physical loss or damage to the property.

4. Coverage Extensions

Each of these Coverage Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Coverage Extensions. Unless otherwise indicated in the Declarations or by endorsement, the following Coverage Extensions apply:

a. Newly Acquired Locations

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(1) You may extend your Business Income and Extra Expense coverages to apply to property (including property under construction) at any location you newly acquire by purchase or lease (other than fairs, trade shows or exhibitions).

(2) The most we will pay under this Extension for the sum of Business Income loss and Extra Expense incurred at each newly acquired location is:

(a) $250,000 in any one occurrence; or

(b) If a fraction is shown in the Declarations for Monthly Period of Indemnity, the most we will pay for loss in each period of 30 consecutive days is the fraction shown in the Declarations times $250,000; or

(c) If Maximum Period of Indemnity is shown in the Declarations, the most we will pay is the amount of loss sustained during the 120 days immediately following the beginning of the "period of restoration", or $250,000, whichever is less.

(3) Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 90 days expire after you acquire or begin to construct the property;

(c) You report the location to us; or

(d) Coverage for Business Income and Extra Expense at the location is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the location.

b. **Claim Data Expense**

You may extend the insurance provided by this Coverage Form to apply to the expense you incur in preparing claim data when we require it. This includes the cost of preparing income statements and other documentation to show the extent of Business Income loss. The most we will pay for preparation of claim data under this Extension in any one occurrence is $2,500. We will not pay for:

(1) Any expenses incurred, directed or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

(2) Any costs as provided in the Loss Condition – Appraisal; or

(3) Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

**B. COVERED CAUSES OF LOSS, EXCLUSIONS AND LIMITATIONS**

1. See applicable Causes of Loss Form as shown in the Declarations.

2. **Additional Limitation – Interruption of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

c. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations, this Coverage Form or any endorsements applicable to this Coverage Form.

## D. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. Duties In the Event of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation and settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. Loss Determination

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage occurred, but not including any likely increase in Net Income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, to the extent insured, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EXHIBIT A
FILED
04-18-2022
Clerk of Circuit Court
Waukesha County
2022CV000562

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. Resumption of Operations

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

a. You have complied with all of the terms of this Coverage Part; and

b. We have reached agreement with you on the amount of loss or an appraisal award has been made.

At our option, we may make a partial payment toward any claims, subject to the policy provisions and our normal adjustment process. To be considered for a partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable deductibles must be satisfied before any partial payments are made.

E. ADDITIONAL CONDITION

Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

a. The Coinsurance percentage shown for Business Income in the Declarations; times

b. The sum of:

(1) The Net Income (Net Profit or Loss before income taxes), and

(2) All operating expenses (including payroll expenses),

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1. Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2. Divide the Limit of Insurance for the described premises by the figure determined in step 1; and

3. Multiply the total amount of loss by the figure determined in step 2.

We will pay the amount determined in step 3, or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1. Prepaid freight – outgoing;
2. Returns and allowances;
3. Discounts;
4. Bad debts;
5. Collection expenses;
6. Cost of raw stock and factory supplies consumed (including transportation charges);
7. Cost of merchandise sold (including transportation charges);
8. Cost of other supplies consumed (including transportation charges);
9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;
10. Power, heat and refrigeration expenses that do not continue under contract (if form CP 15 11 is attached);
11. The amount of payroll expense excluded (when ordinary payroll is excluded or limited as stated in the Declarations); and
12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
| The Coinsurance percentage is: | | 50% |
| The Limit of Insurance is: | | $150,000 |
| The amount of loss is: | | $80,000 |

Step 1: $400,000 X 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $150,000/$200,000 = .75

Step 3: $ 80,000 X .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
| The Coinsurance percentage is: | | 50% |
| The Limit of Insurance is: | | $200,000 |
| The amount of loss is: | | $80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 X 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This Condition does not apply to Extra Expense coverage.

**F. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income, including Extended Business Income and Delayed Net Income Loss Additional Coverages and Extra Expense is the lesser of:

(1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

(2) The Limit of Insurance shown in the Declarations.

**2. Monthly Limit of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income including Extended Business

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Income and Delayed Net Income Loss Additional Coverages in each period of 30 consecutive days after the beginning of the "period of restoration" is:

(1) The Limit of Insurance, multiplied by

(2) The fraction shown in the Declarations for this Optional Coverage.

**Example:**

| When: | The Limit of Insurance is: | $120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 X 1/4 = $30,000

If, in this example, the actual amount of loss is:

| | |
|---|---|
| Days 1-30 | $40,000 |
| Days 31-60 | $20,000 |
| Days 61-90 | $30,000 |
| | $90,000 |

We will pay:

| | |
|---|---|
| Days 1-30 | $30,000 |
| Days 31-60 | $20,000 |
| Days 61-90 | $30,000 |
| | $80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

a. To activate this Optional Coverage:

(1) A signed Business Income Worksheet must be submitted to and accepted by us. The Worksheet must show financial data for your "operations":

(a) For the most recent 12 months prior to the date of the Worksheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown on the Business Income Worksheet on file with us. The Agreed Value should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and operating expenses for the following 12 months you state on the Worksheet.

b. The Additional Condition, Coinsurance, is suspended until:

(1) 12 months after the effective date of this Optional Coverage; or

(2) The expiration date of this policy;

whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Worksheet and Agreed Value:

(1) Within 12 months of the effective date of this Optional Coverage; or

(2) When you request a change in your Business Income Limit of Insurance.

**4. Ordinary Payroll Limitation or Exclusion**

a. To activate this Optional Coverage indicate the following in the Declarations:

(1) Ordinary payroll is excluded; or

(2) Ordinary payroll is limited to a specified number of days. The number of days may be used in two separate periods during the "period of restoration".

b. When ordinary payroll is excluded or limited:

(1) In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will not include ordinary payroll except for ordinary payroll incurred during the number of days shown in the Declarations. If the ordinary payroll for the policy year varies during the year, the period of greatest ordinary payroll will be used.

(2) Ordinary payroll means payroll expenses for all your employees except:

(a) Officers;

(b) Executives;

(c) Department managers;

(d) Employees for whom payroll expenses are required to be paid under a direct contract with the insured; and

(e) Additional Exemptions, shown in the Declarations or by endorsement as:

(i) Job Classifications; or

(ii) Employees specifically listed by name.

(3) Ordinary payroll includes:

(a) Payroll;

(b) Employee benefits, if directly related to payroll;

(c) FICA and Medicare payments;

(d) Union dues; and

(e) Worker's compensation premiums.

E. Definitions

1. "Electronic Data Processing Data and Media" means:

a. Data stored as or on, created or used on, or transmitted to or from computer software (including systems and application software) on electronic data processing, recording or storage media such as hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

b. The electronic media on which the data is stored; and

c. Programming records and instructions used for "Electronic Data Processing Equipment".

"Electronic Data Processing Data and Media" does not include your "stock" of prepackaged software, or electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

2. "Electronic Data Processing Equipment" means any of the following equipment used in your data processing operations:

a. Electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment and laptop and portable computers; and

b. Any component parts and peripherals of such equipment, including related surge protection devices.

"Electronic Data Processing Equipment" does not include equipment used to operate production type machinery or equipment.

3. "Finished Stock" means stock you have manufactured.

"Finished Stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished Stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

4. "Operations" means:

a. Your business activities occurring at the described premises; and

b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

5. "Period of Restoration" means the period of time after direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described premises which:

a. Begins:

(1) Unless a different time period is indicated in the Declarations, 72 hours after the time of direct physical loss or damage for Business Income coverage; or

(2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

enforcement of or compliance with any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

6. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials (including asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

7. "Rental Value" means Business Income that consists of:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that premises, including:

(1) Payroll; and

(2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

8. "Suspension" means:

a. The partial or complete cessation of your business activities; or

b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to SECTION F. – DEFINITIONS.

A. COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section B., Exclusions; or
2. Limited in Section C., Limitations;

that follow.

B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a. Ordinance or Law

The enforcement of or compliance with any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

b. Earth Movement

(1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust or particulate matter; or

(c) Lava flow.

With respect to coverage for Volcanic Action as set forth in (5)(a), (5)(b) and (5)(c), all volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is naturally occurring or due to man-made or other artificial causes.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.



(c) Department managers;

(d) Employees for whom payroll expenses are required to be paid under a direct contract with the Insured; and

(e) Additional Exemptions, shown in the Declarations or by endorsement as:

(i) Job Classifications; or

(ii) Employees specifically listed by name.

(3) Ordinary payroll includes:

(a) Payroll;

(b) Employee benefits, if directly related to payroll;

(c) FICA and Medicare payments;

(d) Union dues; and

(e) Worker's compensation premiums.

G. DEFINITIONS

1. "Electronic Data Processing Data and Media" means:

a. Data stored as or on, created or used on, or transmitted to or from computer software (including systems and application software) on electronic data processing, recording or storage media such as hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

b. The electronic media on which the data is stored; and

c. Programming records and instructions used for "Electronic Data Processing Equipment".

"Electronic Data Processing Data and Media" does not include your "stock" of prepackaged software, or electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

2. "Electronic Data Processing Equipment" means any of the following equipment used in your data processing operations:

a. Electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment and laptop and portable computers; and

b. Any component parts and peripherals of such equipment, including related surge protection devices.

"Electronic Data Processing Equipment" does not include equipment used to operate production type machinery or equipment.

3. "Finished Stock" means stock you have manufactured.

"Finished Stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished Stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

4. "Operations" means:

a. Your business activities occurring at the described premises; and

b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

5. "Period of Restoration" means the period of time after direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described premises which:

a. Begins:

(1) Unless a different time period is indicated in the Declarations, 72 hours after the time of direct physical loss or damage for Business Income coverage; or

(2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the

© 2017 The Travelers Indemnity Company. All rights reserved.

b. Income and Delayed Net Income Loss Additional Coverages in each period of 30 consecutive days after the beginning of the "period of restoration" is:

(1) The Limit of Insurance, multiplied by

(2) The fraction shown in the Declarations for this Optional Coverage.

**Example:**

When: The Limit of Insurance is: $120,000

The fraction shown in the Declarations for this Optional Coverage is: 1/4

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 X 1/4 = $30,000

If, in this example, the actual amount of loss is:

| | |
|---|---|
| Days 1-30 | $40,000 |
| Days 31-60 | $20,000 |
| Days 61-90 | $30,000 |
| | $90,000 |

We will pay:

| | |
|---|---|
| Days 1-30 | $30,000 |
| Days 31-60 | $20,000 |
| Days 61-90 | $30,000 |
| | $80,000 |

The remaining $10,000 is not covered.

3. **Business Income Agreed Value**

a. To activate this Optional Coverage:

(1) A signed Business Income Worksheet must be submitted to and accepted by us. The Worksheet must show financial data for your "operations":

(a) For the most recent 12 months prior to the date of the Worksheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown on the Business Income Worksheet on file with us. The Agreed Value should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and operating expenses for the following 12 months you state on the Worksheet.

b. The Additional Condition, Coinsurance, is suspended until:

(1) 12 months after the effective date of this Optional Coverage; or

(2) The expiration date of this policy;

whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Worksheet and Agreed Value:

(1) Within 12 months of the effective date of this Optional Coverage; or

(2) When you request a change in your Business Income Limit of Insurance.

4. **Ordinary Payroll Limitation or Exclusion**

a. To activate the Optional Coverage indicate the following in the Declarations:

(1) Ordinary payroll is excluded; or

(2) Ordinary payroll is limited to a specified number of days. The number of days may be used in two separate periods during the "period of restoration".

b. When ordinary payroll is excluded or limited:

(1) In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will not include ordinary payroll except for ordinary payroll incurred during the number of days shown in the Declarations. If the ordinary payroll for the policy year varies during the year, the period of greatest ordinary payroll will be used.

(2) Ordinary payroll means payroll expenses for all your employees except:

(a) Officers;

(b) Executives;

© 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**D. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. Duties In the Event of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation and settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. Loss Determination

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage occurred, but not including any likely increase in Net Income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, to the extent insured, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(1) You may extend your Business Income and Extra Expense coverages to apply to property (including property under construction) at any location you newly acquire by purchase or lease (other than fairs, trade shows or exhibitions).

(2) The most we will pay under this Extension for the sum of Business Income loss and Extra Expense incurred at each newly acquired location is:

(a) $250,000 in any one occurrence; or

(b) If a fraction is shown in the Declarations for Monthly Period of Indemnity, the most we will pay for loss, in each period of 30 consecutive days is the fraction shown in the Declarations times $250,000; or

(c) If Maximum Period of Indemnity is shown in the Declarations, the most we will pay is the amount of loss sustained during the 120 days immediately following the beginning of the "period of restoration", or $250,000, whichever is less.

(3) Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 90 days expire after you acquire or begin to construct the property;

(c) You report the location to us; or

(d) Coverage for Business Income and Extra Expense at the location is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the location.

b. Claim Data Expense

You may extend the insurance provided by this Coverage Form to apply to the expense you incur in preparing claim data when we require it. This includes the cost of preparing income statements and other documentation to show the extent of Business Income loss. The most we will pay for preparation of claim data under this Extension in any one occurrence is $2,500. We will not pay for:

(1) Any expenses incurred, directed or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

(2) Any costs as provided in the Loss Condition – Appraisal; or

(3) Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

B. COVERED CAUSES OF LOSS, EXCLUSIONS AND LIMITATIONS

1. See applicable Causes of Loss Form as shown in the Declarations.

2. Additional Limitation – Interruption of Computer Operations

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

c. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

C. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations, this Coverage Form or any endorsements applicable to this Coverage Form.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage – Interruption of Computer Operations is $25,000 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

c. Delayed Net Income Loss

We will pay for the actual loss of Net Income (Net Profit or Loss before income taxes) you sustain due to the "suspension" of your "operations" resulting in a loss in the value of production which occurs beyond the "period of restoration" and Extended Business Income. We will only pay under this Additional Coverage if:

(1) The Delayed Net Income Loss is caused by direct physical loss or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations;

(2) The loss or damage is caused by a Covered Cause of Loss;

(3) You incur the Delayed Net Income Loss within 24 months of the date of the direct physical loss or damage to the property; and

(4) You notify us in writing of such Delayed Net Income Loss within 24 months of the direct physical loss or damage to the property.

4. Coverage Extensions

Each of these Coverage Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Coverage Extensions. Unless otherwise indicated in the Declarations or by endorsement, the following Coverage Extensions apply:

a. Newly Acquired Locations

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

"operations" would have begun if the direct physical loss or damage had not occurred. This change in the start of the "period of restoration" does not apply to Extra Expense.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this Coverage Part, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** Unless otherwise stated in the Declarations or by endorsement, 60 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this Coverage Part, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** Unless otherwise stated in the Declarations or by endorsement, 60 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of a Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

**d. Interruption of Computer Operations**

We will pay for:

**(1)** The actual loss of Business Income you sustain due to the "suspension" of your "operations" during the "period of restoration" and Extended Business Income; and

**(2)** The reasonable and necessary Extra Expense you incur during the "period of restoration" and Extended Business Income;

caused by direct physical loss or damage to "Electronic Data Processing Data and Media" at the described premises by a Covered Cause of Loss.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage –

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location; or

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense (including expediting expense) to repair or replace the property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

3. Additional Coverages

Unless otherwise stated, payments made under these Additional Coverages will not increase the applicable Limits of Insurance.

Unless otherwise indicated in the Declarations or by endorsement, the following Additional Coverages apply:

a. Civil Authority

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and the reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Unless a different time period or coverage period is indicated in the Declarations, Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to 30 consecutive days from the date on which such coverage began.

(3) Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(a) 30 consecutive days after the date of that action; or

(b) When your Civil Authority Coverage for Business Income ends;

whichever is later.

b. Alterations and New Buildings

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income coverage will begin on the date

© 2017 The Travelers Indemnity Company. All rights reserved.

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION G – DEFINITIONS.**

## A. COVERAGE

**1. Business Income**

a. Business Income means the:

(1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; plus

(2) Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

b. Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(1) Business Income including "Rental Value".

(2) Business Income excluding "Rental Value".

(3) "Rental Value".

If option (1) above is selected, the term Business Income will include "Rental Value". If option (2) above is selected, the term Business Income excludes "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

c. We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to property in the open or property in a vehicle, the described premises includes the area within 1,000 feet of such premises.

d. With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

(1) The portion of the building which you rent, lease or occupy;

(2) The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

(3) Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**2. Extra Expense**

a. Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

b. Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

(2) The electronic media on which the data is stored; and

(3) Programming records and instructions used with "electronic data processing equipment".

b. "Electronic data processing data and media" does not mean:

(1) Prepackaged software;

(2) Property that you manufacture or held for sale;

(3) Property that is licensed, leased, or rented to others; or

(4) Electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

2. "Electronic Data Processing Equipment" means the following:

a. "Electronic data processing equipment" means any of the following equipment used in your data processing operations:

(1) Electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment and laptop and portable computers; and

(2) Any component parts or peripherals of such equipment, including related surge protection devices.

b. "Electronic data processing equipment" does not mean:

(1) Property that is in the course of manufacture, or held for sale or distribution by you;

(2) Property that is leased or rented to others; or

(3) Equipment that is used to control or operate production-type machinery or equipment.

3. "Exhibition" means the temporary display of personal property at a convention, exposition, trade show or similar event at a location you do not own, lease or regularly occupy.

4. "Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property of rarity, historical value, or artistic merit.

5. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials (including asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

6. "Stock" means merchandise held in storage or for sale, including supplies used in their packing or shipping.

7. "Vacant" See applicable Causes of Loss form as shown in the Declarations.

8. "Valuable Papers and Records" means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages. But "Valuable Papers and Records" does not include money, securities or "Electronic Data Processing Data and Media".

© 2017 The Travelers Indemnity Company. All rights reserved.

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

This restriction does not apply to losses less than $5,000 in any one occurrence, other than losses to tenants' improvements and betterments.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in e.(1) and e.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

f. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2), or (3), subject to g. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in f.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

g. The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property except as provided under the Increased Cost of Construction or Repair Additional Coverage.

h. We will determine the value of patterns, dies, molds, and forms not in current usage at actual cash value. If the loss is paid on an actual cash value basis, and within 24 months from the date of the loss you need to repair or replace one or more of them, we will pay you, subject to the conditions of this insurance, the difference between actual cash value and Replacement Cost for those patterns, molds and dies which are actually repaired or replaced.

i. "Electronic Data Processing Equipment" at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence and depletion. However, in the event replacement of "Electronic Data Processing Equipment" with identical property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances.

"Electronic Data Processing Equipment" that is obsolete or no longer used by you will be valued at actual cash value.

j. "Electronic Data Processing Data and Media" for which duplicates do not exist will be valued as follows:

(1) The cost of blank media; and

(2) Your cost to research, replace or restore the lost electronic data on lost, damaged or destroyed "Electronic Data Processing Data and Media", but only if the lost electronic data is actually replaced or restored.

