# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

HORIZON WEST CONDOMINIUM
HOMES ASSOCIATION, INC., et al.
    Plaintiffs

v.        CASE NUMBER: 22-C-0597

TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT,
    Defendant

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the complaint and this action are dismissed with prejudice.

| November 16, 2022 | Gina M. Colletti |
|---|---|
| Date | Clerk |
| | s/ K. Rafalski |
| | (By) Deputy Clerk |