UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HORIZON WEST CONDOMINIUM HOMES ASSOCIATION, INC., DR. BENJAMIN CHUDY, KIPP KENNEDY, FRAN O'HERRON, ALLAN TURKAL, TOM STARK, HOLLY BERRY AND ROBERT BERRY, PATRICIA ESPOSITO, ALVIN PULCIVER AND GERALDINE PULCIFER, CHRIS KURPIEL, RANDY LIJEWSKI AND KATHY LIJEWSKI, IONE KOHLER, SCOTT HASTREITER AND ELIZABETH HASTREITER, TRINA AND BRIAN LUDWIG, LAURA PETERSON, AND THERESA LAMACK, CARLOS BERGIN, LINA VENCI AND ROLLY VENCI, ROBERT KREINZ, TONYA NIESKES, JOAN CAVE, VIRGINIA CLASEN, DOROTHY THIELE, MICHAEL HANSEN, KAREN DUNAJSKI, JOHN TANKERSLEY, STEVE PIKE, LINDA KOCONIS, JAMES ROTH,<br><br>    PLAINTIFFS,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>    DEFENDANT. | Case No. 22CV0597 |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Horizon West Condominium Homes Association, Inc., and the above-named individuals, plaintiffs in the above-named case ("plaintiffs"), appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment of this Court granting the Motion to Dismiss filed by defendant, Travelers Indemnity Company of Connecticut

("defendant"). In its final judgment, the District Court granted the defendant's motion to dismiss thereby entering judgment in favor of the defendant and against the plaintiffs and terminating the plaintiffs' case. Plaintiffs appeal the final judgment entered in favor of the defendant and against the plaintiffs which final judgment was entered on November 16, 2022.

Dated this 7th day of December, 2022.

TERSCHAN, STEINLE, HODAN & GANZER, LTD.
ATTORNEYS FOR PLAINTIFFS

*ELECTRONICALLY SIGNED BY MICHAEL J. GANZER*

POST OFFICE ADDRESS:
309 NORTH WATER STREET
SUITE 215
MILWAUKEE, WI 53202
414-258-1010