## H. DEFINITIONS

1. **"Electronic Data Processing Data and Media"** means the following:

a. "Electronic data processing data and media" means:

(1) Data stored on, created or used on, or transmitted to or from computer software (including systems and applications software) on electronic data processing recording or storage media such as hard or floppy disks, CDs, DVDs, flash memory, tapes,

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. Unintentional Errors In Description

Your error in how you describe the address of a location in the Location Schedule shall not prejudice coverage afforded by this policy, provided such error is not intentional. Any such error shall be reported and corrected when discovered and appropriate premium charged.

G. OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies.

b. The terms of this Optional Coverage apply only to loss or damage that occurs on or after the effective date of this Optional Coverage.

2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If:

The applicable Limit of Insurance is: $100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is:

$100,000 X .08 X 146/365 = $3,200

3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces the term Actual Cash Value in provisions a., e. and h. of the Valuation Loss Condition in Section E.6. of this Coverage Form.

b. If you decide to repair or rebuild buildings which have sustained loss or damage, our payment will include any necessary and reasonable architectural, engineering, consulting or supervisory fees incurred in the repair or rebuilding. This will not increase the applicable Limits of Insurance.

c. This Optional Coverage does not apply to:

(1) Obsolete property, or property no longer used by you;

(2) Residential personal property or personal effects;

(3) Awnings or floor coverings;

(4) Outdoor equipment or furniture;

(5) "Stock", unless the Including "Stock" option is shown in the Declarations; or

(6) "Vacant" buildings.

d. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides, if you notify us of your intent to do so within 180 days after the loss or damage.

e. We will not pay on a replacement cost basis for any loss or damage:

 © 2017 The Travelers Indemnity Company. All rights reserved.

$200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,500 ($40,000 amount of loss minus the deductible of $500).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3: (Underinsurance)**

When:

The value of the property is:

| | |
|---|---|
| Bldg. at Location No. 1: | $75,000 |
| Bldg. at Location No. 2: | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| Total Value: | $250,000 |
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations No. 1 and 2 is: | $180,000 |
| The Deductible is: | $1,000 |
| The amount of loss is: Bldg. at Location No. 2: | $30,000 |
| Personal Property at Location No. 2: | $20,000 |
| Total amount of loss: | $50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000/$225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term, mortgageholder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so; and

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

equipment and intended to perform the same function, but which may include technological advances.

"Electronic Data Processing Equipment" that is obsolete or no longer used by you will be valued at actual cash value.

l. "Electronic Data Processing Data and Media" for which duplicates do not exist will be valued as follows:

(1) The cost of blank media; and

(2) Your cost to research, replace or restore the lost electronic data on lost, damaged or destroyed "Electronic Data Processing Data and Media", but only if the lost electronic data is actually replaced or restored.

m. Duplicate "Electronic Data Processing Data and Media" at the cost of:

(1) Blank media; and

(2) Labor to copy the electronic data, but only if the electronic data is actually copied.

## F. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Coinsurance

This Additional Condition does not apply to "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media" when a specific Limit of Insurance is shown for that coverage in the Declarations.

If a Coinsurance percentage is shown in the Declarations, the following condition applies when the loss or damage in any one occurrence is $5,000 or more.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):

When: The value of the property is: $250,000

The Coinsurance percentage for it is: 80%

The Limit of Insurance for it is: $120,000

The Deductible is: $500

The amount of loss is: $40,000

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $120,000/$200,000 = .60

Step (3): $40,000 x .60 = $24,000

Step (4): $24,000 – $500 = $23,500

We will pay no more than $23,500. The remaining $16,500 is not covered.

Example No. 2 (Adequate Insurance):

When: The value of the property is: $250,000

The Coinsurance percentage for it is: 80%

The Limit of Insurance for it is: $200,000

The Deductible is: $500

The amount of loss is: $40,000

The minimum amount of insurance to meet your Coinsurance requirement is

 © 2017 The Travelers Indemnity Company. All rights reserved.

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

f. "Valuable Papers and Records" at the cost of:

(1) Blank materials for reproducing the papers and records; and

(2) Labor to transcribe or copy the papers and records when there is a duplicate, but only if the papers and records are actually transcribed or copied.

g. "Fine Arts" at the least of:

(1) Market value at the time and place of loss;

(2) The cost of reasonably restoring that property; or

(3) The cost of replacing that property with substantially the same property.

h. Personal Property of Others at the amount you are liable not to exceed actual cash value.

i. The value of Accounts Receivable will be determined as follows:

(1) If you cannot accurately establish the amount of Accounts Receivable outstanding as of the time of loss, we will:

(a) Determine the total of the average monthly amounts of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurs; and

(b) Adjust that total for any normal fluctuations in the amount of Accounts Receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

(2) If you can accurately establish the amount of Accounts Receivable outstanding, that amount will be used in the determination of loss.

(3) The following will be deducted from the total amount of Accounts Receivable, however that amount is established:

(a) The amount of the accounts for which there is no loss;

(b) The amount of the accounts that you are able to re-establish or collect;

(c) An amount to allow for probable bad debts that you are normally unable to collect; and

(d) All unearned interest and service charges.

j. Stock in process at the cost of raw materials, and labor, plus the proper proportion of overhead charges.

k. "Electronic Data Processing Equipment" at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence and depletion. However, in the event replacement of "Electronic Data Processing Equipment" with identical property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

h. At our option, we may make a partial payment toward any claims, subject to the policy provisions and our normal adjustment process. To be considered for a partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable deductibles must be satisfied before any partial payments are made.

i. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

a. We will pay:

(1) Recovery expense; and

(2) Costs to repair the recovered property.

b. But the amount we pay will not exceed:

(1) The total of a.(1) and a.(2) above;

(2) The value of the recovered property; or

(3) The Limit of Insurance;

whichever is less.

6. Valuation

We will determine the value of Covered Property in the event of covered loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e., f., g., h., i., j., k., l. and m. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $5,000 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property except as provided under the Increased Cost of Construction or Repair Additional Coverage.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

Case 2:22-cv-00597-LA Filed 05/19/22 Page 98 of 197 Document 1-2

 © 2017 The Travelers Indemnity Company. All rights reserved.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property, except as provided under the Increased Cost of Construction or Repair Additional Coverage.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

described premises you occupy and which contains the Covered Property, and to property within the non-owned building used for maintenance or service of the non-owned building.

This Extension applies only if you are a tenant and are required in your lease to cover this exposure.

We shall not be liable under this Extension for damage by fire or explosion, or to glass (other than glass building blocks) or to any lettering, ornamentation or burglar alarm tape on glass.

Payment under this Extension will not increase the Limit of Insurance that applies to Your Business Personal Property at the premises where the direct physical loss or damage occurs.

p. **Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 1,000 feet of the building or structure described in the Declarations or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $25,000 regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. EXCLUSIONS AND LIMITATIONS**

See applicable Causes Of Loss form as shown in the Declarations.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, this Coverage Form or any endorsements applicable to this Coverage Form.

**D. DEDUCTIBLE**

Unless otherwise indicated, we will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance Additional Condition.

If more than one deductible applies to loss or damage in any one occurrence, we will apply each deductible separately. But the total of all deductible amounts applied in any one occurrence will not exceed the largest applicable deductible.

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Abandonment**

There can be no abandonment of any property to us.

 © 2017 The Travelers Indemnity Company. All rights reserved.

other means of transportation, and then to include General Average and Salvage Charges for which you become liable;

(d) Export shipments once:

(i) The shipment is loaded on board the export conveyance; or

(ii) Coverage under an Ocean Marine or other insurance policy covering the shipment begins;

whichever is earlier;

(e) Import shipments prior to:

(i) The shipment being unloaded from the import conveyance; or

(ii) Coverage under an Ocean Marine or other insurance policy covering the shipment ends;

whichever is later;

(f) Property of others for which you are responsible while acting as a common or contract carrier, freight forwarder, freight consolidator, freight broker or public warehouseman;

(g) Property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers; or

(h) Tools, equipment, supplies and materials all used for service or repair in your business which are kept in a motor vehicle. However, this does not apply to property in the care, custody or control of your sales representatives.

(5) The following additional exclusion applies to this Extension when the Causes of Loss – Special Form applies to this Coverage Form:

We will not pay for loss or damage by theft from a conveyance or container while unattended unless the portion of the conveyance or container containing the Covered Property is fully enclosed and securely locked, and the theft is by forcible entry of which there is visible evidence.

(6) The most we will pay for loss or damage in any one occurrence under this Extension is $10,000.

m. Duplicate Electronic Data Processing Data and Media

(1) You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage by a Covered Cause of Loss to duplicates of your "Electronic Data Processing Data and Media" while stored in a separate, unattached building from where your original "Electronic Data Processing Data and Media" are kept.

(2) The most we will pay for loss or damage in any one occurrence under this Extension is $10,000.

n. Electronic Data Processing Equipment and Data and Media – Limited

This Extension only applies when a Limit of Insurance is not stated in the Declarations for "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media".

(1) If a Limit of Insurance is shown in the Declarations for Your Business Personal Property, you may extend that insurance to apply to direct physical loss or damage by a Covered Cause of Loss to "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media" located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

(2) The most we will pay for loss or damage in any one occurrence under this Extension is $10,000.

o. Theft Damage to Rented Property

You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by theft or attempted theft to that part of any non-owned building at the

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

expenses resulting from direct physical loss or damage by a Covered Cause of Loss to your accounts receivable records (including those on electronic data processing media). Credit card company charge media will be considered accounts receivable until delivered to the credit card company.

(1) We will pay:

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts; and

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage.

(2) The most we will pay in any one occurrence under this Extension is $10,000 for all loss and expense at each described premises.

j. Non-Owned Detached Trailers

(1) You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by a Covered Cause of Loss to trailers or semi-trailers that you do not own, provided that:

(a) The trailer or semi-trailer is used in your business;

(b) The trailer or semi-trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer or semi-trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer or semi-trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion; or

(b) During hitching or unhitching operations, or when a trailer or semi-trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $5,000.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

k. Outside Signs

You may extend the insurance that applies to Building or Your Business Personal Property to apply to direct physical loss or damage by a Covered Cause of Loss to outside signs, whether or not the sign is attached to a building, on or within 1,000 feet of the described premises.

The most we will pay for loss or damage under this Extension is $2,500 per sign in any one occurrence.

l. Covered Property In Transit

(1) You may extend the insurance that applies to Covered Property to apply to direct physical loss or damage by a Covered Cause of Loss to such property while in due course of transit at your risk within the Coverage Territory.

(2) When the Causes of Loss – Special Form is applicable, the Earth Movement exclusion and the Water exclusion do not apply to this Extension.

(3) The exclusion of personal property while airborne or waterborne under Section A.2. Property Not Covered, does not apply to this Extension, but the insurance provided under this Extension for property while waterborne is limited as provided in paragraph (4) (c) below.

(4) This Extension does not apply to:

(a) Property within 1,000 feet of the described premises;

(b) Property shipped by mail;

(c) Property while waterborne, except in regular ferry operations in the course of being moved by

Case 2:22-cv-00597-LA Filed 05/19/22 Page 102 of 197 Document 1-2

 © 2017 The Travelers Indemnity Company. All rights reserved.

vegetated roof, trees, shrubs and plants, (other than trees, shrubs, or plants which are "stock" or are part of a vegetated roof), bridges, walks, roadways, patios, or other paved surfaces for loss or damage by the following causes of loss, if they are a Covered Cause of Loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion;

(e) Aircraft;

(f) Falling Objects;

(g) Sinkhole Collapse; or

(h) Volcanic Action.

(2) Radio and television antennas (including microwave or satellite dishes) for loss or damage by the following causes of loss, if they are a Covered Cause of Loss:

(a) A cause of loss listed in (1)(a) through (1)(h) above;

(b) Windstorm or hail;

(c) Vehicles; or

(d) Vandalism.

The most we will pay under this Extension in any one occurrence is $10,000, but we will not pay more than $500 for any one tree, shrub or plant nor more than $2,500 for any one antenna.

We will also pay your necessary and reasonable expense that you incur to remove debris of Outdoor Property shown under f.(1) and f.(2) above at your described premises caused by or resulting from a Covered Cause of Loss listed above that occurs during the policy period. Such expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage. This will not increase the Limits of Insurance that apply to this Extension.

Subject to all terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

g. Claim Data Expense

You may extend the insurance provided by this Coverage Form to apply to the expense you incur in preparing claim data when we require it. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss. The most we will pay for preparation of claim data under this Extension in any one occurrence is $2,500. We will not pay for:

(1) Any expenses incurred, directed, or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

(2) Any costs as provided in the Loss Condition – Appraisal; or

(3) Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

h. Extra Expense (Including Expediting Expenses)

In the event of covered loss or damage, you may extend the insurance provided by this Coverage Form to apply to:

(1) The necessary and reasonable extra expense you incur to continue as nearly as possible your normal business operation; and

(2) The necessary and reasonable additional expenses you incur to make temporary repairs, or expedite permanent replacement at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation.

The most we will pay in total in any one occurrence under this Extension is $2,500.

i. Accounts Receivable

You may extend the insurance that applies to Your Business Personal Property to apply to the following loss and

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

will only be for the account of the owner of the property.

**c. Valuable Papers and Records – Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged "Valuable Papers and Records" for which duplicates do not exist.

The most we will pay under this Extension in any one occurrence is $10,000 at each described premises. The direct physical loss or damage must be caused by a Covered Cause of Loss.

**d. Property Off-Premises**

(1) You may extend the insurance that applies to your Covered Property and Covered Personal Property of Others to apply to direct physical loss or damage by a Covered Cause of Loss to such property while temporarily away from the described premises:

(a) At any fair, trade show or "exhibition" within the Coverage Territory at a premises you do not own, lease or regularly operate;

(b) At installation premises or temporary storage premises while awaiting installation within the Coverage Territory that you do not own, lease or regularly operate. This coverage applies only to such property that will or has become a permanent part of an installation project being performed for others by you or on your behalf. This coverage will end when any of the following first occurs:

(i) Your interest in the property ceases;

(ii) The installation is accepted;

(iii) The installation is abandoned;

(iv) The property is more specifically insured; or

(v) This policy is cancelled or expires, whichever occurs first; or

(c) At any other premises within the Coverage Territory that you do not own, lease or regularly operate.

(2) This Extension does not apply to:

(a) Property in due course of transit;

(b) Property to which the Temporary Relocation of Property or the Duplicate Electronic Data Processing Data and Media Coverage Extensions apply; or

(c) Property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $25,000, but we will not pay more than $10,000 at any installation premises or temporary storage premises while awaiting installation.

**e. Temporary Relocation of Property**

If Personal Property for which a Limit of Insurance is shown in the Declarations is removed from the described premises and stored temporarily at another location you own, lease or operate while the described premises is being renovated or remodeled, we will pay for direct physical loss or damage to that stored property:

(1) Caused by or resulting from a Covered Cause of Loss;

(2) Up to $50,000 in any one occurrence; and

(3) During the storage period of up to 90 consecutive days, but not beyond the expiration date of this policy.

This Extension does not apply if the stored property is more specifically insured.

**f. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor property described below on the described premises, as follows:

(1) Fences, retaining walls that are not part of a building, lawns (including fairways, greens, and tees) other than lawns which are part of a

 © 2017 The Travelers Indemnity Company. All rights reserved.

The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

5. **Coverage Extensions**

Each of these Coverage Extensions is additional insurance unless otherwise indicated.

Unless otherwise indicated in the Declarations or by endorsement, the following Coverage Extensions apply:

a. **Newly Acquired or Constructed Property**

We will pay for direct physical loss or damage by a Covered Cause of Loss to:

(1) **Buildings:**

(a) Your new buildings or additions to existing buildings insured under this Coverage Part while being built on the described premises or newly acquired premises including materials, equipment, supplies and temporary structures, on or within 1,000 feet of the premises; and

(b) Buildings you acquire at the described premises or at locations other than the described premises.

The most we will pay for loss or damage to this building property in any one occurrence is $500,000 at each building.

(2) **Your Business Personal Property, Personal Property of Others, Electronic Data Processing Equipment, and Electronic Data Processing Data and Media:**

(a) If a Limit of Insurance is shown in the Declarations for Your Business Personal Property, Personal Property of Others, "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media", you may extend that insurance to apply to that type of property at:

(i) A building you newly acquire at a location described in the Declarations; or

(ii) At any other location you acquire by purchase or lease (other than at fairs, trade shows or exhibitions).

The most we will pay for loss or damage to all types of property described above in any one occurrence is $250,000 in total at each location.

(3) With respect to insurance provided under this Coverage Extension for Newly Acquired or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 90 days expire after you acquire or begin to construct the property;

(c) You report values to us; or

(d) The property is more specifically insured.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. **Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to the following types of property only while on the described premises:

(1) Personal effects or "Fine Arts" owned by you, your officers, your partners, your managers or your employees.

(2) Personal property (other than personal effects, "Fine Arts", "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media") owned by:

(a) Your employees, for not more than $2,500 for any one employee; or

(b) Others, and in your care, custody or control.

The most we will pay for loss or damage under this Extension in any one occurrence is $10,000 at each described premises. The direct physical loss or damage must be caused by a Covered Cause of Loss. Our payment for loss of or damage to personal property of others

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 2:22-cv-00597-LA Filed 05/19/22 Page 105 of 197 Document 1-2

We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of undamaged stolen Covered Property) up to a maximum of $5,000 in any one occurrence for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage.

**f. Increased Cost of Construction or Repair**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to buildings that are Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in f.(3) through f.(8) of this Additional Coverage.

(3) The ordinance or law referred to in f.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage at each of your described premises is $10,000 in any one occurrence.

(7) With respect to this Additional Coverage:

(a) We will not pay the Increased Cost of Construction or Repair:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction or Repair, subject to the provisions of f.(6) of this Additional Coverage, is the increased cost of construction or repair at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction or Repair, subject to the provisions of f.(6) of this Additional Coverage, is the increased cost of construction or repair at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**g. Fire Protective Equipment Discharge**

If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

(1) Refill or recharge the system with the extinguishing agents that were discharged; and

(2) Replace or repair faulty valves or controls which caused the discharge.

 © 2017 The Travelers Indemnity Company. All rights reserved.

Causes of Loss – Earthquake Sprinkler Leakage endorsement is included in this Coverage Part, our payment for the sum of all expenses incurred due to the threat of loss or damage to Covered Property from all threatened occurrences of all such Covered Causes of Loss in any one policy year will not exceed $100,000. This limit is not included in, and does not reduce, the Limits of Insurance that apply to loss or damage to which the Causes of Loss – Earthquake endorsement or the Causes of Loss – Earthquake Sprinkler Leakage endorsement applies.

(c) When the Causes of Loss – Broad Form Flood endorsement is included in this Coverage Part, our payment for the sum of all expenses incurred due to the threat of loss or damage to Covered Property from all threatened occurrences of such Covered Cause of Loss in any one policy year will not exceed $100,000. This limit is not included in, and does not reduce, the Limits of Insurance that apply to loss or damage to which the Causes of Loss – Broad Form Flood endorsement applies.

(d) If the threat of imminent direct physical loss or damage to Covered Property from the same occurrence spans over multiple policy years, only the limit that applies to this Coverage in the policy year in which the expenses are first incurred by you will apply to the total of the expenses incurred due to the threat of loss or damage from that occurrence.

This Coverage is subject to the deductible that applies to loss or damage to the Covered Property by the Covered Cause of Loss from which the property is being preserved.

(2) We will also pay for any direct physical loss of or damage to the Covered Property while it is being moved from the described premises, while temporarily stored at another location or while being moved back to the described premises, subject to the following:

(a) This Coverage is subject to, and does not increase the applicable Covered Property Limit of Insurance.

(b) This Coverage will only apply if the loss or damage occurs within 90 days after the Covered Property is first moved and will end when any of the following first occurs:

(i) The policy is amended to provide insurance at the new location;

(ii) The Covered Property is returned to the original location; or

(iii) This policy expires.

d. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $5,000 for service at each premises described in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

e. Reward Coverage

We will reimburse you for rewards you have incurred for information leading to:

(1) The successful return of undamaged stolen Covered Property to a law enforcement agency; or

(2) The arrest and conviction of any person who has damaged or stolen any of your Covered Property.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(2) Except as provided in (3) below, payment for Debris Removal is included within the applicable Limit of Insurance shown in the Declarations. The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this Coverage Part applicable to that loss or damage.

However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(3) When the debris removal expense exceeds the 25% limitation in (2) above or when the sum of the debris removal expense and the amount we pay for the direct physical loss of or damage to Covered Property exceeds the applicable Limit of Insurance, we will pay an additional amount for debris removal expense up to $25,000, for each of your premises, in any one occurrence.

b. Pollutant Cleanup and Removal

We will pay your expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss which occurs:

(1) On the described premises;

(2) To Covered Property; and

(3) During the policy period.

The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $25,000 for the sum of all covered expenses arising out of all Covered Causes of Loss occurring during each separate 12 month period of this policy beginning with the effective date of this policy.

c. Preservation of Property

If it is necessary to temporarily move Covered Property from the described premises to preserve it from the threat of imminent loss or damage by a Covered Cause of Loss:

(1) We will pay for the reasonable and necessary expenses incurred by you to remove the Covered Property from the described premises, temporarily store the Covered Property at another location and move the Covered Property back to the described premises within a reasonable time after the threat of imminent loss or damage to the property by the Covered Cause of Loss passes. The most we will pay for the sum of all such expenses that you incur due to the threat of loss or damage from any one occurrence is $100,000, subject to the following:

(a) This Limit of Insurance is an additional amount of insurance that is not included in, and does not reduce, the Covered Property Limits of Insurance.

(b) When the Causes of Loss – Earthquake endorsement or

© 2017 The Travelers Indemnity Company. All rights reserved.

(4) Tunnels (whether or not connected to buildings);

(5) Mines or mining property;

l. The cost to research, replace or restore the information on "Valuable Papers and Records", except as provided in the Valuable Papers and Records – Cost of Research Coverage Extension;

m. Vehicles or self-propelled machines that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises;

but this paragraph does not apply to:

(a) Vehicles, self-propelled machines or automobiles you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines you hold for sale, lease, loan or rent other than those excluded under A.2.c. above; or

(c) Trailers and Semi-Trailers to the extent covered under the Non-Owned Detached Trailers Coverage Extension;

n. The following property while outside of buildings:

(1) Harvested grain, hay, straw or other crops; or

(2) The following Outdoor Property, except as provided in the Outdoor Property Coverage Extension:

(a) Bridges, walks, roadways, patios or other paved surfaces;

(b) Retaining walls that are not part of the buildings described in the Declarations;

(c) Fences, trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), or lawns, (including fairways, greens and tees) other than lawns which are part of a vegetated roof; or

(d) Radio or television antennas (including microwave or satellite dishes) and their lead-in wiring, masts or towers;

o. The cost of restoring land or water;

p. Any "Electronic Data Processing Data and Media" which is obsolete or no longer used by you;

q. Outside signs, except as provided in the Outside Signs Coverage Extension;

r. Additions under construction except as provided in the Newly Acquired or Constructed Property Coverage Extension; or

s. Human body parts and fluids including organs, tissue, blood and cells.

**3. Covered Causes of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

Each of these Additional Coverages is additional insurance unless otherwise indicated.

Unless otherwise indicated in the Declarations or by endorsement, the following Additional Coverages apply:

**a. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property and other debris that is on the described premises, other than outdoor property as included in the Outdoor Property Coverage Extension, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

This Additional Coverage does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

otherwise provided for under Personal Property of Others.

Your Business Personal Property does not include "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media" except as provided under Sections **A.1.d.** "Electronic Data Processing Equipment" and **A.1.e.** "Electronic Data Processing Data and Media".

**c. Personal Property of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to Personal Property of Others will only be for the account of the owner of the property.

Personal Property of Others does not include "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media" except as provided under Sections **A.1.d.** "Electronic Data Processing Equipment" and **A.1.e.** "Electronic Data Processing Data and Media".

**d. "Electronic Data Processing Equipment"** that you own or lease, or that is in your care, custody or control, while located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

**e. "Electronic Data Processing Data and Media"** that you own or lease, or that is in your care, custody or control, while located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

**2. Property Not Covered**

Unless the following property is added by endorsement to this Coverage Form, Covered Property does not include:

**a.** Accounts, bills, currency, other evidences of debt, money, notes, checks, drafts, securities or food stamps except as provided in the Accounts Receivable Coverage Extension. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles, motorcycles, motor trucks, motor homes and similar vehicles held for sale, lease, loan or rent;

**d.** Contraband, or property in the course of illegal transportation or trade;

**e.** The cost of excavations, grading, back filling or filling;

**f.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**g.** Water or land whether in its natural state or otherwise (including land on which the property is located), land improvements, growing crops, standing timber;

**h.** Aircraft or watercraft (other than watercraft owned by you while out of water at the described premises); and personal property while airborne or waterborne except as provided in the Covered Property in Transit Coverage Extension;

**i.** Bulkheads, pilings, piers, wharves, docks, dikes or dams;

**j.** Property that is covered under another Coverage Form of this or any other policy in which it is more specifically described, except for the excess over the amount due (whether you can collect on it or not) from that other insurance;

**k.** The following underground property:

**(1)** Wires;

**(2)** Pipes, flues and drains;

**(3)** Tanks (including their contents);

 © 2017 The Travelers Indemnity Company. All rights reserved.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout the policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION H – DEFINITIONS.**

**A. COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** Building(s), meaning the building(s) or structure(s) described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Machinery and equipment permanently attached to the building or structure;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Lobby and hallway furnishings owned by you;

(e) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering (not used for restaurant operations);

(f) Lawn maintenance and snow removal equipment; and

(g) Alarm systems;

(5) If not covered by other insurance:

(a) Alterations and repairs to the building or structure; and

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making alterations or repairs to the building or structure.

**b.** Your Business Personal Property consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy or lease, but do not own; and

(b) You acquired or made at your expense but are not permitted to remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless coverage is

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:
   a. Someone insured by this insurance;
   b. A business firm:
      (1) Owned or controlled by you; or
      (2) That owns or controls you; or
   c. Your tenant.

This will not restrict your insurance.

[illegible]

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But

 Copyright, ISO Commercial Risk Services, Inc. 1983, 1987

## TABLE OF CONTENTS (Cont'd)

Page No. Varies By Form

EXTRA EXPENSE COVERAGE FORM

A. Coverage
B. Covered Causes of Loss, Exclusions and Limitations
C. Limits of Insurance
D. Loss Conditions
E. Definitions

LEGAL LIABILITY COVERAGE FORM

A. Coverage
B. Exclusions
C. Limits of Insurance
D. Loss Conditions
E. Additional Conditions
F. Definition

MORTGAGEHOLDER'S ERRORS AND OMISSIONS COVERAGE FORM

A. Coverage
B. Exclusions
C. Limitations
D. Limits of Insurance
E. Deductible
F. Additional Coverage – Collapse
G. Additional Coverage – Limited Coverage for "Fungus", Wet Rot or Dry Rot
H. Additional Conditions
I. Definitions

LEASEHOLD INTEREST COVERAGE FORM

A. Coverage
B. Exclusions
C. Limits of Insurance
D. Loss Conditions
E. Additional Condition
F. Definitions

FORECLOSED PROPERTY COVERAGE FORM

A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Definitions

SECURITY INTEREST ERRORS AND OMISSIONS COVERAGE FORM

A. Coverage
B. Exclusions
C. Limits of Insurance
D. Deductible
E. Commercial Property Conditions
F. Loss Conditions
G. Additional Conditions
H. Definitions

TOBACCO SALES WAREHOUSES COVERAGE FORM

A. Coverage
B. Exclusions
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Definitions

TABLE OF CONTENTS

# COMMERCIAL PROPERTY COVERAGE PART

The following indicates the contents of the principal Forms which may be attached to your policy. It contains no reference to the Declarations or Endorsements which also may be attached.

Page No. Varies By Form

COMMERCIAL PROPERTY CONDITIONS
A. Concealment, Misrepresentation or Fraud
B. Control Of Property
C. Insurance Under Two or More Coverages
D. Legal Action Against Us
E. Liberalization
F. No Benefit to Bailee
G. Other Insurance
H. Policy Period, Coverage Territory
I. Transfer of Rights of Recovery Against Others to Us

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Optional Coverages
H. Definitions

CAUSES OF LOSS – BASIC FORM
A. Covered Causes of Loss
B. Exclusions
C. Limitations
D. Definitions

CAUSES OF LOSS – BROAD FORM
A. Covered Causes of Loss
B. Exclusions
C. Limitations
D. Additional Coverage – Collapse
E. Definitions

CAUSES OF LOSS – SPECIAL FORM
A. Covered Causes of Loss
B. Exclusions
C. Limitations
D. Additional Coverage – Collapse
E. Additional Coverage Extensions
F. Definitions

BUSINESS INCOME COVERAGE FORM
A. Coverage
B. Covered Causes of Loss, Exclusions and Limitations
C. Limits of Insurance
D. Loss Conditions
E. Additional Condition
F. Optional Coverages
G. Definitions

BUILDERS RISK COVERAGE FORM
A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Definition

CONDOMINIUM ASSOCIATION COVERAGE FORM
A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Conditions
G. Optional Coverages
H. Definition

CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
A. Coverage
B. Exclusions and Limitations
C. Limits of Insurance
D. Deductible
E. Loss Conditions
F. Additional Condition
G. Optional Coverages
H. Definitions



One Tower Square, Hartford, Connecticut 06183

COMMERCIAL PROPERTY
COVERAGE PART DECLARATIONS

POLICY NUMBER: I-660-1H505672-TCT-21
ISSUE DATE: 03-24-21

BUILDING AND PERSONAL PROPERTY COVERAGE FORM (continued)

| Coverage Extensions | | Limit of Insurance |
|---|---|---|
| Extra Expense (including Expediting Expenses) | $ | 2,500 |
| Accounts Receivable | | |
| - At each described premises | $ | 10,000 |
| Non-Owned Detached Trailers | $ | 5,000 |
| Outside Signs | $ | 2,500 |
| Covered Property in Transit | $ | 10,000 |
| Duplicate Electronic Data Processing Data & Media | $ | 10,000 |
| Electronic Data Processing Equipment and Data & Media - Limited | $ | 10,000 |
| Theft Damage to Rented Property | | Policy Limit |

BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM

| Additional Coverages | | Limit of Insurance |
|---|---|---|
| Alterations and New Buildings | | Policy Limit |
| Interruption of Computer Operations - Aggregate Limit | $ | 25,000 |
| Delayed Net Income Loss | | Policy Limit |

| Coverage Extensions | | |
|---|---|---|
| Newly Acquired Locations | $ | 250,000 |
| Claim Data Expense | $ | 2,500 |

TRAVELERS One Tower Square, Hartford, Connecticut 06183

COMMERCIAL PROPERTY
COVERAGE PART DECLARATIONS

POLICY NUMBER: I-660-1H585672-TCT-21
ISSUE DATE: 03-24-21

## SUPPLEMENTAL DECLARATIONS

ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The following Additional Coverages and Coverage Extensions are provided under the Coverage Form(s) listed below for the Limits of Insurance shown. These Limits of Insurance apply in any one occurrence unless otherwise stated.

Some of these Additional Coverages and Coverage Extensions, or the applicable Limits of Insurance, may be modified by endorsements attached to this policy. There may also be other Additional Coverages or Coverage Extensions within your policy. Please read it carefully.

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM

| Additional Coverages | Limit of Insurance |
|---|---|
| Debris Removal | |
| - Additional Amount at each described premises | $ 25,000 |
| Pollutant Cleanup and Removal | |
| - 12 Month Aggregate Limit | $ 25,000 |
| Preservation of Property | Policy Limit |
| Fire Department Service Charge | $ 5,000 |
| Reward Coverage | |
| - Maximum Limit | $ 5,000 |
| Increased Cost of Construction | |
| - At each described premises | $ 10,000 |
| Fire Protective Equipment Discharge | $ 5,000 |

| Coverage Extensions | |
|---|---|
| Newly Acquired or Constructed Property | |
| - Each Building | $ 500,000 |
| - Personal Property in total, at each premises | $ 250,000 |
| Personal Effects and Property of Others | |
| - At each described premises | $ 10,000 |
| - Any one employee | $ 2,500 |
| Valuable Papers and Records | |
| - At each described premises | $ 10,000 |
| Property Off-Premises | |
| - At any installation premises or temporary storage premises while awaiting installation | $ 10,000 |
| - At any other premises you do not own, lease, or regularly operate including fairs, trade shows and "exhibitions" | $ 25,000 |
| Temporary Relocation of Property | $ 50,000 |
| Outdoor Property | $ 10,000 |
| - Any one tree, shrub or plant | $ 500 |
| - Any one antenna | $ 2,500 |
| Claim Data Expense | $ 2,500 |

FILED EXHIBIT 04-18-2022 Clerk of Circuit Court Waukesha County 1-3

TRAVELERS

One Tower Square, Hartford, Connecticut

COMMERCIAL PROPERTY
COVERAGE PART DECLARATIONS

POLICY NUMBER: I-660-1H585672-TCT-21
ISSUE DATE: 03-24-21

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

DECLARATIONS PERIOD: From 05/11/21 to 05/11/22 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Property Coverage Part consists of these Declarations and the attached Supplemental Declaration(s), Schedule(s), Table of Contents, Commercial Property Conditions, the Coverage Form(s), the Cause of Loss Form(s) and endorsements.

1. COVERAGE - Insurance applies only to premises location(s) and building number(s) shown below for the coverage(s), optional coverage(s) or coverage option(s) indicated in this Declarations or specified in any endorsements attached to this Coverage Part.

2. DEDUCTIBLE - The following deductible applies unless a different or more specific deductible is indicated within this Declarations or by endorsement.

$ 5,000 per occurrence

PREMISES LOCATION NO. 0001 BUILDING NO. 0001

| COVERAGE | | LIMIT OF INSURANCE | COINSURANCE | CAUSES OF LOSS |
|---|---|---|---|---|
| Building<br>Replacement Cost applies | $ | 17,704,059 | 100% | Special |
| Your Business Personal Property<br>Replacement Cost applies | $ | 126,604 | 100% | Special |
| Business Income And Extra Expense<br>Rental Value Only<br>Ordinary Payroll is included<br>Period of Restoration - Time Period: 24 hours<br>Civil Authority - Time Period: 24 hours<br>Civil Authority Coverage Period: 30 consecutive days<br>Extended Business Income: 30 days | $ | 120,395 | 100% | Special |

[illegible]

COMMERCIAL PROPERTY

[illegible]

COMMERCIAL PROPERTY

LOCATION SCHEDULE POLICY NUMBER: I-660-1H585672-TCT-21

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period 05-11-21 to 05-11-22.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 315 N WEST AVE<br>WAUKESHA, WI 53186 | CONDOMINIUM 13+ |

[illegible]

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. Equipment Breakdown Equivalent To Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Wendy C. Skjerven

Secretary

President

Includes the copyrighted material of Insurance Services Office, Inc. with its permission.



POLICY NUMBER: I-660-1H585672-TCT-21

EFFECTIVE DATE: 05-11-21

ISSUE DATE: 03-24-21

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T8 01 10 93 | FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS |
| IL T0 01 01 07 | COMMON POLICY CONDITIONS |
| IL T0 03 04 96 | LOCATION SCHEDULE |

COMMERCIAL PROPERTY

| | |
|---|---|
| CP T0 11 01 03 | COMMERCIAL PROPERTY DECLARATIONS |
| CP T0 00 02 11 | TABLE OF CONTENTS COMMERCIAL PROPERTY |
| CP 00 90 07 88 | COMMERCIAL PROPERTY CONDITIONS |
| CP T1 00 02 17 | BUILDING AND PERSONAL PROPERTY COVERAGE |
| CP T1 04 02 17 | BUS INC (AND EXTRA EXPENSE) COV FRM |
| CP T1 08 02 17 | CAUSE OF LOSS - SPECIAL FORM |
| CP T3 69 02 17 | ELECTRONIC VANDALISM LIMITATION END |
| CP T3 95 02 17 | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |
| CP T3 37 02 17 | BUILDING OWNERS EXTRA |
| CP T3 54 02 17 | SELECT PROPERTY EXTRA |
| CP T3 81 01 21 | FEDERAL TERRORISM RISK INSURANCE ACT DIS |
| CP T9 69 02 11 | WISCONSIN CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 21 | CAP ON LOSSES FROM CERT ACTS OF TERRORIS |
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 40 10 20 | PROTECTION OF PROPERTY |
| IL T3 82 05 13 | EXCL OF LOSS DUE TO VIRUS OR BACTERIA |
| IL 02 83 11 18 | WISCONSIN CHANGES - CANCEL & NONRENEW |
| IL T3 55 05 13 | EXCLUSION OF CERTAIN COMPUTER LOSSES |



One Tower Square, Hartford, Connecticut 06183

TRAVELERS CORP. TEL: 1-800-328-2189
CONDOMINIUM
COMMON POLICY DECLARATIONS
ISSUE DATE: 03/24/21
POLICY NUMBER: I-660-1H585672-TCT-21

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

1. NAMED INSURED AND MAILING ADDRESS:
HORIZON WEST CONDOMINIUM HOMES
315 N WEST AVE
WAUKESHA, WI 53186

2. POLICY PERIOD: From 05/11/21 to 05/11/22 12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS

| Premises Loc. No. | Bldg. No. | Occupancy | Address |
|---|---|---|---|
| SEE IL T0 03 | | | |

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
COMMERCIAL PROPERTY COV PART DECLARATIONS CP T0 11 01 03 TCT

5. NUMBERS OF FORMS AND ENDORSEMENTS FORMING A PART OF THIS POLICY: SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy containing its complete provisions:

| Policy | Policy No. | Insuring Company |
|---|---|---|

DIRECT BILL
7. PREMIUM SUMMARY:
Provisional Premium $ 25,398
Due at Inception $
Due at Each $

NAME AND ADDRESS OF AGENT OR BROKER:
R & R INS SERVICES INC (EK641)
N14 W23900 STONE RIDGE DR
WAUKESHA, WI 53188

COUNTERSIGNED BY:

Authorized Representative

DATE:

IL T0 02 11 89 (REV. 09-07) PAGE 1 OF 1
OFFICE: NAPERVILLE IL

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Exclusions B.1.a. through B.1.g. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

Electrical, magnetic or electromagnetic energy includes:

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

This Exclusion does not apply to loss or damage to "electronic data processing equipment" or "electronic data processing data and media".

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, other corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision;

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Marring or scratching;

(d) Changes in flavor, color, texture or finish;

(e) Evaporation or leakage; or

(f) Contamination by other than "pollutants".

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

c. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include service relating to Internet access or access to any electronic, cellular or satellite network.

f. **War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge) or not;

(2) Mudslide or mudflow;

(3) Water or sewage that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in (1), (3), or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is naturally occurring or due to man-made or other artificial causes. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

(2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, sand, dust, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

(a) To an abrupt collapse to the extent that coverage is provided under the Collapse Additional Coverage; or

(b) To collapse caused by one or more of the following:

(i) Any of the "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

(ii) Weight of rain that collects on a roof; or

(iii) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified cause of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. The cost of correcting or making good the damage to personal property attributable to such property being processed, manufactured, tested, repaired, restored, retouched or otherwise being worked upon.

n. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. and 3.b. results in a

Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in B.1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

If an excluded cause of loss that is listed in 3.c. above results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss. But we will not pay for:

(1) Any cost of correcting or making good the fault, inadequacy or defect itself, including any cost incurred to tear down, tear out, repair or replace any part of any property to correct the fault, inadequacy or defect; or

(2) Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.

4. Special Exclusions

The following provisions apply only to the specified Coverage Forms and/or coverages when they are part of this policy.

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss of or damage to the following property while outside of buildings:

(a) Harvested grain, hay, straw or other crops;

(b) Outdoor trees, shrubs, plants, lawns (including fairways, greens and tees) other than trees, shrubs, plants or lawns which are part of a vegetated roof, growing crops, land or water; and

(c) Radio or television antennas, (including microwave or satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations" due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage, or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract, beyond the "period of restoration".

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

The following applies to this Coverage Form:

(1) Exclusion B.1.a., Ordinance or Law, does not apply; and

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph B.1.a., Ordinance or Law;

(b) Paragraph B.1.c., Governmental Action;

(c) Paragraph B.1.d., Nuclear Hazard;

(d) Paragraph B.1.e., Utility Services; and

(e) Paragraph B.1.f. War and Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**d. Electronic Data Processing Equipment; Electronic Data Processing Data and Media; Valuable Papers and Records and Accounts Receivable Coverages**

(1) Exclusions:

(a) B. 2. a., which excludes loss caused by or resulting from artificially generated electrical current that disturbs electrical devices, equipment, appliances or wires; and

(b) B.2.c., which excludes loss caused by or resulting from smoke, vapor, or gas from agricultural smudging or industrial operations;

do not apply to loss or damage to "Electronic Data Processing Equipment", "Electronic Data Processing Data and Media" and "Valuable Papers and Records"; or to loss of Business Income and Extra Expense that is a consequence of such loss or damage.

(2) With respect to "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media":

(a) Exclusion B.2.d.(6), which excludes loss caused by or resulting from mechanical breakdown, including rupture or bursting of pipes, does not apply. The remainder of the B.2.d. exclusion continues to apply, but if a cause of loss listed in B.2.d.(1) through (5) and B.2.d.(7) results in mechanical breakdown of "Electronic Data Processing Equipment" or in any of the "specified cause of loss", we will pay for the resulting loss or damage.

(b) The following exclusion is added:

We will not pay for loss or damage to "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media", or loss of Business Income or Extra Expense, that is a consequence of loss or damage to "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media", caused by or resulting from any of the following:

(i) Programming errors, omissions or incorrect instructions to a machine. But if programming errors, omissions or incorrect instructions to a machine results in a "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment", we will pay for the resulting loss or damage;

(ii) Unauthorized viewing, copying or use of electronic data (or any proprietary or confidential information or intellectual property in any form) by any person, even if such activity is characterized as theft;

(iii) Errors or deficiency in design, installation, maintenance, repair or modification of your computer system or any computer system or network to which your system is connected or on which your system depends (including electronic data). But if errors or deficiency in design, installation, maintenance, repair or modification of your computer system or any computer system or network to which your system is connected or on which your system depends (including electronic data) results in a "specified cause of loss" or mechanical breakdown of "Electronic Data Processing Equipment", we will pay for the resulting loss or damage; or

(iv) Unexplained or indeterminable failure, malfunction or slowdown of a computer system, including electronic data and the inability to access or properly manipulate the electronic data.

(c) The fourth paragraph of the Utility Services Exclusion, B.1.e., is replaced by the following:

But if the failure or surge of power or other utility service results in a Covered Cause of Loss (other than mechanical breakdown of "Electronic Data Processing Equipment" or loss or damage from artificially generated electrical current which disturbs electrical devices, equipment, appliances or wires), we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

(3) With respect to Accounts Receivable coverage, we will not pay for:

(a) Loss caused by or resulting from bookkeeping, accounting or billing errors or omissions;

(b) Loss that requires an audit of records or any inventory computation to prove its factual existence; or

(c) Loss caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. But this exclusion applies only to the extent of the wrongful giving, taking or withholding.

(4) With respect to "Valuable Papers and Records" coverage, we will not pay for any loss or damage caused by or resulting from:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(a) Unauthorized viewing, copying or use of electronic data (or any proprietary or confidential information or intellectual property in any form) by any person, even if such activity is characterized as theft; or

(b) Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the resulting loss or damage caused by that fire or explosion.

5. **Additional Exclusion**

The following provisions apply only to the specified property and to loss that is a consequence of such loss or damage to the specified property.

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

C. **LIMITATIONS**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c. The "interior of any building or structure", or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

(1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

(2) Business Income coverage or Extra Expense coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

(1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

(2) Changes in or extremes of temperature;

(3) Disease;

(4) Frost or hail; or

(5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by a "specified cause of loss" or building glass breakage:

a. Animals, and then only if they are killed or their destruction is made necessary.

b. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass that is part of a building or structure; or

(2) Containers of property held for sale.

c. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property. However, this limitation does not apply:

(1) If the property is located on or within 1,000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or to Extra Expense coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $5,000 for furs, fur garments and garments trimmed with fur.

b. $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $25,000 for patterns, dies, molds and forms.

d. $1,000 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, C.3., does not apply to Business Income coverage or to Extra Expense coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

5. If the building where loss or damage occurs has been "vacant" for more than 60 consecutive days before that loss or damage occurs:

a. We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Discharge or leakage of water;

(5) Theft; or

(6) Attempted theft.

b. With respect to Covered Causes of Loss other than those listed in 5.a.(1) through 5.a.(6) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

D. ADDITIONAL COVERAGE – COLLAPSE

The term Covered Cause of Loss includes the Additional Coverage – Collapse and applies only to an abrupt collapse as described and limited in D.1. through D.7. below.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

1. As used in this Additional Coverage, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building cannot be occupied for its intended purpose.
2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:
   a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;
   b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;
   c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.
   d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:
      (1) A cause of loss listed in 2.a. or 2.b.;
      (2) One or more of the "specified causes of loss";
      (3) Breakage of building glass;
      (4) Weight of people or personal property; or
      (5) Weight of rain that collects on a roof.
3. This Additional Coverage – Collapse does not apply to:
   a. A building or any part of a building that is in danger of falling down or caving in;
   b. A part of a building that is standing, even if it has separated from another part of the building; or
   c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.
4. With respect to the following property:
   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;
   b. Awnings, gutters and downspouts;
   c. Yard fixtures;
   d. Outdoor swimming pools;
   e. Fences;
   f. Piers, wharves and docks;
   g. Beach or diving platforms or appurtenances;
   h. Retaining walls; and
   i. Walks, roadways and other paved surfaces;

   if an abrupt collapse is caused by a cause of loss listed in 2.a. through 2.d., we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form and the property is Covered Property under this Coverage Form.
5. If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:
   a. The collapse of personal property was caused by a cause of loss listed in 2.a. through 2.d.;
   b. The personal property which collapses is inside a building; and
   c. The property which collapses is not of a kind listed in 4., regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph 5. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.
6. This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.
7. This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

**E. ADDITIONAL COVERAGE EXTENSIONS**

1. **Water Damage, Other Liquids, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

This Coverage Extension does not increase the Limit of Insurance.

2. **Glass**

In the event of loss or damage to covered glass under this Coverage Part:

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed; and

b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension does not increase the Limit of Insurance.

**F. DEFINITIONS**

1. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building material (including asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

2. "Specified Cause of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse (as defined below); volcanic action; falling objects (as limited below); weight of snow, ice or sleet; water damage (as defined below), all only as otherwise insured against in this Coverage Part.

a. "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object. Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.

c. "Water damage" means:

(1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) that is located on the described premises and contains water or steam; and

(2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in c.(1) or c.(2) of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

When the Causes of Loss – Earthquake endorsement, Causes of Loss – Earthquake Sprinkler Leakage endorsement, or Causes of Loss – Broad Form Flood endorsement is included in this policy, "specified cause of loss" also includes such cause of loss, but only to the extent such cause of loss is insured against under this Coverage Part.

3. "Vacant" means:

a. When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

b. When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(1) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(2) Used by the building owner to conduct customary operations.

c. Buildings under construction or renovation are not considered vacant.

4. "Interior of any building or structure" means all portions of a building or structure that are within the exterior facing surface material of the building or structure.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC VANDALISM LIMITATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

When included in this policy, this endorsement also modifies insurance provided under the COMMERCIAL INLAND MARINE COVERAGE PART.

**SCHEDULE**

Electronic Vandalism Limit of Insurance, aggregate in any 12-month period of this policy:

$10,000 unless a higher limit is shown: $

This endorsement limits the insurance provided under this policy for direct physical loss or damage caused by or resulting from "electronic vandalism" and for loss that is a consequence of such direct physical loss or damage.

**A. LIMITATION – ELECTRONIC VANDALISM**

The following LIMITATION is added:

The most we will pay for all loss or damage caused directly or indirectly by or resulting from "electronic vandalism" in any one policy year, commencing with the inception date of this endorsement, is the Electronic Vandalism Limit of Insurance shown in the Schedule of this endorsement. This limit:

1. Applies regardless of the number of locations, items or types of property or coverages or Coverage Forms involved; and
2. Is part of, and does not increase the Limits of Insurance provided under this policy.

But if "electronic vandalism" results in a "specified cause of loss", other than vandalism, this limitation will not apply to the resulting loss or damage caused by that "specified cause of loss".

**B. ELECTRONIC VANDALISM MINIMUM DEDUCTIBLE**

The following deductible provision is added and applies to all coverages, including Extra Expense:

The DEDUCTIBLE provisions of this policy continue to apply. But in no event will the total of all applicable deductible amounts applied in any one occurrence of "electronic vandalism" be less than $1,000.

**C. ELECTRONIC VANDALISM DEFINED**

"Electronic Vandalism", as used in this endorsement means:

1. Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems.
2. Unauthorized computer code or programming that:
   a. Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which it is introduced;
   b. Replicates itself, impairing the performance of computers or computer systems or networks; or
   c. Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks.
   d. Introduces a virus, harmful code or similar instruction into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: I-660-1H585672-TCT-21

COMMERCIAL PROPERTY
ISSUE DATE: 03-24-21

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
TOBACCO SALES WAREHOUSES COVERAGE FORM

The Windstorm or Hail Deductible, as shown in the Schedule below, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Causes Of Loss – Broad Form Flood Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

The DEDUCTIBLE Section is amended as follows:

If, in addition to the deductible(s) applicable to Windstorm or Hail, one or more other deductibles apply to loss or damage in the same occurrence, we will apply the Windstorm or Hail deductible(s) and the additional deductibles separately. But the total of all deductible amounts applied in that occurrence will not exceed the amount of the Windstorm or Hail deductible(s) applied, or the amount of any other applicable deductibles, whichever is larger.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

WINDSTORM OR HAIL DEDUCTIBLE CLAUSE

**A. All Policies**

1. A Percentage (%) Deductible is calculated separately for, and applies separately to:

   a. Each building that sustains loss or damage;

   b. The personal property at each building at which there is loss or damage to personal property;

   c. Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

2. If in addition to the Percentage Deductible a Dollar Minimum – Per Occurrence Deductible is shown in the Schedule below, the least we will deduct in any one occurrence is the dollar amount shown in the Schedule.

3. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, and any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

4. When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation Of The Deductible – Specific Insurance Other than Builders Risk**

1. **Property Not Subject to Value Reporting Forms**

Subject to Paragraph B.3. below, in determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 4%, 5%, or 10% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

2. Property Subject To Value Reporting Forms

Subject to Paragraph B.3. below, in determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 4%, 5% or 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

However:

a. If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

3. In no event will the amount we deduct be less than any applicable Dollar Minimum – Per Occurrence Deductible (as shown in the Schedule).

C. Calculation Of The Deductible – Blanket Insurance Other than Builders Risk

1. Property Not Subject to Value Reporting Forms

Subject to Paragraph C.3. below, in determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 4%, 5% or 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is that shown in the most recent Statement of Values on file with us, or, if not shown on the most recent Statement of Values, the values at the time of loss.

2. Property Subject to Value Reporting Forms

Subject to Paragraph C.3. below, in determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 4%, 5% or 10% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

3. In no event will the amount we deduct be less than any applicable Dollar Minimum – Per Occurrence Deductible (as shown in the Schedule).

D. Calculation Of The Deductible – Builders Risk Insurance

1. Builders Risk Other than Reporting Form

Subject to Paragraph D.3. below, in determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 4%, 5% or 10% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

2. Builders Risk Reporting Form

Subject to Paragraph D.3. below, in determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 4%, 5% or 10% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

a. If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

3. In no event will the amount we deduct be less than any applicable Dollar Minimum – Per Occurrence Deductible (as shown in the Schedule).

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXAMPLES – APPLICATION OF DEDUCTIBLE:**

**Example #1 – Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step (1): $70,000 ÷ $80,000 = .875

Step (2): $60,000 X .875 = $52,500

Step (3): $70,000 X 1% = $700

Step (4): $52,500 – $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps (1) and (2)) and the application of the Deductible (Steps (3) and (4)).

**Example #2 – Specific Insurance (B.1.)**

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step (1): $80,000 X 2% = $1,600

Step (2): $60,000 – $1,600 = $58,400

**Personal Property**

Step (1): $64,000 X 2% = $1,280

Step (2): $40,000 – $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

**Example #3 – Blanket Insurance (C.1.)**

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit of Insurance covering Buildings #1, #2 and #3, shown in the Declarations, is $1,800,000. Therefore there is no Coinsurance penalty.

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

**Building #1**

Step (1): $500,000 X 2% = $10,000

Step (2): $40,000 – $10,000 = $30,000

**Building #2**

Step (1): $500,000 X 2% = $10,000

Step (2): $20,000 – $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to the application of the Deductible is $20,000.

**Example #4 – Blanket Insurance (C.1.)**

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Personal Property at Building #1 ($250,000) and Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit of Insurance covering Buildings #1 and #2, and Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore no Coinsurance penalty.

Building #1 and Personal Property at Building #1 have sustained damage; the amounts of loss are $45,000 (Building) and $25,000 (Personal Property).

The Percentage Deductible is 5% which is subject to a Dollar Minimum Per Occurrence Deductible of $50,000.

**Building**

Step (1) $500,000 X 5% = $25,000

**Personal Property**

Step (1) $250,000 X 5% = $12,500

The total percentage deductible ($37,500) does not exceed the Dollar Minimum – Per Occurrence Deductible of $50,000. The Dollar Minimum – Per Occurrence Deductible applies. The most we will pay is $20,000. The remainder of the loss, $50,000, is not covered due to the application of the Dollar Minimum – Per Occurrence Deductible.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**See Attached Schedule**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: I-660-1H585672-TCT-21

COMMERCIAL PROPERTY
ISSUE DATE: 03-24-21

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUILDING OWNERS EXTRA

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM

A. The BUILDING AND PERSONAL PROPERTY COVERAGE FORM is revised as follows:

1. The coverages contained in Section A.4. Additional Coverages are revised as follows:

Fire Department Service Charge – Increased Limit

The Limit of Insurance that applies to the Fire Department Service Charge Additional Coverage is increased to $25,000.

2. The following coverages are added under Section A.4. Additional Coverages. Each of these Additional Coverages is additional insurance unless otherwise indicated.

a. Ordinance or Law

(1) If a Covered Cause of Loss occurs to covered Building property, we will pay for:

(a) Loss to the Undamaged Portion of the Building caused by enforcement of or compliance with any ordinance or law that:

(i) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

(ii) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(iii) Is in force at the time of loss.

(b) Demolition Cost, meaning the cost to demolish and clear the site of undamaged parts of the Building property caused by enforcement of the building, zoning or land use ordinance or law.

(c) The Increased Cost of Construction caused by enforcement of or compliance with building, zoning or land use ordinance or law, meaning the increased cost to repair, rebuild or construct the property in compliance with the minimum requirements of such ordinance or law. This increased cost of construction coverage is subject to the following provisions:

(i) This coverage applies only if:

(A) The Building property is insured for replacement cost;

(B) The Building property is repaired, rebuilt or reconstructed; and

(C) The repaired, rebuilt or reconstructed Building property is intended for similar occupancy as the current Building property, unless otherwise required by zoning or land use ordinance or law.

(ii) We will not pay for the Increased Cost of Construction:

(A) Until the Building property is actually repaired or replaced at the same premises or another premises; and

(B) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

Case 2:22-cv-00597-LA Filed 05/19/22 Page 142 of 197 Document 1-2

© 2017 The Travelers Indemnity Company. All rights reserved.

POLICY NUMBER: I-660-1H585672-TCT-21

COMMERCIAL PROPERTY
ISSUE DATE: 03-24-21

## WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

SCHEDULE

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (1%, 2%, 3%, 4%, 5% or 10%) |
| --- | --- | --- |
| 001 | 001 | 2% |

[illegible]

(2) The most we will pay under provisions a. (1) (a), a. (1) (b) and a. (1) (c) of this Ordinance or Law Additional Coverage for the total of all loss arising out of any one occurrence is $250,000.

Subject to this Ordinance or Law Limit of Insurance:

(a) The insurance provided under this Additional Coverage for Loss to the Undamaged Portion of the Building is limited as follows:

(i) If the Replacement Cost Coverage Option applies and the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

(A) The amount you actually spend to repair, rebuild or reconstruct the undamaged portion of the Building; or

(B) The amount it would cost to restore the undamaged portion of the Building on the same premises and to the same height, floor area, style and comparable quality of the original undamaged portion of the Building.

(ii) If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the actual cash value of the undamaged portion of the Building at the time of loss.

(b) We will not pay more for Demolition Costs than the amount you actually spend to demolish and clear the site of the described premises.

(c) The insurance provided under this Additional Coverage for Increased Cost of Construction is limited as follows:

(i) If the Building property is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(ii) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

(3) We will not pay under this Ordinance or Law Additional Coverage for:

(a) Loss due to any ordinance or law that:

(i) You were required to comply with before the loss, even if the building was undamaged; and

(ii) You failed to comply with.

(b) Costs associated with the enforcement of or compliance with any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of "pollutants".

(4) The Ordinance or Law exclusion in the applicable Causes of Loss Form does not apply to this Additional Coverage.

b. Tenant Move Back Expenses

(1) We will reimburse you for expenses you pay for Covered Tenant Move Back Expenses of tenants who temporarily vacate a portion of the building at the premises described in the Declarations.

The vacancy must have occurred while the portion of the building rented by the tenant could not be occupied due to direct physical loss of or damage to your Covered Property caused by or resulting from a Covered Cause of Loss during the term of this policy. The expiration date of this policy will not preclude payment of the Tenant Move Back Expenses incurred by you after that date, but the coverage applies:

(a) Only to Tenant Move Back Expenses that are incurred within 60 days after the date tenantability of the building should have been restored with reasonable speed; and

(b) Only with respect to tenants who move back within that 60 day period.

(2) Covered Tenant Move Back Expenses means only documented, reasonable and necessary expenses of:

(a) Packing, insuring and transporting business personal property;

(b) Re-establishing electric utility and communication services, less refunds from discontinued services;

(c) Assembling and setting up fixtures and equipment; and

(d) Unpacking and reshelving stock and supplies.

(3) If the tenants have valid and collectible insurance which would pay for such Tenant Move Back Expense, we will pay only for the amount of Covered Tenant Move Back Expenses in excess of the amount payable from such other insurance.

(4) The most we will pay under this Additional Coverage for all Tenant Move Back Expenses arising out of any one occurrence, regardless of the number of tenants involved, is $25,000.

c. Lessor's Leasehold Interest

(1) We will pay for loss of Covered Leasehold Interest you sustain due to the cancellation of lease contracts by tenants. The cancellation must result from direct physical loss of or damage to your Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss during the term of this policy.

Covered Leasehold Interest means the difference between the:

(a) Rent you were collecting at the described premises prior to the loss; and

(b) "Rental Value" of the described premises after loss or damage has been repaired or rebuilt.

(2) Covered Leasehold Interest does not include refunds or rebates of:

(a) Prepaid rent;

(b) Security or other deposits made by tenants; and

(c) Insurance, taxes, or other payments made on your behalf by tenants.

(3) The most we will pay under this Additional Coverage is the least of the following:

(a) Your Covered Leasehold Interest for the 12 months immediately following the "period of restoration" and ending with the normal expiration date of each cancelled lease; or

(b) $25,000 for all Covered Leasehold Interest of all tenants cancelling their leases arising out of an occurrence at a described premises.

(4) The following Definitions are added:

(a) "Period of restoration" means:

(i) The time period that begins with the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described premises; and

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(ii) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and ready for occupancy.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(i) Regulates the construction, use or repair, or requires the tearing down of any property; or

(ii) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration."

(b) "Rental Value" means the:

(i) Total Anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you; and

(ii) Amounts of all charges which are the legal obligations of the tenants which would otherwise be your obligations.

3. The coverages contained in Section A.5. Coverage Extensions are revised as follows:

**Newly Acquired or Constructed Property – Increased Limit**

The Limit of Insurance that applies to buildings under the Newly Acquired or Constructed Property Coverage Extension is increased to $1,000,000 at each building.

4. The following coverages are added to Section A.5. Coverage Extensions. Each of these Coverage Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these additional Coverage Extensions.

a. **Appurtenant Buildings and Structures**

(1) At the described premises where Building coverage applies:

(a) You may extend the insurance that applies to Buildings to apply to direct physical loss or damage by a Covered Cause of Loss to incidental appurtenant buildings or structures which are at the described premises but not specifically described in the Declarations; and

(b) You may extend the insurance that applies to Your Business Personal Property, Personal Property of Others, "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media", if any, to apply to direct physical loss or damage by a Covered Cause of Loss to such property located within incidental appurtenant buildings or structures which are at the described premises but not specifically described in the Declarations.

(2) Incidental appurtenant buildings or structures include, but are not limited to, storage buildings, garages, pump houses, above ground tanks and outdoor swimming pools.

But incidental appurtenant buildings or structures does not include:

(a) Outside signs, whether or not attached to buildings;

(b) Any property to which the Outdoor Property Coverage Extension applies; or

(c) Any property excluded under Section A.2. Property Not Covered.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $25,000.

b. **Reimbursement of Master Key Costs**

(1) If as a result of a direct physical loss or damage to a master or grand-master key by a Covered Cause of Loss, you may extend the insurance

provided by this Coverage Form to apply to the actual cost of new keys including the cost of adjusting locks to accept them; or if necessary, new locks including the cost of installation.

(2) Exclusion B.2.h. found in the Causes of Loss – Special Form (dealing with dishonesty and fraudulent acts) does not apply to this Coverage Extension as respects your employees and agents.

(3) Limitations C.1.e. and C.1.f. found in the Causes of Loss – Special Form do not apply to this Coverage Extension.

The most we will reimburse you under this Coverage Extension is $5,000 in any one occurrence and $15,000 in total for all occurrences in any one policy year.

c. Personal Property

If a Limit of Insurance is shown in the Declarations for Building, we will also pay for direct physical loss of or damage to any one or more of the following types of personal property as found in the Building and Personal Property Coverage Form by a Covered Cause of Loss.

(1) Your Business Personal Property as described in section A.1.b.;

(2) Personal Property of Others as described in section A.1.c.;

(3) Personal Effects owned by you, your officers, your partners or your employees as described in section A.5.b.;

(4) Valuable Papers and Records – Cost of Research as described in section A.5.c.; and

(5) Fine arts:

(a) Fine arts meaning:

Paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property of rarity, historical value or artistic merit.

(b) The value of fine arts will be as described in section E. 6. g. Loss Conditions – Valuation of the Building and Personal Property Coverage Form.

The most we will pay for loss or damage in any one occurrence under this Extension is $50,000.

If there is other insurance in this or any other policy covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess over the amount due from that other insurance.

d. Extra Expense

(1) We will pay your actual, reasonable and necessary Extra Expense you sustain due to direct physical loss or damage to property at a premises described in the Declarations, caused by or resulting from a Covered Cause of Loss.

Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

(a) To avoid or minimize the suspension of business and to continue "operations":

(i) At the described premises; or

(ii) At replacement premises or at temporary locations, including:

(A) Relocation expenses; and

(B) Costs to equip and operate the replacement or temporary locations;

(b) To minimize the suspension of business if you cannot continue "operations"; or

(c) (i) To repair or replace any property; or

(ii) To research, replace or restore the lost information on damaged "Valuable Papers and Records";

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED EXHIBIT
04-18-2022
Clerk of Circuit Court
Waukesha County

to the extent it reduces the amount of loss that otherwise would have been payable under this coverage.

(2) Special Exclusions 4.a.(1), 4.a.(3), 4.a.(4) and 4.a.(5) of the Causes of Loss – Special Form apply to this Coverage Extension.

(3) The most we will pay in any one occurrence under this Extension is $25,000.

(4) The following Definitions are added as respects this Coverage Extension:

(a) "Operations" means your business activities occurring at the described premises.

(b) "Period of Restoration" means the period of time that:

(i) Begins with the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described premises; and

(ii) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

[illegible]

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SELECT PROPERTY EXTRA

This endorsement modifies insurance under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
CAUSES OF LOSS – SPECIAL FORM

A. The BUILDING AND PERSONAL PROPERTY COVERAGE FORM is revised as follows:

1. The coverages contained in Section A.4. Additional Coverages are revised as follows:

a. **Increased Cost of Construction or Repair – Increased Limit**

The Limit of Insurance that applies to the Increased Cost of Construction or Repair Additional Coverage is increased to $25,000.

b. **Fire Protective Equipment Discharge – Increased Limit**

The Limit of Insurance that applies to the Fire Protective Equipment Discharge Additional Coverage is increased to $10,000.

2. The following coverage is added under Section A.4. Additional Coverages:

**Brands and Labels**

If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or part of the property at an agreed or appraised value. If we do, you may:

(1) Stamp the word "Salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

(2) Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

We will pay the reasonable costs you incur to do so. But the total we pay for these costs and the value of the damaged property will not exceed the applicable Limit of Insurance on such property.

3. The coverages contained in Section A.5. Coverage Extensions are revised as follows:

a. **Personal Effects and Property of Others – Increased Limit**

The Limit of Insurance that applies to the Personal Effects and Property of Others Coverage Extension is increased to $25,000 at each described premises. The per employee sub-limit that applies to personal property (other than personal effects, "Fine Arts", "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media") owned by your employees is increased to $5,000.

b. **Valuable Papers and Records – Cost of Research – Increased Limit**

The Limit of Insurance that applies to the Valuable Papers and Records – Cost of Research Coverage Extension is increased to $25,000.

c. **Property Off-Premises – Increased Limit**

The Limits of Insurance that apply to the Property Off-Premises Coverage Extension are revised as follows:

(1) The Limit of Insurance that applies while the property is at any installation premises or temporary storage premises while awaiting installation is increased to $25,000; and

(2) The Limit of Insurance that applies while the property is away from the described premises at any other location provided for in the Coverage Extension is increased to $50,000.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.



d. **Claim Data Expense – Increased Limit**

The Limit of Insurance that applies to the Claim Data Expense Coverage Extension is increased to $5,000.

e. **Extra Expense (Including Expediting Expenses) – Increased Limit**

The Limit of Insurance that applies to the Extra Expense (Including Expediting Expenses) Coverage Extension is increased to $5,000.

f. **Accounts Receivable – Increased Limit**

The Limit of Insurance that applies to the Accounts Receivable Coverage Extension is increased to $25,000.

g. **Covered Property In Transit – Increased Limit**

The Limit of Insurance that applies to the Covered Property In Transit Coverage Extension is increased to $25,000.

h. **Duplicate "Electronic Data Processing Data and Media" – Increased Limit**

The Limit of Insurance that applies to the Duplicate "Electronic Data Processing Data and Media" Coverage Extension is increased to $25,000.

4. The following coverages are added to Section **A.5. Coverage Extensions**. The Additional Condition, Coinsurance does not apply to these Additional Coverage Extensions.

a. **Appurtenant Buildings and Structures**

(1) At the described premises where Building coverage applies:

(a) You may extend the insurance that applies to Buildings to apply to direct physical loss or damage by a Covered Cause of Loss to incidental appurtenant buildings or structures which are at the described premises but not specifically described in the Declarations; and

(b) You may extend the insurance that applies to Your Business Personal Property, Personal Property of Others, "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media", if any, to apply to direct physical loss or damage by a Covered Cause of Loss to such property located within incidental appurtenant buildings or structures which are at the described premises but not specifically described in the Declarations.

(2) Incidental appurtenant buildings or structures include, but are not limited to, storage buildings, garages, pump houses, above ground tanks and outdoor swimming pools. But incidental appurtenant buildings or structures do not include:

(a) Outside signs, whether or not attached to buildings;

(b) Any property to which the Outdoor Property Coverage Extension applies; or

(c) Any property excluded under Section A.2. Property Not Covered.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $25,000. This is additional insurance.

b. **"Money" and "Securities"**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss of "money" and "securities" owned by you while:

(a) At the described premises or the premises of a bank or savings institution; or

(b) At any other location, or in transit, in the custody of a "messenger";

caused by theft, disappearance or destruction.

(2) The most we will pay for loss in any one occurrence under this Coverage Extension is:

(a) $10,000 at each described premises;

(b) $10,000 within a bank or savings institution; or

(c) $5,000 while at any other location or in transit, in the custody of a "messenger".

Under this Extension, all loss caused by one or more persons, or involving a single act or a series of related acts will be considered a single

occurrence. This is additional insurance.

(3) Exclusions B.1.b. (Earth Movement) and B.1.g. (Water) and Limitation C.1.e. (Property that is missing) of the CAUSES OF LOSS – SPECIAL FORM do not apply to this Coverage Extension.

All other exclusions apply to this Extension. In addition, we will not pay for loss under this Extension caused by or resulting from:

(a) Accounting or arithmetical errors or omissions;

(b) The giving or surrendering of the property in any exchange or purchase, the transfer or surrender of the property to a person or place outside the described premises or the premises of a banking or savings institution, or any other voluntary parting with possession of or title to the property; or

(c) Loss of "money" contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument.

(4) The following Definitions are added as respects this Coverage Extension:

(a) "Messenger" means you, any of your partners or any employee while having care and custody of property away from the described premises.

(b) "Money" means:

i. Currency, coins, and bank notes in current use and having a face value; and

ii. Travelers checks, register checks and money orders held for sale to the public.

(c) "Securities" means negotiable and nonnegotiable instruments or contracts representing either money or other property and includes:

i. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

ii. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money" or Lottery tickets held for sale.

B. When either the BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM or BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM is attached to this policy, the coverage is revised as follows:

1. The coverage contained in Section A.3. Additional Coverages is revised as follows:

**Extended Business Income – Revised Number of Days**

Under the Additional Coverage – Extended Business Income, "60 consecutive days" is revised to "90 consecutive days".

2. The coverage contained in Section A.4. Coverage Extensions is revised as follows:

**Claim Data Expense – Increased Limit**

The Limit of Insurance that applies to the Claim Data Expense Coverage Extension is increased to $5,000.

3. The following coverages are added to Section A.4. Coverage Extensions:

**a. Ordinance or Law – Increased "Period of Restoration"**

(1) If a Covered Cause of Loss occurs to property at the described premises, you may extend your Business Income and Extra Expense coverages (if the coverage is applicable to this Coverage Part) to include the amount of actual and necessary loss you sustain during the increased period of "suspension" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

(a) Regulates the construction, repair or replacement of any property;

(b) Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

(c) Is in force at the time of loss.

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) This Extension applies only to the increased period that would be required, with reasonable speed, to reconstruct, repair or replace the property to comply with the minimum requirements of the ordinance or law. This Extension does not apply to:

(a) Any loss due to any ordinance or law that:

(i) You were required to comply with before loss, even if the building was undamaged; and

(ii) You failed to comply with.

(b) Costs associated with the enforcement of or compliance with any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(3) The most we will pay for loss in any one occurrence under this Extension is $25,000. This is additional insurance.

**b. Business Income From Dependent Property**

(1) You may extend your Business Income coverage to apply to your actual loss of Business Income you sustain due to the "suspension" of your "operations" during the "period of restoration". If Extra Expense coverage applies, we will also pay for the reasonable and necessary Extra Expense you incur during the "period of restoration". The "suspension" and the Extra Expense must be caused by direct physical loss or damage by a Covered Cause of Loss to property at the premises of a Dependent Property.

(2) Dependent Property means property operated by others whom you depend on to:

(a) Deliver materials or services (other than water, power or communication supply services) to you, or to others for your account;

(b) Accept your products or services;

(c) Manufacture products for delivery to your customers under contract of sale; or

(d) Attract customers to your business.

(3) This Extension applies to Dependent Property premises located within the Coverage Territory of this Coverage Part. But this Extension does not apply when you have more specific insurance under this Coverage Part or any other policy.

(4) With respect to the insurance provided under this Extension, the following changes apply to the Business Income Coverage Forms:

(a) The Resumption of Operations provision in Section D. LOSS CONDITIONS is replaced by the following:

We will reduce the amount of your Business Income loss to the extent you can resume your "operations" in whole or in part by using any other source of materials or outlet for your products. If Extra Coverage applies, we will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

(b) Under the "Period of Restoration" definition in Section G. DEFINITIONS, the phrase "at the described premises", where used, is replaced by "at the premises of the Dependent Property".

(5) The most we will pay in any one occurrence under this Extension, regardless of the number of Dependent Properties involved, is $5,000. This is additional insurance.

**C.** Paragraphs B.1., B.2., B.3.a. and B.3.b. above do not apply when the BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM – PLUS is attached to the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). "Act Of Terrorism" is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is 80% of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA).

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

The charge for such Insured Losses under this Coverage Part is included in the Coverage Part premium. The charge for such Insured Losses that has been included for this Coverage Part is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA:

- 7% of your total Commercial Property Coverage Part premium if your primary location is in a Designated City (as listed below).
- 3% of your total Commercial Property Coverage Part premium if your primary location is not in a Designated City (as listed below).

© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL PROPERTY

| Designated Cities are: | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Antonio, TX |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Diego, CA |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |

[illegible]

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WISCONSIN CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. The Concealment, Misrepresentation Or Fraud Condition in this Coverage Part or Policy is replaced by the following:

CONCEALMENT, MISREPRESENTATION OR FRAUD

1. No misrepresentation and no breach of affirmative warranty made by you or on your behalf in the negotiation for or procurement of this Coverage Part affects our obligations unless, if a misrepresentation, the person knew or should have known that the representation was false, and unless:

   a. We rely on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or

   b. The facts misrepresented or falsely warranted contribute to the loss.

2. No failure of a condition before a loss and no breach of a promissory warranty affects our obligation under this Coverage Part unless such failure or breach exists at the time of loss and either:

   a. Increases the risk at the time of loss; or

   b. Contributes to the loss.

B. Legal Action Against Us

1. The Legal Action Against Us Commercial Property Condition is replaced by the following:

   LEGAL ACTION AGAINST US

   No one may bring a legal action against us under this Coverage Part unless the action is brought within 2 years after the date on which the direct physical loss or damage occurred.

2. Paragraph (1) of Additional Condition H.5.g. Legal Action Against Us in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

   No one may bring a legal action against us under Coverages A, B and E unless the action is brought within 2 years after you discover the error or accidental omission.

3. The following are deleted:

   a. The Legal Action Against Us Loss Condition in the Legal Liability Coverage Form; and

   b. Paragraph (2) of Additional Condition H.5.g Legal Action Against Us in the Mortgageholders Errors And Omissions Coverage Form.

C. The following exclusion and related provisions are added to Paragraph B.2. Exclusions in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act committed:

   a. By or at the direction of any insured; and

   b. With the intent to cause a loss.

2. However, this exclusion will not apply to deny coverage to an insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and:

   a. The loss arose out of an act or pattern of abuse or domestic abuse; and

   b. The perpetrator of the loss is criminally prosecuted for the act or acts causing the loss.

3. If we pay a claim pursuant to Paragraph C.2., our payment to the innocent insured is limited to that insured's ownership interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

D. The following applies to the **Transfer Of Rights Of Recovery Against Others To Us** Condition in this Coverage Part or Policy:

If we pay an insured for a loss described in Paragraph **C.2.** of this endorsement, the rights of the insured to recover damages from the perpetrator are transferred to us to the extent of our payment. Following the loss, the insured may not waive such rights to recover against the perpetrator.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission.



We will be entitled to a recovery only after you have been fully compensated for damages.

E. The following are added:

1. **Knowledge And Acts Of Agents**

   a. If any of our agents knows any fact that breaches a condition of this policy, we will be considered to know it also if that fact:

      (1) Is known to the agent at the time the policy is issued or an application made; or

      (2) Later becomes known to the agent in the course of his or her dealings as an agent with you.

   b. Any fact that breaches a condition of this policy and is known to the agent before the loss will not:

      (1) Void this policy; or

      (2) Prevent a recovery in the event of loss.

2. The Ordinance Or Law Exclusion in the Basic, Broad and Special – Causes Of Loss Forms, or in any endorsement, does not apply to dwelling properties occupied as a residence by you.

3. **Conformity To Statute Or Rule**

   Any provision of this Coverage Part (including endorsements which modify the Coverage Part) that is in conflict with a Wisconsin statute or rule is hereby amended to conform to that statute or rule.

   The term rule means a valid rule promulgated by the Commissioner of Insurance in accordance with the rule-making authority conferred under Wis. Stat. Ann. § 227.11(2) and published in the Wisconsin Administrative Code.

F. The following is added to the Loss Payment Condition in the Commercial Property Coverage Part:

If a municipality, which is a first class city, has elected to apply the provisions of Wis. Stat. Ann. Secs. 632.10 through 632.104, a part of our payment for fire or explosion loss or damage to your covered real property in that municipality will be withheld if the loss or damage is subject to the aforementioned provisions.

1. The withheld amount will be paid in accordance with the law, to the following:

   a. The municipality where the covered property is located;

   b. You and any other interest named in the Declarations; or

   c. The mortgageholder, if any.

   However, we will not pay more than the amount of loss payable under this policy.

2. Within 10 days after withholding the required amount, we will give written notice of the withholding to the following:

   a. The building inspection official of the municipality where the covered property is located;

   b. You;

   c. Any mortgageholder and any other lienholder who has an existing lien against the property and is named in the Declarations; and

   d. The court in which judgment was entered if the final settlement was determined by judgment.

3. We will not be liable in any cause of action, nor may any liability be imposed on us, arising from the payment, withholding or transferring of all or any portion of a final settlement in accordance with Wis. Stat. Ann. Secs. 632.10 through 632.104.

G. The following is added to the Valuation Condition:

1. When this Coverage Part insures real property in Wisconsin which is owned and occupied by you primarily as a dwelling, and the property is wholly destroyed, we will pay the limit of insurance that applies to such property, subject to the exceptions and conditions in Paragraphs G.2. and G.3. below.

2. Builders Risk policies of insurance covering property in the process of being constructed shall be valued and settled according to the actual value of that portion of the construction completed at the time of the loss. The Limit of Insurance on a Builders Risk policy represents the value of the building when it is completed.

3. The Valued Policy Provision, Paragraph G.1. above, does not apply to any claim for loss to any building which is insured under a blanket form or endorsement with one Limit of Insurance applicable to two or more buildings. When a building, owned and occupied by you primarily as a dwelling, is wholly destroyed, the loss will be settled at the value stated in the most recent Statement of Values on file with us.

INTERLINE ENDORSEMENTS

# INTERLINE ENDORSEMENTS

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.
2. We do not assume responsibility for:
   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or
   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or
2. Any other applicable trade or economic sanction, prohibition or restriction.

 © 2014 The Travelers Indemnity Company. All rights reserved.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
CYBERFIRST GENERAL PROVISIONS FORM
DELUXE PROPERTY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY ( WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT ) COVERAGE PART
ENVIRONMENTAL HAZARD POLICY
EQUIPMENT BREAKDOWN COVERAGE PART
EXCESS FOLLOW-FORM AND UMBRELLA LIABILITY INSURANCE
EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
LAW ENFORCEMENT LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MANUFACTURERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND INFORMATION SECURITY LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT OF TRANSPORTATION
TRAVELERS PROPERTY COVERAGE PART
TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL BENEFITS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following Condition is added to each Common Policy Conditions included in this policy:

**Additional Benefits**

1. We may [illegible] to provide, or [illegible] others to provide, you or others insured under this policy with goods and services, access to discounted goods and services, other program benefits or [illegible] [illegible] with managing your risk, with servicing your policy or with keeping informed about loss control and mitigation of risk.
2. These Additional Benefits may be provided in any form. You or another insured under this policy may be eligible to receive additional benefits. You are under no obligation to pursue any of these Additional Benefits.
3. While we may arrange for these Additional Benefits, the other provider is liable to you or the other insured for the provision of the goods and services. We do not warrant the merchantability, fitness or quality of any goods or services provided by providers [illegible] related to any Additional Benefits provided.
4. We may [illegible] to modify or discontinue any Additional Benefits provided by us or others authorized by us, without notice to you or any other insured.

© 2019 The Travelers Indemnity Company. All rights reserved.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTION OF PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
DELUXE PROPERTY COVERAGE PART

The insurance provided under this Coverage Part for direct physical loss of or damage to Covered Property at the described premises is extended to include the following Additional Coverage:

**Protection of Property**

We will pay the necessary and reasonable expenses actually incurred by you to temporarily safeguard Covered Property at the described premises against the threat of imminent covered direct physical loss or damage by a "specified cause of loss", subject to the following:

1. This Additional Coverage only applies to expenses incurred within 72 hours before the time the imminent "specified cause of loss" is reasonably likely to begin to cause direct physical loss or damage to the Covered Property.
2. This Additional Coverage does not apply to any expenses:
   (a) To which any Preservation of Property coverage in this Coverage Part may apply; or
   (b) For maintenance that reasonably should have been performed in the absence of any threat of imminent covered direct physical loss or damage by a "specified cause of loss".
3. The most we will pay under this Additional Coverage for all expenses arising out of all threats of imminent direct physical loss or damage by a "specified cause of loss" occurring during each separate 12-month period of this policy beginning with the effective date of this policy is:
   (a) $5,000 at each of the described premises; and
   (b) $10,000 for all described premises.

   This is additional insurance.

   If the "specified cause of loss" from which the property is being safeguarded is subject to an aggregate limit of insurance (meaning the limit of insurance is the most we will pay for all loss or damage arising out of all occurrences of such "specified cause of loss" in any one annual period of this policy), the Limit of Insurance that applies to this Additional Coverage is not included in, and does not reduce, the aggregate Limit of Insurance that applies to such "specified cause of loss".
4. This Additional Coverage is subject to the deductible that applies to loss or damage to the Covered Property by the "specified cause of loss" from which the property is being safeguarded.

   In the event the "specified cause of loss" from which the property is being safeguarded actually causes covered direct physical loss or damage to the Covered Property, the total of the deductible amounts applied under this Additional Coverage and under the coverage provided for such loss or damage to the Covered Property will not exceed the deductible that applies to the covered loss or damage to the Covered Property by the "specified cause of loss".

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
FARM COVERAGE PART

A. The exclusion set forth in Paragraph B. applies to all coverage under all forms and endorsements [illegible] including [illegible] forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that [illegible]

B. We will not pay for loss or damage caused by or resulting from any virus, bacterium or other [illegible] microorganism that induces or is capable of inducing physical distress, illness or disease.

C. With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

D. [illegible] or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WISCONSIN CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

   If this policy has been in effect for less than 60 days and is not a renewal policy, we may cancel for any reason.

   If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, except as provided in Paragraph 7. below, we may cancel this policy only for one or more of the following reasons:

   a. The policy was obtained by material misrepresentation;

   b. There has been a substantial change in the risk we originally assumed, except to the extent that we should have foreseen the change or considered the risk in writing the policy;

   c. There have been substantial breaches of contractual duties, conditions or warranties; or

   d. Nonpayment of premium.

   If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, the notice of cancellation will state the reason for cancellation.

B. The following is added to the **Cancellation** Common Policy Condition:

7. **Anniversary Cancellation**

   If this policy is written for a term of more than one year or has no fixed expiration date, we may cancel this policy for any reason by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the anniversary date of the policy. Such cancellation will be effective on the policy's anniversary date.

   We may cancel this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of cancellation contains an offer to continue the policy with us if we receive a written request from the first Named Insured prior to the date of cancellation.

C. The following applies to the:

   Capital Assets Program (Output Policy) Coverage Part

   Commercial Inland Marine Coverage Part

   Commercial Property Coverage Part

   Crime And Fidelity Coverage Part

   Equipment Breakdown Coverage Part

   Farm Coverage Part

1. We may rescind this policy because of the following:

a. Misrepresentation made by you or on your behalf in the negotiation for or procurement of this Coverage Part, if the person knew or should have known that the representation was false;

b. Breach of affirmative warranty made by you or on your behalf in the negotiation for or procurement of this Coverage Part;

c. Failure of a condition before a loss if such failure exists at the time of loss; or

d. Breach of a promissory warranty if such breach exists at the time of loss.

2. We may not rescind this policy:

a. For the reasons in Paragraphs C.1.a. and C.1.b. unless:

(1) We rely on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or

(2) The facts misrepresented or falsely warranted contribute to the loss.

b. For the reasons in Paragraphs C.1.c. and C.1.d. unless such failure or breach:

(1) Increases the risk at the time of loss; or

(2) Contributes to the loss.

3. If we elect to rescind this policy, we will notify the first Named Insured of our intention within 60 days after acquiring knowledge of sufficient facts to constitute grounds for rescission.

D. The following are added and supersede any other provisions to the contrary:

1. Nonrenewal

a. If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured's last mailing address known to us. We may elect not to renew for any reason; the notice will state the reason for nonrenewal. We will mail or deliver the notice at least 60 days before the expiration date of this policy.

We need not mail or deliver the notice if:

(1) You have insured elsewhere;

(2) You have accepted replacement coverage;

(3) You have requested or agreed to nonrenewal of this policy;

(4) This policy is renewed in an affiliate in compliance with WIS. STAT. § 631.39; or

(5) This policy is expressly designated as nonrenewable.

b. We may refuse to renew this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of nonrenewal contains an offer to renew the policy with us if we receive a written request from the first Named Insured prior to the renewal date.

c. If you fail to pay the renewal or continuation premium by the premium due date, this policy will terminate on the policy expiration or anniversary date, if we have:

(1) Given you written notice of the renewal or continuation premium not more than 75 days nor less than 10 days prior to the due date of the premium; and

(2) Stated clearly in the notice the effect of nonpayment of premium by the due date.

2. Anniversary Alteration

If this policy is written for a term of more than one year or has no fixed expiration date, we may alter the terms or premiums of this policy by mailing or delivering written notice of less favorable terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the anniversary date.

If we notify the first Named Insured within 60 days prior to the anniversary date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the policy at any time during the 60-day period, in accordance with Paragraph 1. of the Cancellation Common Policy Condition. If the first Named Insured elects to cancel the policy during the 60-day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

© Insurance Services Office, Inc., 2018

**3. Renewal With Altered Terms**

If we elect to renew this policy but on less favorable terms or at higher premiums, we will mail or deliver written notice of the new terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the renewal date.

If we notify the first Named Insured within 60 days prior to the renewal date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the renewal policy at any time during the 60-day period, in accordance with Paragraph 1. of the Cancellation Common Policy Condition. If the first Named Insured elects to cancel the renewal policy during the 60-day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

We need not mail or deliver this notice if the only change adverse to you is a premium increase that:

**a.** Is less than 25% and is generally applicable to the class of business to which this policy belongs; or

**b.** Results from a change based on your action that alters the nature or extent of the risk insured against, including but not limited to a change in the classification or the units of exposure, or increased policy coverage.

**E. Special Provision – Cancellation And Nonrenewal**

With respect to insurance provided under the Commercial Automobile Coverage Part, we will not cancel or refuse to renew Liability Coverage wholly or partially because of age, sex, residence, race, color, creed, religion, national origin, ancestry, marital status or occupation of anyone who is an insured.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

A. We will not pay for loss ("loss") or damage caused directly or indirectly by any of the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:
   a. Any of the following, whether belonging to any insured or to others:
      (1) Computer hardware, including microprocessors;
      (2) Computer application software;
      (3) Computer operating systems and related software;
      (4) Computer networks;
      (5) Microprocessors (computer chips) not part of any computer system; or
      (6) Any other computerized or electronic equipment or components; or
   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

1. In a Covered Cause of Loss under the Boiler and Machinery Coverage Part, the Commercial Crime Coverage Part or the Commercial Inland Marine Coverage Part; or
2. Under the Commercial Property Coverage Part:
   a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, or from theft (if insured) under the Causes of Loss – Special Form; or
   b. In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, theft, or a Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.



# POLICYHOLDER NOTICES

POLICYHOLDER NOTICES

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

To Our Valued Customer,

Each year, homeowners and business owners across the nation sustain significant weather-related property damage due to floods. These can include losses caused by waves, tidal waters, the overflow of a body of water, the rapid accumulation or runoff of surface water, and mudslide. In nearly all cases, these flood losses cannot be prevented or even anticipated. And, in many instances, the losses are devastating.

Most standard property insurance policies, including most of our policies, do not provide coverage for flood losses. While flood coverage is often available – primarily through the National Flood Insurance Program – it is rarely purchased. Unfortunately, each year we find that some policyholders are surprised and disappointed to learn that damages they have suffered as a direct result of flood are not covered under the policies they have purchased.

Please review your insurance coverage with your agent or Company representative. As you consider the need for flood insurance, keep in mind that floods can, and do, occur in locations all over the country. They are not limited to coastal areas or locations with nearby rivers or streams. Several inches of rain falling over a short period of time can cause flood damage, even in normally dry areas that are not prone to flooding.

For further information about Flood Insurance, contact your agent or company representative, or contact the National Flood Insurance Program directly.

# IMPORTANT NOTICE – COMPLAINTS – WISCONSIN

## KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

**PROBLEMS WITH YOUR INSURANCE?** If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

**Travelers**
**Attn: Consumer Affairs**
**One Tower Square**
**Hartford, CT 06183**
**1-800-954-2382**
**www.Travelers.com**

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint. You can file a complaint electronically with the **OFFICE OF THE COMMISSIONER OF INSURANCE** at its website at www.oci.wi.gov, or by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, Wisconsin 53707-7873
1-800-236-8517
608-266-0103

FILED
04-18-2022
Clerk of Circuit Court
Waukesha County
2022CV000562

# ORDER TO RAZE BUILDING

To: Condominium Association
and individual unit owners of
Horizon West Condominium Homes
315 N. West Avenue
Waukesha, WI 53186

RE: 315 North West Avenue,
otherwise described as:
Horizon West Condominium Homes,
a condominium declared and
existing under and by virtue of the
Condominium Ownership Act of the
State of Wisconsin, as more
particularly described in the
declaration of condominium
recorded in the Office of the
Register of Deeds on May 9, 1980
in Reel 407, Image 500 as
Document No. 1126528 and as
amended.

Pursuant to the authority vested in the undersigned by section 66.0413(1)(b) of the Wisconsin Statutes and section 21.03(2)(a) of the City of Waukesha Fire Code, you are hereby notified that the building described above and having the post office address of 315 North West Avenue, Waukesha, Wisconsin, 53186, is in the judgment of the undersigned so old, dilapidated, or has become so out of repair as to be dangerous, unsanitary or otherwise unfit for human habitation, occupancy or use, so that in the judgment of the undersigned said building must be made safe by the razing and removal of such building and by restoring the site to a dust-free and erosion-free condition.

This Order is based on on-site observations and engineer reports indicating that support columns and beams that were partially exposed when balconies were removed display significant degradation due to heavy rusting, delamination and deterioration. Observable corrosion of the steel columns supporting the building's exterior has caused cross-sectional loss of steel in certain locations ranging from 10 to 30 percent. Nuts and bolts in the supports have also significantly corroded. With the balconies removed, it is apparent the building slab supporting the individual floors shows significant signs of degradation into the structure and no longer fully supports the exterior wall. Exterior wall framing consists in large part of combustible wood nailing strips

EXHIBIT
B

used to fasten external panels to the structure that show extensive decay and deterioration. Four-hour fire resistive protection in exterior nonbearing walls, required when the building was constructed, is nonexistent in certain areas, as is fire protection around columns, girders, and beams. This is merely the evidence that may be observed currently, with sections of exterior columns and supports exposed; it is likely the deterioration extends into other areas.

An affidavit is attached to this Order as Exhibit "A" and incorporated by reference as if fully set forth herein. It further describes the conditions giving rise to this Order and provides the basis upon which I conclude repairs are presumed unreasonable pursuant to section 66.0413(1)(c) of the Wisconsin Statutes.

**You are therefore ordered to raze and remove said building within 120 days of service of this order.** You are further ordered to grade and level the lot after said razing is completed. Since repairs to the building are presumed unreasonable, they shall not be permitted pursuant to section 66.0413(1)(b) 1. of the Wisconsin Statutes.

**FAILURE TO COMPLY**

If you refuse or fail to comply within the time prescribed, by the authority granted under section 66.0413 (1)(f) of the Wisconsin Statutes the undersigned or other designated officer will cause such building to be razed and removed and may restore the site to a dust-free and erosion-free condition either through an available public agency or by control or arrangement with private persons. The cost of such razing, removal and restoration of the site to a dust-free and erosion-free condition will be charged in full or in part against the real estate upon which such building is located and will constitute a lien upon such real estate and shall be assessed and collected as a special tax.

Under the power granted by section 66.0413 (1)(i) of the Wisconsin Statutes, if you fail to remove such personal property as will unreasonably interfere with the razing of said structure,

the undersigned shall cause the same to be removed and stored if that property has value and destroyed if it has no appreciable value, and the cost of such storage shall be a lien against such property stored and against the real estate, and shall be collected as a special tax against you as owner of the real estate, if such personal property is owned by you.

Pursuant to section 66.0143 (1)(g) of the Wisconsin Statutes, if you refuse or fail to comply with these Orders within the time prescribed, the City may, at its option, seek an order from the Circuit Court requiring you to raze the building and remove debris and personal property and fixtures, rather than the City razing and removing them.

**IMPORTANT**

**Any appeal of the above Orders to Raze or Repair must be brought within 30 days of the service of these orders upon you.** Such appeal must be made to the Circuit Court of Waukesha County in the form of an application for a restraining order. Failure to bring such application to the Circuit Court within 30 days from the date of service of these orders will bar forever any right to prevent enforcement of these orders.

In addition, the condition of the property is a health and safety hazard and constitutes a public nuisance under section 12.05(8) of the Waukesha Municipal Code, which declares as public nuisances all buildings so dilapidated and out of repair as to be dangerous, unsafe, unsanitary or otherwise unfit for human use.

Therefore, the undersigned may request separate legal action under section 823, Wisconsin Statutes, if the condition exists beyond the date set forth in the order.

Dated this 3rd day of JANUARY, 2022.

CITY OF WAUKESHA

By: ______________________

Harold McDonald
Fire Inspector

# EXHIBIT A

State of Wisconsin    )
                      ) ss
Waukesha County       )

---

## AFFIDAVIT OF HAROLD MCDONALD

---

City of Waukesha Fire Prevention Inspector Harold McDonald, being duly sworn, on his oath hereby deposes and says the following.

1.  From August 7, 2017 to the present, I have been employed as a Fire Inspector by the City of Waukesha Fire Department Fire Prevention Bureau and I have 10 years' total experience in Fire and Construction Code Compliance.

2.  It is my duty as Fire Inspector to regularly inspect public buildings and places of employment and investigate potential City Property Maintenance and Fire Prevention Code violations set forth in Chapters 17 and 21 of the Waukesha Municipal Code; consequently, I am familiar with the provisions of the Waukesha Municipal Code, State Statutes, Wisconsin Administrative Code, and model codes incorporated therein related to fire prevention, building construction and property maintenance.

3.  To fulfill my duties as Fire Inspector, I possess the following State of Wisconsin and nationally recognized certifications: #1225592 Wisconsin Uniform Dwelling Code (UDC) Construction Inspector, UDC Commercial Building Inspector, UDC HVAC Inspector; Wisconsin Technical College System (WTCS) #O45800 Fire Fighter1/ Haz Mat Ops, WTCS #N45095 Fire Inspector; #8154119 International Code Council (ICC) Fire Inspector 1, ICC Fire Inspector 2, ICC Residential Building Inspector, ICC Commercial Building Inspector, ICC Building Inspector

4.  On or about June 3, 2020, I was assigned an inspection of a condominium (the "building") located at 315 N. West Avenue in the City of Waukesha, County of Waukesha, State of Wisconsin (the "property").

5.  Based on previous inspections of the property, I knew that the 6-story building had 48 units and 40 balconies connected to its units which all were made of a concrete shell surrounding steel girders, with a metal deck built atop the steel girders.

6.  I conducted my inspection of the property on June 5, 2020.

7.  Prior to my inspection, I reviewed a report from the engineering firm RPS Structural Engineering which summarized their inspection of the 40 balconies connected to units of the condominium; the report included photographs of exposed areas of the concrete balconies showing that infiltration of water had caused a great deal of rusting and deterioration to the steel girders and metal deck holding up the individual balconies.

8. RPS' report stated that "cracks and the holds thru the [concrete] slab have allowed water to penetrate to reach the steel beams, metal deck and the welded wire mesh that reinforces the concrete slab on that metal deck... where there are holes in the deck and the reinforcing is exposed it has clearly rusted. As metal rusts it expands, and this expansion causes the concrete to fracture and eventually fail. Without remedial repairs or replacement this balcony and possibly others on this building will eventually fail."

9. During my inspection, I observed 5 balconies that had been exposed to show the steel beams, metal decks, and unsupported concrete decks; I also observed missing and damaged asbestos fireproofing coating.

10. While viewing the exposed inside of the balconies, I observed that the rust on the steel beams was so bad that I had difficulty finding any portion of the beams not covered in rust, which was causing the steel to flake off and fracture into layers; other areas were so badly rusted that no steel remained.

11. After completing my June 5, 2020 inspection of the Property, I believed based on my training and experience as a Fire Inspector that the extent of the deterioration and damage to the structural supports of the balconies made them entirely unsafe to use and in danger of collapse; if the same amount of deterioration was present in most or all of the other balconies, large pieces of unsupported concrete decking could fall and at worse, the upper balconies would fall onto the lower balconies, causing a cascading failure which would bring all the balconies to the ground.

12. Since the Fire Department is required by law to inspect the property on a regular basis at least once per year, contact information for the persons responsible for managing the property were on file, which included: Mr. Al Pulcifer, Building Manager, member of the Condominium's Board of Directors and resident of Unit 206 of the property; and Mr. Randy Lijewski, resident of Unit 307 of the property.

13. After my June 5, 2020 inspection, I notified the property's building management by email and phone to start informing the occupants that they must clear all items off the balconies and discontinue their use until repairs could be made; I also prepared written notices to each occupant stating the same, which were mailed to each unit via first class postal mail; and on June 9, 2020 I posted orders on the door of each unit in the building that also stated the same.

14. Between June 9, 2020 and the start of balcony removal in October of 2021, inspections of the building were made, deadlines for repair were established, and communications between the City and Condominium representatives took place regarding repair or removal of the balconies.

15. The balconies had been sprayed with asbestos when they were constructed; since the law requires that any asbestos must be abated prior to engaging in construction or demolition, the first step in the physical removal process was to have asbestos abatement professionals remove the asbestos.

16. On November 30, 2021, while balcony removal was ongoing, I attended an on-site meeting between City code enforcement officials and the construction and design team retained by the Condominium Association; the people retained by the Condominium Association present at the meeting were Steve McGuire, General Contractor; Matt Butler, Engineer; and David Baum, Architect.

17. Mr. McGuire requested the November 30, 2021 meeting to discuss preliminary observations of the building's support columns which, due to balcony removal, were now partially exposed.

18. All parties at the November 30, 2021 meeting agreed that the portions of the support columns that were now visible displayed heavy rusting, delamination and deterioration, and there were other deficiencies in the support systems and exterior walls that could now be seen; Mr. Butler stated that in his opinion as an engineer, repair activities must commence within 6 months.

19. The parties at the November 30, 2021 on-site meeting then discussed the cost to repair the support columns and return the building to code compliance. Mr. Baum stated that the cost of repairs would far exceed the value of the property, and that was just based on what they could currently observe; further inspection of the columns and walls would increase the cost. He said the cost of the current project to simply remove the balconies was around half a million dollars. The parties discussed the original estimate for balcony repair given by the first engineer the Condominium Association retained, who estimated the cost to fully repair the balconies was approximately $2,000,000, and that estimate did not include repairs to the building's support columns because their level of decay was unknown at the time. Mr. Baum stated the cost to repair just the portion of the columns he could see, which was only a small portion of the columns, would greatly exceed $2,000,000. Furthermore, the walls were filled with asbestos, which under the law would have to be remediated before repairs could commence; this expense would also be very costly—according to Mr. McGuire, the cost of asbestos abatement for the balconies alone had been $75,000.

20. As the balconies were being removed, it became possible to inspect the structural supports and exterior walls of the building in even greater detail than had been possible prior to November 30, 2021.

21. On Thursday, December 2, 2021, at approximately 6:00 p.m., Fire Department office admin called me and informed me that the Department, in conjunction with the Office of Community Development Building Division, were about to order the building evacuated; I went to the property to assist with the evacuation effort after meeting with command staff.

22. I was later made aware that, as further described in Engineer D.A. Mattox's Report dated December 13, 2021, before the evacuation took place on December 2, 2021, Matt Butler, the engineer hired by the Condominium, conducted a new inspection as to the building's exposed structural supports and made a rapid structural analysis, and concluded certain columns were "completely unbraced" and compromised to the point

where they "could reasonably handle a maximum load of 0 lbs. loading to the column," meaning they were unable to support any load when they should be able to support at least 25,000 or more pounds; and therefore the building was in imminent danger of collapse. *See*, D.A. Mattox, *Observation Report for Property located at 315 N. West Avenue, Waukesha WI Horizon West Condominiums Regarding Structural, Fire and Life Safety Concerns After Action Report*, December 13, 2021, at page 5.

23. On December 3, 2021, I attended a post-evacuation meeting between City officials and Condominium representatives Matt Butler, Engineer Steve McGuire, and Architect David Baum.

24. During the December 3, 2021 meeting, Mr. Butler explained in further detail the structural issues with the building, which were later summarized in a final report dated December 8, 2021 he prepared for the Condominium Association, a copy of which was provided to the Fire Department.

25. He explained that steel columns supporting the building's exterior had been significantly corroded, bringing about cross-sectional loss of steel in certain locations from 10 to 30 percent; nuts and bolts had also significantly corroded, and the steel columns no longer were properly laterally braced; this combination of factors created such a reduced capacity to support the original intended loadings (i.e. self-weight of the building, occupant live load, roof snow load, and probable main wind-force resisting system loads) that the columns posed a significant life-safety risk. *Ambrose Engineering Final Report*, December 8, 2021, at page 3.

26. During the December 3, 2021 meeting, all persons retained by the Condominium Association—Steve McGuire, Matt Butler, and David Baum—agreed that based on multiple factors including the cost of repair that razing the building was appropriate.

27. After the December 3, 2021 meeting, as stated in Mr. Butler's December 8, 2021 report, Mr. McGuire's steel workers installed horizontal angle bracing at each floor level with welded connections, which re-braced the columns lacking structural support and mitigated the risk of collapse to a sufficient degree so as to allow Condominium unit owners to enter their units for brief periods of time to remove possessions.

28. The last balcony was removed on or about December 3, 2021.

29. I have reviewed an article published by Greater Milwaukee Today on December 8, 2021 where Mr. McGuire is quoted as stating, "You can certainly make repairs to the building, but the repairs to the building far exceed the value of the building as it is now." Jake Ekdahl, "Demolition or Repair for Waukesha Condo Building? Residents Seeking Second, Perhaps Final Return for Belongings," *Greater Milwaukee Today*, December 8, 2021.

30. I am aware that Steve McGuire has worked extensively as a General Contractor on the construction and repair of large commercial buildings and has extensive knowledge of the building's condition, as further informed by the Engineer on the project, Matt Butler, and Architect David Baum; and had provided several estimates to the

Condominium Association in the past regarding the cost to remove and replace the balconies.

31. I am also aware that David Baum has considerable expertise as an Architect in the construction of commercial buildings and their repair, and also possesses specific knowledge about the building's condition and the cost to repair the same.

32. I conclude Mr. McGuire and Mr. Baum's estimates and opinions as to the cost to repair the building expressed during on-site inspections, other meetings, and in the media are accurate and reliable.

33. I conclude based on all the information available to me, including my own observations of the building and the information supplied by the engineers, architects and general contractors involved with the building, that the building is so old, dilapidated and out of repair and consequently dangerous, unsafe, unsanitary or otherwise unfit for human habitation and unreasonable to repair, that it must be razed in accordance with Wis. Stat. §66.0413.

34. I am aware that a provision in the raze statute, Wis. Stat. §66.0413(1)(c), states that if a municipality's designated officer determines that the cost of repairs of a building would exceed 50 percent of the assessed value of the building divided by the ratio of the assessed value to the recommended value as last published by the department of revenue for the municipality within which the building is located, the repairs are presumed unreasonable.

35. I have reviewed information on file and as reported by the City of Waukesha Assessor for the building, indicating that the assessed value of the building as of December 1, 2021 ($3,453,500), divided by the ratio of the assessed value to the recommended value as last published by the department of revenue for the municipality within which the building is located (0.873855597), is $3,952,025.95, and therefore 50 percent of that amount is $1,976,012.98.

36. Based on all the information I possess regarding the cost to repair the building, including Steve McGuire's representations that it would exceed the total cost of the building and that merely repairing the balconies would cost $2,000,000, I conclude that repairs are presumed unreasonable.

37. The damage to the building giving rise to the need to raze the structure was incurred before December 5, 2021.

Executed this 3rd day of January, 2022, by:

Harold McDonald
Fire Inspector
Waukesha Fire Department
Fire Prevention Bureau

Subscribed and sworn before me
this 3rd day of January, 2022.

Julie M. Gay
Notary Public, Waukesha County WI
My commission expires: is permanent

NOTARY PUBLIC
JULIE M. GAY
STATE OF WI

FILED
04-18-2022
Clerk of Circuit Court
Waukesha County
2022CV000562

TRAVELERS

Travelers Indemnity
Company of Connecticut
PO Box
Buffalo, NY 14240

April 14, 2022

**Via Email Only to: mike@tshglaw.com**

Horizon West Condominium Homes
ATTN: Todd Dreger
c/o Micheal J. Ganzer
Terschan, Steinle, Hodan & Ganzer, LTD
309 North Water Street, Suite 215
Milwaukee, WI 53202

**RE:** **Insured:** Horizon West Condominium Homes
**Policy Number:** IE660 - 1H585672
**Policy Period:** 05/11/2021 – 05/11/2022
**Loss Location:** 315 N. West Avenue, Waukesha, WI 53186
**Date of Loss:** 12/2/2021
**Claim Number:** FTG2118

**PRELIMINARY COVERAGE REVIEW, REQUEST FOR SWORN STATEMENT IN PROOF OF LOSS AND DOCUMENTS**

Dear Mr. Ganzer and Mr. Dreger:

This will acknowledge receipt of Mr. Ganzer's March 25, 2022 letter, which was mailed to Travelers' Buffalo office but not received by me until March 28, 2022. As you know from our prior letters, we are in the process of investigating, evaluating and adjusting this loss under a full and complete Reservation of Rights. We neither waive nor suspend any policy provision, condition or exclusion and we reserve the right to rely upon the contract of insurance issued to you. The purpose of this letter is to inform you of the status of our review of the information we have learned to date regarding this loss, to identify the information that we still need from you and to give you an opportunity to comply with policy conditions and provide any information and documentation you may have of a Covered Cause of Loss that is neither excluded nor limited as more fully discussed below.

**Facts Learned To Date**

Travelers was first notified on December 3, 2021 that your building had been evacuated on December 2, 2021 due to the discovery of purported structural issues and that the building was allegedly in danger of imminent collapse.

Our investigation to date has revealed that you observed corrosion on steel framing in the Fall of 2019 and hired RPS Structural Engineering ("RPS") to perform an assessment of all balconies. RPS concluded that all balconies should be repaired or replaced. In June 2020, the City of Waukesha ("the City") issued an order saying that the balconies were unsafe and should not be used, but rather repaired or replaced. Work on the balconies began in November 2021 and continued through December 3, 2021. During the balcony removal process, Ambrose Engineering performed a site visit and observed corrosion of steel framing at several locations exposed by the removal of the balconies.

EXHIBIT C

On November 30, 2021, various engineers and officials from the City of Waukesha met on site to review the existing building conditions, including potential issues with the capacity of columns at Grid Line G1. The City engaged E-Plan Exam to consult on the balcony project and related issues. On December 1, 2021, Ambrose issued a preliminary report indicating that steel framing removed during the balcony demolition work provided lateral bracing to columns at Grid Line G1 and that the column line is "not structurally acceptable" with the steel framing removed. The report also indicated that the columns at Grid Lines A7, B8, F8 and G8 had adequate capacity to resist code-prescribed gravity loads, provided that the columns were laterally braced at the floor levels (which they were). Original steel beams between Grid Lines F8 and G8 on all floors and between Grid Lines G8 and H8 on Floors Two, Three, and Four were left in place as column bracing.

On December 2, 2021, the City issued an evacuation order which indicates that on December 2, 2021, the City "became aware that this building [is] at an imminent threat of collapse due to compromised structural columns." On December 3, 2021, your contractor, McGuire Contractors, Inc. ("McGuire") installed new lateral bracing on columns at Grid Lines G1 and G8 at the direction of Ambrose. The new lateral bracing was installed to provide lateral support to the columns where existing balcony framing had been removed by McGuire.

On December 8, 2021, Ambrose issued a final report to SHA, including the conclusion that due to the installation of the new lateral bracing on December 3rd, "the significant life-safety risk has been mitigated." The final report also recommended that at Grid Line G8 columns, the existing balcony framing providing lateral support should not be removed during balcony demolition.

On December 13, 2021, E-Plan Exam issued a report which recounted discussions with several parties and field observations and offered opinions on the general scope of repairs needed to re-occupy the building.

On January 3, 2022, the City issued a Raze Order ("Raze Order") which states as follows:

> based on on-site observations and engineer report indicating that support columns and beams that were partially exposed when balconies were removed display significant degradation due to heavy rusting, delamination and deterioration. Observable corrosion of the steel columns supporting the building's exterior has caused cross-sectional loss of steel in certain locations ranging from 10 to 30 percent. Nuts and bolts in the supports have also significantly corroded. With the balconies removed, it is apparent the building slab supporting the individual floors shows significant signs of degradation into the structure and no longer fully supports the exterior wall. Exterior wall framing consists in large part of combustible wood nailing strips used to fasten external panels to the structure that show extensive decay and deterioration. Four-hour fire resistive protection in exterior nonbearing walls, required when the building was constructed, is nonexistent in certain areas, as is fire protection around columns, girders, and beams. This is merely the evidence that may be observed currently, with sections of exterior columns and supports exposed; it is likely the deterioration extends into other areas.

As you know, we retained engineers from Wiss, Janney, Elstner, Inc. ("WJE") to assist us in the investigation of this matter. We previously shared with you a copy of their initial report, another copy of which is enclosed with this letter. WJE's investigation included a document review, visual observations, structural analysis, and various discussions with you. WJE also performed visual observations and documentation of as-built conditions during two site visits on December 9, 2021 and December 17, 2021.

Based on WJE's inspection, document review, analysis and experience with deteriorated and damaged structures, WJE concludes in part as follows:

the building is not 'dangerous' or 'unsafe' as defined by the Wisconsin Existing Building Code (SPS 366.0202) as long as the building remains secured against entry, nor is there 'imminent danger' from fire as defined by the Wisconsin Fire Prevention Code (SPS 314). The building is not in imminent danger of collapse under service loads, nor could it be reasonably expected for fire to cause death, serious physical harm, or serious property loss in its current unoccupied state.

Although the Raze Order noted "'Significant degradation due to heavy rusting, delamination and deterioration' of steel structural elements exposed by the balcony demolition," WJE found that the conditions of the building "did not reveal anything that would suggest these components are not capable of supporting applicable code-prescribed loads." WJE noted that bracing has been provided and Ambrose has concluded "the significant life safety risk has been mitigated" (December 8, 2019 letter, page 3). Accordingly, WJE concludes "there is no imminent danger of collapse under service loads from these conditions."

The Raze Order also noted "Building slab supporting the individual floors . . . no longer fully supports the exterior wall:" However, WJE determined that very little contact area is required to support the wall panels. Although demolition activity has removed some areas of support, there is still sufficient support remaining and therefore WJE concludes there is no imminent danger of exterior wall panel collapse, detachment, or dislodgement under service loads from these conditions.

With respect to the Raze Order's finding that "Combustible wood nailing strips used to fasten external panels to the structure that show extensive decay and deterioration," WJE concluded that it did not observe decay of wood nailers sufficient to be of structural concern, nor are any indicated in the Ambrose Engineering reports. Due to the current pause in the ongoing balcony remediation project, there are wood nailers exposed and subject to further decay, but WJE concludes there is no imminent danger of exterior wall panel collapse, detachment, or dislodgement under service loads.

With respect to the Raze Order's finding that "'Four-hour fire resistive protection in exterior nonbearing walls, required when the building was constructed, is nonexistent in certain areas," WJE has concluded there is not imminent danger to life due to fire because the building is unoccupied and because the current building code does not require 4-hour rated exterior walls. Although limited areas of spray-applied fireproofing have been removed by the ongoing balcony remediation project or have previously eroded from portions of the columns immediately below several balconies, WJE has concluded there is not imminent danger to life due to fire at this time.

In response to the Raze Order's comment that "likely the deterioration extends into other areas," WJE notes that the deterioration is directly associated with, and limited to, water infiltration at the balcony floors that was not remediated quickly enough to avoid the deterioration. WJE concludes this statement is highly speculative and not supported by the current conditions and assessment.

You have informed us that you intend to appeal the Raze Order, which, based on WJE's conclusions and findings, does not appear to be based on an accurate recitation of facts or sound engineering principals nor does it accurately consider that this is an insured property and according to Wisc. Stats. §66.0413(5(e), repairs that are less than 70% of the policy limits are presumed reasonable. The $2 Million of anticipated repairs cited by the Building Department are certainly less than 70% of the policy limits. We understand that, to date, you have not yet been fully served, triggering the timeframe for appeal and therefore no appeal has yet been filed, though you have represented that you have retained counsel to do so.

**<u>Our Investigation To Date</u>**

On December 17, 2021, we notified you that we are investigating this matter under a Reservation of Rights due to significant coverage issues and requested that you produce certain documents and information to us. We reiterated our Reservation of Rights on January 31, 2022 and made a further request for documents as follows:

1. A copy of the appeal of the Raze Order filed on your behalf;
2. A description of the loss and damage for which you are making claim to Travelers along with all estimates, inventories, receipts, bills, invoices or other documents or materials relating to the scope and amounts for which you seek coverage from Travelers;
3. All reports, correspondence, emails, and contracts related to the 2020 detached soffit, balcony assessment, and balcony demolition project;
4. All condition surveys for the subject property since 2002;
5. All reserve studies and records of capital reserves, statutory or otherwise, since 2016 as well as all documents relating to any reserve fund maintained by you since 2016;
6. Construction drawings, specifications and contracts for any previous construction or maintenance affecting the exterior walls, balconies, or fireproofing;
7. All annual budgets since 2016;
8. The letter dated December 28, 2011 from James B. Smith, City if Waukesha Chief Building Inspector to Mr. Edward Bushman, Victor Construction, related to permit application BL-11-02447 discussing the repair of exterior building walls and code compliance with requirements for fire resistance. We request all correspondence regarding this matter, including permitted construction documents and any documents submitted in support of the permit;
9. All correspondence, construction drawings, specifications, construction permits, and certificates of occupancy related to permit application BL-13-01396; and
10. The sealed drawings submitted in support of the 2021 balcony demolition permit DEMO21-00033.

We followed up with you on our document requests on February 10, 2022, February 28, 2022 and March 28, 2022. However, to date no further documents have been provided by you.

Additionally, as we have previously informed you, your Policy requires that you take steps to "protect and preserve the property from further damage" and your Policy specifically excludes "neglect of the insured to use all reasonable mean to save and preserve property from further damage at and after the time of loss" as more fully discussed below. To date, it does not appear that you have taken any steps to appeal the Raze Order or otherwise prevent the razing of your property which our engineer, WJE, has determined is not in imminent danger of collapse and is repairable. The $2 Million repair estimate included in the Raze Order does not exceed 70% of the Policy limit of $17,704,099 which according to the Wisconsin statute relating to Raze Orders, W.S.A. 66.0413(5)(e), is presumed to be a reasonable repair.

**The Policy**

At the time that you notified us of this matter, Travelers had in place a Commercial Insurance Policy with a Policy period of May 11, 2021 to May 11, 2022. The only named insured is "Horizon West Condominium Homes." The BUILDING AND PERSONAL PROPERTY COVERAGE FORM (CP T1 00 02 17) only affords coverage for "direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of

Loss, which means "risks of direct physical loss" that are not excluded or limited within the CAUSES OF LOSS – SPECIAL FORM (CP T1 08 02 17):

A. **COVERAGE**
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss. [CP T1 00 02 17, Page 1 of 20]

* * *

A. **COVERED CAUSES OF LOSS**

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section **B.**, Exclusions; or
2. Limited in Section **C.**, Limitations; [CP T1 08 02 17, Page 1]

Your Policy also contains a number of exclusions that specifically excludes coverage as follows:

B. **EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a. **Ordinance or Law**[1]

The enforcement of or compliance of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any Property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

* * *

c. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

* * *

[1] Although your Policy contains an Additional Coverage for Ordinance or Law in the Building Owners Extra form (CP T3 37 02 17, Page 1-2), that Additional Coverage is only triggered by a Covered Cause of Loss to covered Building property and coverage under that Additional Coverage is limited to $250,000 (CP # 37 02 17, Page 1 of 6).

2. We will not pay for loss or damage caused by or resulting from any of the following:

* * *

b. Delay, loss of use or loss of market.

* * *

d. (1) Wear and tear;

(2) Rust, other corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself

* * *

(4) Settling, cracking, shrinking or expansion;

* * *

k. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

(a) To an abrupt collapse to the extent that coverage is provided under the Collapse Additional Coverage; or

(b) To collapse caused by one or more of the following:

(i) Any of the "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

(ii) Weight of rain that collects on a roof; or

(iii) Weight of people or personal Property.

* * *

n. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss

that is listed in 3.a. and 3.b. results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

* * *

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate, or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

If an excluded cause of loss that is listed in **3.c.** above results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss. But we will not pay for:

(1) Any cost of correcting or making good the fault, inadequacy, or defect itself, including any cost incurred to tear down, tear out, repair or replace any part of any property to correct the fault, inadequacy, or defect; or

(2) Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected. [CP T1 08 02 17, Page 3-5 of 12]

* * *

Although your Policy contains an Additional Coverage for Collapse, it is limited to the following terms and conditions and it does not apply to "a building or any part of a building that is in danger of falling down or caving in."

**D. ADDITIONAL COVERAGE – COLLAPSE**

The term Covered Cause of Loss includes the Additional Coverage – Collapse and applies only to an abrupt collapse as described and limited in **D.1.**, through **D.7.** below.

1. As used in this Additional Coverage, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that

is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling, or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling, or renovation if the abrupt collapse occurs after the construction, remodeling, or renovation is complete, but only if the collapse is caused in part by:

(1) A cause of loss listed in **2.a.** or **2.b.**;

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

***

7. This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Part. [CP T1 08 02 17, Page 9-10 of 12]

Your Policy also contains the following Loss Conditions:

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

* * *

3. **Duties in the Event of Loss or Damage**

a. You must see that the following are done in the event of loss or damage:

* * *

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed. [CP T1 00 02 17, Page 12-13 of 20]

As specified in the COMMERCIAL PROPERTY CONDITIONS (CP 00 90 07 88) of the Policy, you must comply with the following conditions:

**D LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

* * *

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada. [CP 00 90 07 88, Page 1 of 2]

The letter sent to us by your attorney indicates that coverage is sought under the limited Additional Coverage for Ordinance or Law contained in the Building Owners Extra form (CP T3 37 02 17, Page 1 of 6). As stated in the Policy, the Additional Coverage for Ordinance or Law is limited to the situation when "a Covered Cause of Loss occurs to covered Building Property." Coverage under this Additional Coverage is also limited to $250,000.

By referring to these provisions, Travelers does not intend to imply that only these provisions are applicable. Your Policy may have other terms, conditions, limitations and exclusions that apply to this matter. We do not waive any rights, including our right to deny coverage, for any other valid reason under the Policy or law. The Policy in its entirety is incorporated by reference in this letter as though fully set forth in this letter.

**Preliminary Coverage Review**

To date, our investigation has not yet identified any covered loss or damage. Instead, the information we have reviewed raises significant initial coverage questions, as discussed below.

First, we have not been provided with any information showing that accidental direct physical loss or damage caused by a Covered Cause of Loss occurred. Rather, your building, including the balconies and structural members, has been rusting, corroding and deteriorating over many years, which prompted the City to evacuate the building and issue the Raze Order. We have not been able to identify any accidental direct physical loss or damage that occurred on the alleged date of loss that you reported as the date of loss. We request that you provide any facts or documents showing that the building sustained accidental direct physical loss or damage from a Covered Cause of Loss, as defined by the terms of the Policy.

Next, we have not found and you have provided us with any information that the subject property has either abruptly fallen down or caved in or is in danger of falling down or caving in. As explained in the initial WJE report, "the building is not in imminent danger of collapse under service loads, nor could it be reasonably expected for fire to cause death, serious physical harm, or serious property loss in its current unoccupied state." We request that you provide any facts or documents showing that the building has either abruptly fallen down or caved in or is in danger of falling down or caving in as defined by the terms of the Policy.

You have also informed us that the loss and damage for which you are making claim was caused by or resulted from the City's evacuation and subsequent issuance of the Raze Order the property. The Raze Order appears to be a governmental order commanding that you demolish the property. Please confirm that our understanding of the loss for which you seek to be paid is correct. If there is another cause of your loss and damage for which you make claim other than the issuance of the evacuation order and Raze Order by the City, we request that you provide the facts or documents supporting that cause of loss.

The Raze Order identifies a number of building conditions, such as degradation, corrosion, rusting, decay, delamination and deterioration of various building components over a number of

years. We have not been provided with any information from you relating to your understanding of the specific timeframe and history of these conditions as well as your understanding of the cause of these conditions. Our preliminary review reveals that the conditions may have been caused by or result from wear and tear, rust, corrosion and/or continuous or repeated seepage or leakage of water, or the presence of condensation of humidity, moisture or vapor over a period of 14 days or more as identified in WJE's report. We request that you provide any facts or documents showing the cause of these building conditions and when that cause of loss commenced for our review and further analysis of coverage.

Among the damage claimed is damage to the building components due to the workmanship associated with the removal of the balconies which appears to have caused damage to other components of the building. The information we have seen reveals that this damage may have been caused by faulty, inadequate and/or defective workmanship, repair or construction. We request that you provide any facts or documents relating to the balcony removal process along with any design drawings and construction documents relating to that work and any other facts or documents you have relating to the balcony removal and the damage caused by that work.

Next, as we pointed out above, your Policy requires that you use all reasonable means to save and preserve the property from further damage at and after the time of loss" and that you have "taken all reasonable steps to protect the Covered Property from further damage" (CP T1 00 02 17, Page 12-13 of 20 and CP T1 08 02 17, Page 4 of 12). We have not yet been provided with any facts or information that you have complied with these Policy requirements, including but not limited to challenging the Raze Order. Therefore, we request that you provide any facts or documents which may include a record of expenses showing how, when and in what manner you have complied with these requirements.

Therefore, before we make a claim decision, we invite you to identify and provide the facts, information and documentation outlined above to us so that we can fully analyze whether a Covered Cause of Loss that is neither limited nor excluded by the terms and conditions of the Policy occurred. In an effort to ensure that we have all available information for our review relating to the loss and damage for which you make claim, we also request that you submit a Sworn Statement in Proof of Loss as discussed below.

**REQUEST FOR SWORN STATEMENT IN PROOF OF LOSS**

Our request that you submit a separate Sworn Statement in Proof of Loss ("Proof of Loss") is made in accordance with the Duties in the Event of Loss of Damage in the insurance Policy. Attached to this letter you will find a blank Proof of Loss form for your use. Please answer all items as carefully and specifically as possible. **Read the form carefully;** any intentional misstatements or omissions on your Proof of Loss may result in the loss of your rights under the Policy.

In order to assist you in your preparation of the Proof of Loss, the following checklist describes in general some of the required information:

1. Time and Origin: State the time when the loss occurred or was discovered and your knowledge as to the cause and origin of the loss, including what you believe is the Covered Cause of Loss;
2. Occupancy: State the nature of your rights in the insured property (example: titleholder, lessor, lessee, land contract purchaser, etc.), the rights of all others and any changes;
3. Ownership: State the nature of any title or interest any third persons might have in the property;

4. Total Insurance: State the total amount of insurance on the property at the time of the loss. If all or part of the property is covered under any other insurance policy, please identify the policy (including policy number), the insurer and the amount;
5. Value: The value of the property less depreciation, obsolescence and other factors which may reduce the property's value;
6. Loss: Please provide a detailed statement of the damages which occurred as a result of the loss; and
7. Amount of Claim: After you have determined the whole loss and damage, insert the amount of your net claim on the Proof of Loss, taking into account any exclusions or limitations contained in the policy and any applicable deductibles.

After the Sworn Statement in Proof of Loss has been completed, please sign the form where indicated before a Notary Public and return it to us no later than June 12, 2022, otherwise the claim can receive no further consideration. All of the estimates, inventories, receipts, bills, financial records or other materials you have relied upon to prepare the Sworn Statement in Proof of Loss must be attached to the Sworn Statement in Proof of Loss at the time it is returned to us.

Once you have submitted the fully completed and supported Proof of Loss and the above-requested information and documentation, we will advise you of any additional documentation or information we will need to assess coverage and the amount of loss or damage. In addition to requesting the documentation above, we may also request you submit to Examinations Under Oath pursuant to the Policy Duties.

**This is not a denial of your claim.** It should be expressly understood that, Travelers is continuing to investigate the facts and circumstances surrounding this loss under a full Reservation of Rights and requests that you submit any additional information and documents that you wish to provide before it makes a claim decision.

Please be advised that by continuing our investigation, requesting additional information and documents and reviewing and considering information, Travelers is expressly reserving all of its rights and defenses under the Policy, the law or otherwise, without qualification or limitation.

Should you have any questions, please do not hesitate to contact me.

Sincerely

Anthony Jones
General Adjuster
Telephone: (704) 582-9902
Fax: (866) 538-4681
ajones6@travelers.com

# SWORN STATEMENT IN PROOF OF LOSS

| | |
|---|---|
| INSURED NAME: Horizon West Condominium Homes | CLAIM NUMBER FTG2118 |
| INSURING COMPANY: Travelers Indemnity Company of Connecticut | POLICY NUMBER: I-660-1H585672-TCT-21 |
| DATE ISSUED: 05/11/2021 DATE EXPIRES: 05/11/2022 | AGENT: R & R Insurance Services Inc. |

To the ______________________ (Name of Company) of ______________________

At time of loss, by the above-indicated policy of insurance, you insured ______________________ against loss by ______________________ to property described according to the terms and conditions of said policy and of all forms, endorsements, transfers, and assignments attached thereto.

**TIME AND ORIGIN** A ______________ (State Kind) loss occurred about the hour of ______ o'clock ____ M , on the ______ day of ______________ 20 ______. The cause and origin of the said loss were: ______________________

**OCCUPANCY** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: ______________________

**OWNERSHIP** At the time of loss, the interest of your Insured in the property described therein was ______________ No other persons had any other interest therein or encumbrance thereon, except: ______________________

**CHANGES** Since the said policy was issued there has been no assignment thereof, or change in interest, use, occupancy, possession, location or exposure of the property described, except: ______________________

**TOTAL INSURANCE** The total amount of insurance upon the property described by this policy was, at the time of the loss, $______________ as more particularly specified in the apportionment attached, besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

The **ACTUAL CASH VALUE** of sad property at the time of loss was: $______________

The **WHOLE LOSS AND DAMAGE** was: $______________

Less **DEDUCTIBLE** $______________

The **AMOUNT CLAIMED** under the above numbered policy is $______________

**STATEMENTS OF INSURED** The said loss did not originate by any act, design, or procurement on the part of your insured, or this affiant; nothing has been done by or with the privities or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of ______________________ ______________________

County of ______________________ ______________________ Insured

Subscribed and sworn before me this ______ day of ______________________ 20______

______________________ Notary Public

Case 2022CV000562 Document 1 Filed 04-18-2022 Page 1 of 1

FILED
04-18-2022
Clerk of Circuit Court
Waukesha County
2022CV000562

**STATE OF WISCONSIN** **CIRCUIT COURT** **WAUKESHA**

Horizon West Condominium Homes Association, Inc. et al vs. Travelers Indemnity Company of Connecticut

**Electronic Filing Notice**

Case No. 2022CV000562
Class Code: Other-Contract

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
ONE TOWER SQUARE
HARTFORD CT 06183

UNREDACTED

Case number 2022CV000562 was electronically filed with/converted by the Waukesha County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: f58f0c**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-548-7525.

Waukesha County Circuit Court
Date: April 19, 2022

Case 2:22-cv-00597-LA Filed 05/19/22 Page 196 of 197 Document 1-2

GF-180(CCAP), 11/2020 Electronic Filing Notice §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

FILED
04-18-2022
Clerk of Circuit Court
Waukesha County
2022CV000562

STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY

HORIZON WEST CONDOMINIUM HOMES, INC.,
et al.,

Plaintiffs,

v. Case No.:

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendant.

**PLAINTIFFS' DEMAND FOR A 12-PERSON JURY**

NOW COMES the above-named plaintiffs through their attorneys, Terschan, Steinle, Hodan & Ganzer, Ltd., by Michael J. Ganzer, and hereby makes demand for a 12-person jury in this matter.

Dated this 18th day of April, 2022.

TERSCHAN, STEINLE, HODAN & GANZER, LTD.
ATTORNEYS FOR PLAINTIFFS

*ELECTRONICALLY SIGNED BY MICHAEL J. GANZER*

**P. O. ADDRESS:**
309 NORTH WATER STREET
SUITE 215
MILWAUKEE, WI 53202
414-258-1010